# EXHIBIT 1

# EXHIBIT 1

CERTIFIED COPY OF JUDGMENT



TRANSLATION OF FINAL DEFAULT JUDGEMENT

*This document is to serve as a translation summary of the Final Default Judgment by the Federal Postal Court. The original language of the Final Default Judgment is written in Correct Sentence Structure Communication Parse Syntax Grammar Performance. The language has been translated to English pursuant to United Nations Commission on International Trade Law Forty-Seventh Session New York, 7-25 July 2014. The original Final Default Judgment is viewable at www.federalpostalcourt.org search Case Number RE062105195US*

IN THE FEDERAL POSTAL COURT

Plaintiff's, :Jeffrey: Buhmiller.

Case No.: RE062105195US

vs.

Defendant, FLAGSTAR BANK

:FOR THE FEDERAL-POSTAL-COURT-FILING
BY THIS FEDERAL-POSTAL-[RE]GISTRATION-NUMBER:
~ RE062105195US
:DATE-~ 31-~ OCTOBER-~2010
:TIME-~ 9 O'CLOCK &: 08 MINUTES: AM
:Leighton-Lionell: Ward :CLERK-OF-THE-COURT.

FINAL DEFAULT JUDGMENT

*The defendant(s), FLAGSTAR BANK, having failed to appear, plead or otherwise defend in this action, and default having been entered on ~20-~APRIL-~2016. Final Judgment is hereby entered in favor of plaintiff: Jeffrey: Buhmiller against defendant(s) FLAGSTAR BANK, as follows:*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK pay to plaintiff(s):  Jeffrey: Buhmiller the sum of $10,394,552.00 US Dollar Currency, within 5 days upon notice of this Judgment.*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK will delete the loan amount on the Deed of Trust that was created on ~14-~MARCH-~2014. This is to be completed within 5 days upon notice of this judgment. If the loan has been sold to another servicer, the now time servicer or lender is responsible to comply with this order within 5 days upon notice of this judgment.*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK submit a completed Deed of Conveyance to the County recorders office to show the debt on the Deed of Trust issued on ~14-~MARCH-~2014 for the property address 2791 CUMBERLAND DRIVE, LAKE HAVASU CITY, ARIZONA 86406 has been satisfied and transfers title of the property to plaintiff(s):  Jeffrey: Buhmiller. This is to be completed within 5 days upon notice of this judgment. If the loan has been sold to another servicer, the now time servicer is responsible to comply with this order within 5 days upon notice of this judgment.*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK will notify Transunion, Equifax & Experian to remove 100% percent of derogatory credit marks reported by FLAGSTAR BANK and all lenders and servicers who have been involved with the servicing or collection of the loan from the Deed of Trust issued on ~14-~MARCH-~2014 for the property address 2791 CUMBERLAND DRIVE, LAKE HAVASU CITY, ARIZONA 86406. If the loan has been sold to another servicer, the now time servicer or lender is responsible to comply with this order within 5 days upon notice of this judgment.*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK will immediately notify the Federal Postal Court Clerk :Leighton-Lionell: Ward by mail when the above judgment terms have been completed.  The mailing address is as follows [Federal Postal Court PO BOX 1001 Lake Havasu City AZ 86405] If the loan has been sold to another servicer, the now time servicer or lender is responsible to comply with this order within 5 days upon notice of this judgment.*

:Leighton-Lionell: Ward.

:Leighton-Lionell: Ward.
Clerk of the Federal Postal Court

# EXHIBIT 2

# EXHIBIT 2

2

WHEN RECORDED RETURN TO:
Leighton Ward
PO BOX 1001
LAKE HAVASU CITY, AZ 86405



FEE# 2016051854

OFFICIAL RECORDS
OF MOHAVE COUNTY
ROBERT BALLARD,
COUNTY RECORDER



11/15/2016 12:44 PM Fee: $10.00

PAGE: 1 of 2

### WRIT OF EXECUTION

The Defenant(s), FLAGSTAR BANK has failed to comply within the specified time frame with the orders of the Federal Postal Court Judgment Case Number RE062105195US recorded in MOHAVE County Recorders office. Pursuant to FRCP 70(a)(b) & FRPC 71, 100% of the debts have been deleted resulting from the Deed of Trust recorded on March 21, 2014 with the Instrument Number 2014012376 for the property address 2791 CUMBERLAND DRIVE, LAKE HAVASU CITY, ARIZONA 86406 which is dated 14-~MARCH-~2014 with the legal description of LOT 3, BLOCK 2, OF TRACT 2274, LAKE HAVASU CITY, ARIZONA, ACCORDING TO THE PLAT THEREOF, RECORDING AUGUST 21, 1972, AT FEE NO. 72-16658 IN THE OFFICE OF THE COUNTY RECORDER OF MOHAVE COUNTY, ARIZONA.. 100% of all rights, title & interest of this property have been divested from FLAGSTAR BANK and 100% of other nonparty's claiming to have any rights, title or interest and now 100% of all rights, title and interest of this property have now been vested to plaintiff(s): Jeffrey: Buhmiller.

This is a Federal Postal Court Clerk Certified Copy of the Writ of Execution. This document is to serve as a translation summary of the Writ of Execution by the Federal Postal Court. The original language of the Writ of Execution is written with mathematical factual certification in Correct Sentence Structure Communication Parse Syntax Grammar Performance. The language has been translated to English pursuant to United Nations Commission on International Trade Law Forty-Seventh Session New York, 7-25 July 2014, by Leighton Lionell Ward, a Certified Correct Sentence Structure Communication Parse Syntax Grammar Performance Language Specialist with Certification & Oath Of Office viewable at www.federalpostalcourt.org/staff. The original Final Default Judgment is viewable on the reverse side of this document and also at www.federalpostalcourt.org/case-search Case Number RE062105195US. 100% of the correspondence to the Federal Postal Court must be in the Correct Sentence Structure Communication Parse Syntax Grammar Performance Language & mailed to [Federal Postal Court PO BOX 1001 Lake Havasu City AZ 86405].

:Leighton-Lionell:Ward:

_____
Leighton Lionell Ward / Clerk of the Federal Postal Court

:FOR THE FEDERAL-POSTAL-COURT-FILING
BY THIS FEDERAL-POSTAL-[RE]GISTRATION-NUMBER:
~ RE062105195US
:DATE-~ 14-~NOVEMBER-~2016
:TIME-~ 9 O'CLOCK &: 08 MINUTES: AM
:Leighton-Lionell:Ward:CLERK-OF-THE-COURT.

FOR THE COPYCLAIM-COPYRIGHT-DATE-~14-~NOVEMBER-~2016 BY THE FEDERAL-COURT-CLERK: Leighton-Lionell: Ward &: CLAIMANTS: Jeffrey: Buhmiller: WITH THE C.-N.-~RE062105195US.

1




:BONDING: C.-S.-S.-C.-P.-S.-G.-P.: D.-C.-F.-P.-S.-C.-V.-FLAG.

FOR THIS QUIET-TITLE-COMMAND BY THE F.-P.-C. WITH THE F.-P.-C.-C.-C.-N.-~RE062105195US IS WITH THE CERTIFICATION-COPY-CLAIM BY THE F.-P.-C.-CLERK :Leighton-Lionell: Ward.
FOR THE F.-P.-C.-CLERK :Leighton-Lionell: Ward IS WITH THE QUALIFICATION-CERTIFICATION OF THE C.-S.-S.-C.-P.-S.-G.-P. WITH THE SYNTAXING-TESTIMONY OF THE VASSALEES'-F.-S.-S.-C.-P.-S.-G.-P.-D..

:Jeffrey: Buhmiller :CLAIMANTS-PLAINTIFF.
:CONTEST-~VERSUS:
**FLAGSTAR BANK** :VASSALEE(S).

FOR THE TERMS OF THIS C.-S.-S.-C.-P.-S.-G.-P.-NOW-TIME-FEDERAL-POSTAL-STATION-COURT-VENUE-DOCUMENT.
:& = :AND.
:C.-C. = :CORPORATION-CASE.
:C.-C.-N. = :CORPORATION-CASE-NUMBER.
:CONJUNCTION = :'and','&'= ALSO, COMMAND, 'or'= OPTION, EITHER, CHOICE.
:C.-S.-S.-C.-P.-S.-G.-P. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE.
:C.-S.-S.-C.-P.-S.-G.-P.-D. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE-DOCUMENT(S).
:DOCUMENT-STATE = :CORPORATION OF THE TWO-OR-MORE-PERSONS ARE WITH THE PORTING-CLAIM WITHIN THE F.-P.-C.-PORT-CLERK BY THE DOCUMENT-VESSEL.
:DOCUMENT-VESSEL = :COURT-DOCKETING OF THE DOCUMENT-CONTRACT-POSTAL-VESSEL-PERSONS ARE WITH THE CORPORATION-CLAIM BETWEEN THE TWO-OR-MORE-PERSONS WITH THE COURT-DOCUMENT-PORTING-STAMP BY THE F.-P.-C.-PORT-CLERK.
:FRAUDULENT/FRAUD = :SPECT, FICTION, MODIFICATION, [O]PINION, [PRE]SUMPTION, [AS]SUMPTION, [IL]LUSION, MISTIC, PHANTOM, PERJURY, LIE, FALSE, FRAUD, MANIPULATION, [DE]CEIVING, [MIS]LEADING.
:D.-C.-C.-R. = :DOCUMENT-CONTRACT-CLAIM-RULES OF THIS D.-C.-F.-P.-S.-C.-V..
:D.-C.-C.-S. = :DOCUMENT-CONTRACT-CLAIMS-SECTION OF THE C.-S.-S.-C.-P.-S.-G.-P.-WORD-CORRECTIONS OF THE F.-S.-S.-C.-P.-S.-G.-P.-[U]NIT[ED]-STATES-TITLES &: [U]NIT[ED]-STATES-CODES ARE WITH THE C.-S.-S.-C.-P.-S.-G.-P.-CORRECTIONS BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.
:D.-C.-F.-P.-S.-C.-V. = :DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE.
:F.-P.-C. = :FEDERAL-POSTAL-COURT.
:F.-S.-S.-C.-P.-S.-G.-P. = :FRADULENT-SENTENCE-STRUCTURE-COMMUNICAITON-PARSE-SYNTAX-GRAMMAR-PERFORMANCE.
:F.-S.-S.-C.-P.-S.-G.-P.-D. = :FRADULENT-SENTENCE-STRUCTURE-COMMUNICAITON-PARSE-SYNTAX-GRAMMAR-PERFORMANCE-DOCUMENT(S).
:LEGAL-LAND-LOCATION = : :~LOT-3,-~BLOCK-2,-~TRACT-2274,-~LAKE-HAVASU-CITY,-~ARIZONA,-~21-~AUGUST-~1972-[RE]CORDING-DATE,-~72-16658-FEE-NUMBER,-~MOHAVE-COUNTY-[RE]CORDER,-~MOHAVE-COUNTY,-~ARIZONA-TERRITORY.
:LODIAL = :[AR]TICLE = :SPECIFIC = A, AN, THE, THIS, THE, THAT, ONE, EACH, EVERY, EITHER.
:NOW-TIME-TENSE = :C.-S.-S.-C.-P.-S.-G.-P..
:POSITION = :[PREPOSITION] = :FOR, OF, WITH, BY, IN, AS, ON, WITHIN, VERSUS, THROUGH, THRU, EITHER, BEYOND, INTO.
:POSTAL = :POSTAGE-$1.00-STAMP WITH THE AUTOGRAPHING OF THE C.-S.-S.-C.-P.-S.-G.-P.-KNOWLEDGE BY THE DOCUMENT-CONTRACT-F.-P.-C.-CLERK.
:STATION: D.-C.-F.-P.-S.-C.-V.-LOCATION OF THE DOCUMENT-COURT-FACTS WITH THE DOCKETING &: PASSTHRU OF THE DOCUMENT-FILINGS.
:VASSALEE = :SERVANT-EMPLOYEE OF THIS D.-C.-F.-P.-S.-C.-V..
:VERB = :THINKING-MOTION OF THE KNOWLEDGE = :IS = :SINGULAR, :ARE = :PLURAL.
:VESSEL = :MARITIME :ORIGINAL-LOCATION.

~1 FOR THE VASSALEES-FAILURE-PERFORMANCE OF THE F.-P.-C.-C.-S.-C.-P.-S.-G.-P.-FIVE-DAY-COMMANDS-COMPLETION-CLAIM BY THE F.-P.-C.-CLERK ARE WITH THE F.-P.-C.-CLERK'S-COMMAND-AUTHORIZATION-CLAIM: D.-C.-C.-S.-RULE-~70-THROUGH-~71 FOR THE FORCEMENT-WRIT BY THE F.-P.-C.-CLERK.
~2 FOR THE ONE-HUNDRED-PERCENT-DEBTS BY THE CREATION OF THE DEED-OF-TRUST WITH THE 21-~MARCH-~2014-COUNTY-[RE]CORDER-FILING-DATE WITH THE ~2014012376-MOHAVE-COUNTY-[RE]CORDER-FILING-NUMBER FOR THE ~2791-~CUMBERLAND-~DRIVE,-~LAKE-HAVASU-CITY,-~ARIZONA-~86406-LAND-LOCATION WITH THE 14-~MARCH-~2014-DATE FOR THE LEGAL-LAND-LOCATION ARE WITH THE NOW-TIME-ZERO-DEBT-CLAIM BY THE F.-P.-C.-COMMAND FOR THE :Jeffrey: Buhmiller.
~3 FOR THE ONE-HUNDRED-PERCENT OF THE RIGHTS &: TITLE BY THE CREATION OF THE DEED-OF-TRUST WITH THE 21-~MARCH-~2014-MOHAVE-COUNTY-[RE]CORDER-FILING-DATE WITH THE ~2014012376-MOHAVE-COUNTY-[RE]CORDER-FILING-NUMBER FOR THE ~2791-~CUMBERLAND-~DRIVE,-~LAKE-HAVASU-CITY,-~ARIZONA-~86406-LAND-LOCATION WITH THE 14-~MARCH-~2014-DATE FOR THE LEGAL-LAND-LOCATION BY FLAGSTAR BANK &: ONE-HUNDRED-PERCENT-PARTIES WITH THE LODIAL-CLAIMS ARE WITH THE [DI]VESTING-CLAIM BY THE F.-P.-C.-COMMAND FOR THE Jeffrey: Buhmiller.
~4 FOR THE ONE-HUNDRED-PERCENT OF THE RIGHTS &: TITLE BY THE CREATION OF THE DEED-OF-TRUST WITH THE 21-~MARCH-~2014-MOHAVE-COUNTY-[RE]CORDER-FILING-DATE WITH THE ~2014012376-MOHAVE-COUNTY-[RE]CORDER-FILING-NUMBER FOR THE ~2791-~CUMBERLAND-~DRIVE,-~LAKE-HAVASU-CITY,-~ARIZONA-~86406-LAND-LOCATION WITH THE 14-~MARCH-~2014-DATE FOR THE LEGAL-LAND-LOCATION ARE WITH THE VESTING-CLAIM BY THE F.-P.-C.-COMMAND FOR THE Jeffrey: Buhmiller.

:Leighton-Lionell Ward.

:F.-P.-C.-CLERK: Leighton-Lionell: Ward.

:FOR THE FEDERAL-POSTAL-COURT-FILING
BY THIS FEDERAL-POSTAL-[RE]GISTRATION-NUMBER:
~ RE062105195US
:DATE-~ 14-~NOVEMBER-~2016,.
:TIME-~ 9 O'CLOCK &: 08 MINUTES: AM
:Leighton-Lionell: CLERK-OF-THE-COURT.

SEAL

FOR THE COPYCLAIM-COPYRIGHT-DATE-~14-~NOVEMBER-~2016 BY THE FEDERAL-COURT-CLERK: Leighton-Lionell: Ward &: COMMANDS: Jeffrey: Buhmiller WITH THE D.-C.-F.-P.-C.-V.-FEDERAL-C.-C.-N.-~RE062105195US.   1

# EXHIBIT 3

# EXHIBIT 3



David E. Funkhouser III
Writer's Direct Dial: 602.229.5242
E-Mail: dfunkhou@quarles.com

December 16, 2016

**VIA PERSONAL SERVICE**

Mr. Leighton Ward
3198 Shoshone Drive
Lake Havasu City, AZ 86406-8672

   RE:   **Fee No. 2016049746, Official Records of Mohave County Recorder**

Mr. Ward:

   This firm represents Flagstar Bank ("Flagstar") with regard to a purported judgment issued by an alleged "Federal Postal Court" and recorded in Mohave County, Arizona, on November 1, 2016 at Fee No. 2016049746 (the "Judgment"), a copy of which is enclosed. Simply put, the Judgment is fraudulent and groundless. Flagstar hereby demands that you sign and record the enclosed Release of Judgment ("Release") within twenty days of receiving this letter.

   We understand that you have attempted to assert legal authority under the "Federal Postal Court" in several other matters. Your scheme has been rejected outright. Specifically, in the *Gilly v. Ocwen* matter, District Judge Jeffrey Alker Meyer explained that "the 'Federal Postal Court' is a sham." Judge Meyer further explained that the "judgment" at issue in that case (which is nearly-identical to the Judgment against Flagstar) lacked any legal authority whatsoever. A copy of Judge Meyer's written decision is enclosed for your reference. I note that the decision is dated March 7, 2016 and mentions you by name as having participated in the case.

   At the time you recorded the Judgment against Flagstar eight months later, on November 1, 2016, you were undoubtedly aware that the Judgment was illegitimate. By recording it anyway, you have engaged in fraud.

   Accordingly, Flagstar demands that you sign and record the enclosed Release within twenty days. If you fail to do so, Flagstar will pursue all remedies available under A.R.S. § 33-420 (Arizona's statutory cause of action for recording false documents), as well as any other relief available under Arizona law. On prevailing in litigation against you, Flagstar will also obtain an award of its attorneys' fees and costs.

Mr. Leighton Ward
December 16, 2016
Page 2

Please mail a conformed copy of the recorded Release to my attention using the enclosed self-addressed, stamped envelope.  If you have any questions regarding the foregoing, please contact my office.  Otherwise, we look forward to receiving a conformed copy of the recorded Release via U.S. Mail.

Very truly yours,

QUARLES & BRADY LLP

*Julia Koestner*
*for David Funkhouser*

David E. Funkhouser III

cc:     Jeffrey Buhmiller
        2791 Cumberland Drive
        Lake Havasu City, Arizona 84606
        (Via Personal Service)

        Leighton Ward
        P.O. Box 1001
        Lake Havasu City, Arizona 86405
        (Via Certified Mail)

3

WHEN RECORDED RETURN TO:
LEIGHTON WARD
PO BOX 1001
LAKE HAVASU CITY, AZ 86405



FEE# 2016049746

OFFICIAL RECORDS
OF MOHAVE COUNTY
ROBERT BALLARD,
COUNTY RECORDER



11/01/2016 02:15 PM Fee: $10.00

PAGE: 1 of 3

# JUDGMENT

NOV 0 9 2016

CERTIFIED COPY OF JUDGMENT



TRANSLATION OF FINAL DEFAULT JUDGEMENT

*This document is to serve as a translation summary of the Final Default Judgment by the Federal Postal Court. The original language of the Final Default Judgment is written in Correct Sentence Structure Communication Parse Syntax Grammar Performance. The language has been translated to English pursuant to United Nations Commission on International Trade Law Forty-Seventh Session New York, 7-25 July 2014. The original Final Default Judgment is viewable at www.federalpostalcourt.org search Case Number RE062105195US*

IN THE FEDERAL POSTAL COURT

Plaintiff's, :Jeffrey: Buhmiller.

Case No.: RE062105195US

vs.

Defendant, FLAGSTAR BANK

:FOR THE FEDERAL-POSTAL-COURT-FILING
BY THIS FEDERAL-POSTAL-[RE]GISTRATION-NUMBER:
~ RE062105195US
:DATE-~ 31-~ OCTOBER-~ 2018
:TIME-~ 9ºº O'CLOCK &: 08 MINUTES: AM
:Leighton-Lionell: Ward: CLERK-OF-THE-COURT.

FINAL DEFAULT JUDGMENT

*The defendant(s), FLAGSTAR BANK, having failed to appear, plead or otherwise defend in this action, and default having been entered on ~20-~APRIL-~2016. Final Judgment is hereby entered in favor of plaintiff: Jeffrey: Buhmiller against defendant(s) FLAGSTAR BANK, as follows:*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK pay to plaintiff(s):  Jeffrey: Buhmiller the sum of $10,394,552.00 US Dollar Currency, within 5 days upon notice of this Judgment.*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK will delete the loan amount on the Deed of Trust that was created on ~14-~MARCH-~2014. This is to be completed within 5 days upon notice of this Judgment. If the loan has been sold to another servicer, the now time servicer or lender is responsible to comply with this order within 5 days upon notice of this Judgment.*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK submit a completed Deed of Conveyance to the County recorders office to show the debt on the Deed of Trust issued on ~14-~MARCH-~2014 for the property address 2791 CUMBERLAND DRIVE, LAKE HAVASU CITY, ARIZONA 86406 has been satisfied and transfers title of the property to plaintiff(s):  Jeffrey: Buhmiller. This is to be completed within 5 days upon notice of this Judgment. If the loan has been sold to another servicer, the now time servicer is responsible to comply with this order within 5 days upon notice of this Judgment.*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK will notify Transunion, Equifax & Experian to remove 100% percent of derogatory credit marks reported by FLAGSTAR BANK and all lenders and servicers who have been involved with the servicing or collection of the loan from the Deed of Trust issued on ~14-~MARCH-~2014 for the property address 2791 CUMBERLAND DRIVE, LAKE HAVASU CITY, ARIZONA 86406. If the loan has been sold to another servicer, the now time servicer or lender is responsible to comply with this order within 5 days upon notice of this Judgment.*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK will immediately notify the Federal Postal Court Clerk :Leighton-Lionell: Ward by mail when the above judgment terms have been completed.  The mailing address is as follows [Federal Postal Court PO BOX 1001 Lake Havasu City AZ 86405] If the loan has been sold to another servicer, the now time servicer or lender is responsible to comply with this order within 5 days upon notice of this Judgment.*

:Leighton-Lionell: Ward.

:Leighton-Lionell: Ward.
Clerk of the Federal Postal Court

When recorded please return to:

David E. Funkhouser III
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

## RELEASE OF JUDGMENT

:Leighton-Lionell:Ward hereby releases the Judgment recorded on November 1, 2016, at Fee #2016049746, Records of Mohave County, Arizona, which was not issued by a court of competent jurisdiction and has no legal effect.

DATED this ___ day of December, 2016.

By_____
        :Leighton-Lionell:Ward.


STATE OF ARIZONA          )
                          ) ss.
COUNTY OF MARICOPA        )


        Sworn and subscribed to before me this _____ day of December, 2016 by
_____, personally known to me.



_____
NOTARY PUBLIC
My Commission Expires:

2016 WL 868167
Only the Westlaw citation is currently available.
United States District Court,
D. Connecticut.

:Penny-lee: Gilly, Plaintiff,
v.
Ocwen, Defendant.

No. 3:16-mc-00021 (JAM)
|
Signed 03/07/2016

**ORDER STRIKING
REGISTRATION OF JUDGMENT**

Jeffrey Alker Meyer, United States District Judge

**\*1** On February 8, 2016, a purported judgment issued by the "Federal Postal Court" was filed for registration with the Clerk of Court in the above-captioned matter. Dozens of similar purported judgments of the "Federal Postal Court" have been filed for registration in the District of Connecticut in recent weeks. Because further inquiry confirms that the "Federal Postal Court" is not a court with authority to have its judgments registered in a federal court, the registration of judgment will be stricken.

**BACKGROUND**

On February 8, 2016, a certification for registration of judgment was filed in the name of ":Leighton-Lionel: Ward" [sic], who is identified as clerk of court for the "Federal Postal Court" and with a mailing address to a post office box in Lake Havasu City, Arizona. The purported judgment is in the matter of a plaintiff named ":Penny-Lee Gilly:" [sic] against a defendant named "OCWEN," and in the principal amount of $11,509,456.

The cover page of the filing in this case is on a pre-printed federal court form (AO 451 – Clerk's Certification of a Judgment to Be Registered in Another District). The filing also includes an attachment entitled, "Certified Copy of Final Judgment, Translation of Final Default Judgement" [sic] that states in part:

This document is to serve as a translation summary of the Final Default Judgment by the Federal Postal Court. The original language of the Final Default Judgment was written in Correct Sentence Structure Communication Parse Syntax Grammar. The language has been translated to English pursuant to the Uniform Foreign-Money Claims Act.

Doc. #1 at 2. The defendant "OCWEN" appears to be Ocwen Financial Corporation (Ocwen), a provider of residential and commercial mortgage loan servicing. The judgment orders Ocwen to pay plaintiff $11,509,456, to "delete" the outstanding balance on a Deed of Trust created April 18, 2006, to transfer title of the Deed of Trust property to plaintiff, and to notify the Federal Postal Court Clerk when the terms of the judgment have been fulfilled. Except for a photocopy of certified mail sent to defendant, the rest of the filing is a largely unintelligible jumble of code-like numbers, letters, and legalistic terms with little apparent connection to one another.

Because of doubts about the validity of the "Federal Postal Court," I entered an order to show cause for a hearing to learn more about the judgment and the "Federal Postal Court." Notice of the hearing was transmitted to plaintiff, but she did not communicate with the Court. Two individuals ended up participating in the hearing by telephone from an Arizona telephone number. They identified themselves as David Wynn Miller, who described himself as a judge of the "Federal Postal Court," and Leighton Ward, who described himself as clerk of the "Federal Postal Court." These two names appear on the registration documents filed with the Court.

Miller told me that Benjamin Franklin opened the "Federal Postal Court" on July 4, 1775. But the court was soon closed in 1776 with the onset of the Revolutionary War. It remained closed for more than two centuries. Then, according to Miller, he and a colleague reopened the court for operation on December 21, 2012 (a day that is otherwise well known as the predicted end of the world according to the Mayan Calendar).

**\*2** Miller explained to me that the "Federal Postal Court" operates on the basis of a sophisticated mathematical understanding of language that proves that certain mortgage documents are fraudulent. According to Miller, the "Federal Postal Court" has been recognized by the United Nations. The "Federal Postal Court" does not have a courthouse or other fixed location; instead, it has transitory jurisdiction with a presence wherever the federal postal eagle symbol may be.

A YouTube search discloses numerous videos of Miller and others explaining the operation of the "Federal Postal Court." [1] A Westlaw search does not disclose any valid judgments or other proceedings involving the "Federal Postal Court." A Westlaw search for the name of "David Wynn Miller" otherwise reflects a lengthy history of frivolous filings that use the same impenetrable language that appears in the filings in this case. *See, e.g., United States v. Pflum,* 2013 WL 4482706 (D. Kan. 2013) (collecting dozens of cases and noting that several district courts have imposed pre-filing screening orders to prevent Miller from filing suits in these courts without prior leave of the court).

## DISCUSSION

Federal law provides for the registration of certain court judgments in the federal courts of the United States:

> A judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other district ... when the judgment has become final. ... A judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner.

28 U.S.C. § 1963. Before the enactment of § 1963, if a judgment creditor wanted to enforce a money judgment outside the district in which judgment was entered, she was required to bring a new lawsuit in that federal district court. *See Home Port Rentals, Inc. v. Int'l Yachting Grp., Inc.,* 252 F.3d 399, 404 (5th Cir. 2001). The purpose of § 1963 was "to spare creditors and debtors alike ... the additional costs and harassment of further litigation which would otherwise be required." *Id.;* S. Rep. No. 83-1917 (1954). For this reason, when a judgment is properly registered under § 1963, the registration "provides, so far as enforcement is concerned, the equivalent of a new judgment of the registration court." *Stanford v. Utley,* 341 F.2d 265, 268 (8th Cir. 1965) (Blackmun, J.).

Here, it is clear that the judgment of the "Federal Postal Court" does not meet the requirements of § 1963. The judgment does not arise—as the statute requires—from a "court of appeals, district court, bankruptcy court, or in the Court of International Trade." *See Fox Painting Co. v. National Labor Relations Bd.,* 16 F.3d 115, 117 (6th Cir. 1994) (§ 1963 does not permit registration of judgments from any court not listed in the statute); *Marbury Law Grp., PLLC v. Carl,* 729 F. Supp. 2d 78, 83 (D.D.C. 2010) (same). If a document registered under § 1963 "does not appear to have any legitimate purpose," it is proper for a court to strike the document. *See, e.g., United States v. Wells,* 131 F.R.D. 543, 545 (N.D. Ill. 1990); *see also Calderon v. JPMorgan Chase Bank, N.A.,* 2012 WL 3484683 (E.D. La. 2012) (striking purported registration of judgment that did not issue from any court authorized under § 1963).

**\*3** Moreover, there is no basis to conclude that the purported judgment of the "Federal Postal Court" arises from any valid legal authority at all. So far as I can tell, the "Federal Postal Court" is a sham and no more than a product of fertile imagination. Accordingly, even if I were to conclude that there were some basis other than § 1963 to allow for the registration of a judgment in the federal courts of Connecticut, I would conclude that any judgment rendered by the "Federal Postal Court" should not be subject to registration and should be stricken.

## CONCLUSION

The registration of judgment (Doc. #1) shall be STRICKEN forthwith, and the Clerk of Court shall dismiss and close this matter.

It is so ordered.

Gilly v. Ocwen, Slip Copy (2016)

**All Citations**

Slip Copy, 2016 WL 868167

Footnotes

1    *See, e.g.* "For These Methods of the Document Contract Federal Postal Court Venue Part I Merge," *available at* https://
     www.youtube.com/watch?v=MdFDH3g0Ipo (last accessed Mar. 5, 2016).

End of Document                                    © 2016 Thomson Reuters. No claim to original U.S. Government Works.



**U.S. Postal Service™**  KORTNEN
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postage
$   7.76
Total Postage and Fees
$

156560.00007

Sent To  Leighton Ward
Street and Apt. No., or PO Box No.  P.O. Box 1001
City, State, ZIP+4  Lake Havasu City, AZ 86405

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7015 0640 0001 0950 3825

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Leighton Ward
P. O. Box 1001
Lake Havasu City, AZ 86405

9590 9403 0366 5163 2026 98

2. Article Number *(Transfer from service label)*

7015 0640 0001 0950 3825

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Yes
A fraud

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# EXHIBIT 4

# EXHIBIT 4

| *Attorney or Party without Attorney:*<br>QUARLES & BRADY, LLP<br>DAVID E. FUNKHOUSER, III<br>2 NORTH CENTRAL AVENUE<br>PHOENIX , AZ 85004<br>*Telephone No:* (602) 229-5200 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney For:* | *Ref. No. or File No.:* 156560.00007 | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>MOHAVE COUNTY RECORDER | | | | |
| *Plaintiff:* MR. LEIGHTON WARD<br>*Defendant:* | | | | |

| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2016049746 |
|---|---|---|---|---|

1. *At the time of service I was at least 21 years of age and not a party to this action.*

2. I served copies of the
   LETTER DATED DEC 16,2016; JUDGMENT

3. a. *Party served:* JEFFREY BUHMILLER
   b. *Person served:* JEFFREY BUHMILLER , Caucasian , Male , 60 , Brown , 5'10"

4. *Address where the party was served:* 2791 CUMBERLAND DR , LAKE HAVASU CITY, AZ 84606

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
   process for the party (1) on: Fri, Dec 16 2016 (2) at: 01:34 PM

Service: $189.00, Mileage: $0.00, Notary: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $199.00

I Declare under penalty of perjury under the laws of the State of
Arizona that the foregoing is true and correct.

6. *Person Executing:*
   a. TYLER GABLE MC 7171
   b. **First Legal Support Services**
   3737 North 7th. Street Suite 125
   PHOENIX, AZ 85014
   c. (602) 248-9700

12-20-16
(Date)

(Signature)

7. *STATE OF ARIZONA, COUNTY OF*
   *Subscribed and sworn to (or affirmed) before on this* ___ *day of* ___ *by TYLER GABLE MC 7171*
   *proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

(Notary Signature)

AFFIDAVIT OF SERVICE





PATRICIA BLISS
Notary Public, State of Arizona
Mohave County
My Commission Expires
October 04, 2019

1153845 (555500)

| Attorney or Party without Attorney:<br>QUARLES & BRADY, LLP ()<br>2 NORTH CENTRAL AVENUE<br>PHOENIX , AZ 85004<br> Telephone No: (602) 229-5200 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: | Ref. No. or File No.: 156560.00007 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>MOHAVE COUNTY RECORDER | | | | |
| Plaintiff: RE: FEE NOS. 2016049746 & 201551854, OFFICIAL RECORDS OF MOHAVE COUNTY<br>RECORDER<br>Defendant: | | | | |
| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div. | Case Number:<br>[not provided] |

1. I, Tyler Gable , being retained by FIRST LEGAL SUPPORT SERVICES am and was on the dates mentioned herein over the age of twenty one years and not a party to this action. I attempted to Personally Serve Defendant LEIGHTON WARD as follows:

2. Documents
LETTER DATED DECEMBER 16, 2016; JUDGMENT; CERTIFIED COPY OF JUDGMENT; RELEASE OF JUDGMENT; ORDER STRICKING REGISTRATION OF JUDGMENT

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Tyler Gable on: Dec 16, 2016, 1:04 pm MST at 3198 SHOSHONE DR , LAKE HAVASU CITY , AZ 86406
A male resident who would not identify himself, stated subject was not home.

2) Unsuccessful Attempt by: Tyler Gable on: Dec 19, 2016, 3:15 pm MST at 3198 SHOSHONE DR , LAKE HAVASU CITY , AZ 86406
Server attempted and subjects family stated subject was not home and closed the door. Server believes subject to be avoiding and the male who stated subject was not home is believed to be Mr. Ward.

Service: $189.00, Mileage: $0.00, Notary: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $199.00

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

3. Person Executing:
  a. Tyler Gable
  b. First Legal Support Services
    3737 North 7th. Street Suite 125
    PHOENIX, AZ 85014
  c. (602) 248-9700

2/21/17
(Date)

(Signature)

4. STATE OF ARIZONA, COUNTY OF
  Subscribed and sworn to (or affirmed) before on this 21 st       day of February       by Tyler Gable
  proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(Notary Signature)

AFFIDAVIT OF DUE DILIGENCE





PATRICIA BLISS
Notary Public, State of Arizona
Mohave County
My Commission Expires
October 04, 2019

1211643 (555499)



**U.S. Postal Service™**
KOORTNEN

**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$   7.26

Total Postage and Fees
$

156560.0007

Sent To
Leighton Ward
Street and Apt. No., or PO Box No.
P.O. Box 1001
City, State, ZIP+4
Lake Havasu City, AZ 86405

7015 0640 0001 0950 3825

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

Postmark Here — USPS DOWNTOWN STATION PHOENIX ARIZONA

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Leighton Ward
P. O. Box 1001
Lake Havasu City, AZ 86405

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9403 0366 5163 2026 98

2. Article Number (Transfer from service label)
7015 0640 0001 0950 3825

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No
   Yes
   A fraud

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# EXHIBIT 5

# EXHIBIT 5



Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
602.229.5200
Fax 602.229.5690
www.quarles.com

Attorneys at Law in
Chicago
Indianapolis
Madison
Milwaukee
Naples
Phoenix
Scottsdale
Tampa
Tucson
Washington, D.C.

David E. Funkhouser III
Writer's Direct Dial: 602.229.5242
E-Mail: dfunkhou@quarles.com

January 12, 2017

**VIA PERSONAL SERVICE**

Mr. Leighton Ward
3198 Shoshone Drive
Lake Havasu City, AZ 86406-8672

RE:   **Fee Nos. 2016049746 & 2016051854, Official Records of Mohave County
Recorder**

Mr. Ward:

This firm represents Flagstar Bank ("Flagstar") with regard to a purported judgment and writ of execution issued by an alleged "Federal Postal Court" and recorded in Mohave County, Arizona, on November 1, 2016 at Fee No. 2016049746 (the "Judgment"), and November 15, 2016 at Fee No. 2016051854 (the "Writ") respectively, copies of which are enclosed. Simply put, the Judgment and the Writ are fraudulent and groundless. Flagstar hereby demands that you sign and record the enclosed Release of Judgment and Release of Writ of Execution (collectively, "Releases") within twenty days of receiving this letter.

We understand that you have attempted to assert legal authority under the "Federal Postal Court" in several other matters. Your scheme has been rejected outright. Specifically, in the *Gilly v. Ocwen* matter, District Judge Jeffrey Alker Meyer explained that "the 'Federal Postal Court' is a sham." Judge Meyer further explained that the "judgment" at issue in that case (which is nearly-identical to the Judgment against Flagstar) lacked any legal authority whatsoever. A copy of Judge Meyer's written decision is enclosed for your reference. I note that the decision is dated March 7, 2016 and mentions you by name as having participated in the case.

At the time you recorded the Judgment and Writ against Flagstar eight months later, in November 2016, you were undoubtedly aware that the documents were illegitimate. You thus intentionally recorded documents that you knew were groundless and contained false claims.

Accordingly, Flagstar demands that you sign and record the enclosed Releases within twenty days. If you fail to do so, Flagstar will pursue all remedies available under A.R.S. § 33-420 (Arizona's statutory cause of action for recording false documents), as well as any other

Mr. Leighton Ward
January 12, 2017
Page 2

relief available under Arizona law.  On prevailing in litigation against you, Flagstar will also obtain an award of its attorneys' fees and costs.

Please mail a conformed copy of the recorded Releases to my attention using the enclosed self-addressed, stamped envelope.  If you have any questions regarding the foregoing, please contact my office.  Otherwise, we look forward to receiving a conformed copy of the recorded Releases via U.S. Mail.

Very truly yours,

QUARLES & BRADY LLP

David E. Funkhouser III

cc:    Jeffrey Buhmiller
       2791 Cumberland Drive
       Lake Havasu City, Arizona 84606

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

JK

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To Jeffrey Buhmiller                    156560.00007
Street and Apt. No., or PO Box No. 2791 Cumberland Dr.
City, State, ZIP+4 Lake Havasu City AZ 84606

7015 0640 0000 9298 3147

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey Buhmiller
2791 Cumberland Drive
Lake Havasu City, AZ 84606

9590 9403 0366 5163 2174 01

2. Article Number (Transfer from service label)
7015 0640 0000 9298 3147

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jeffry R Buhmille          ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jeff Buhmiller

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                      ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®                      ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery      Delivery
☐ Collect on Delivery                  ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery   Merchandise
☐ Insured Mail                         ☐ Signature Confirmation™
☐ Insured Mail Restricted Delivery     ☐ Signature Confirmation
   ($500)                                 Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

JAN 12 2017
PHOENIX, ARIZONA
DOWNTOWN
USPS 85003-9998

Postage
$

Total Postage and Fees
$                                    156560.00007

Sent To  Leighton Ward
Street and Apt. No., or PO Box No.  P.O. Box 1001
City, State, ZIP+4®  Lake Havasu City, AZ 86405

7015 0640 0000 9298 3154

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ Agent ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by (Printed Name)   C. Date of Delivery  1/17/17 |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes |
| Mr. Leighton Ward P.O. Box 1001 Lake Havasu City, AZ 86405 | (If YES, enter delivery address below:) ☐ No |

9590 9403 0366 5163 2173 88

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☒ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail | |
| ☐ Insured Mail Restricted Delivery (over $500) | |

2. Article Number *(Transfer from service label)*
7015 0640 0000 9298 3154

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT** JK
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☒ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 6.88 |
| Total Postage and Fees | $ |

Postmark Here
PHOENIX AZ 85026
JAN 2017

156560.00007

Sent To *Leighton Ward*
Street and Apt. No., or PO Box No. *3198 Shoshone Dr.*
City, State, ZIP+4® *Lake Havasu City, AZ 86406*

7015 0640 0000 9298 3161

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Leighton Ward
3198 Shoshone Drive
Lake Havasu City, AZ 86406-8672

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9403 0366 5163 2171 97

2. Article Number *(Transfer from service label)*

7015 0640 0000 9298 3161

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
*WARD*                              1/21/17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JAN  1 2017
AZ 86409

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ured Mail
☐ ured Mail Restricted Delivery
   er $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

3

WHEN RECORDED RETURN TO:
LEIGHTON WARD
PO BOX 1001
LAKE HAVASU CITY, AZ 86405



FEE# 2016049746

OFFICIAL RECORDS
OF MOHAVE COUNTY
ROBERT BALLARD,
COUNTY RECORDER 
11/01/2016 02:15 PM Fee: $10.00
PAGE: 1 of 3

# JUDGMENT

RECEIVED
NOV 09 2016
BY

CERTIFIED COPY OF JUDGMENT



TRANSLATION OF FINAL DEFAULT JUDGEMENT

*This document is to serve as a translation summary of the Final Default Judgment by the Federal Postal Court. The original language of the Final Default Judgment is written in Correct Sentence Structure Communication Parse Syntax Grammar Performance. The language has been translated to English pursuant to United Nations Commission on International Trade Law Forty-Seventh Session New York, 7-25 July 2014. The original Final Default Judgment is viewable at www.federalpostalcourt.org search Case Number RE062105195US*

IN THE FEDERAL POSTAL COURT

Plaintiff's, :Jeffrey: Buhmiller.

Case No.: RE062105195US

vs.

Defendant, FLAGSTAR BANK

:FOR THE FEDERAL-POSTAL-COURT-FILING
BY THIS FEDERAL-POSTAL-[RE]GISTRATION-NUMBER:
~ RE062105195US
:DATE~ 31~ OCTOBER~ 2010
:TIME~ 9 O'CLOCK &: 08 MINUTES: AM
:Leighton-Lionell: Ward: CLERK-OF-THE-COURT.

FINAL DEFAULT JUDGMENT

*The defendant(s), FLAGSTAR BANK, having failed to appear, plead or otherwise defend in this action, and default having been entered on ~20-~APRIL-~2016. Final Judgment is hereby entered in favor of plaintiff: Jeffrey: Buhmiller against defendant(s) FLAGSTAR BANK, as follows:*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK pay to plaintiff(s):  Jeffrey: Buhmiller the sum of $10,394,552.00 US Dollar Currency, within 5 days upon notice of this Judgment.*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK will delete the loan amount on the Deed of Trust that was created on ~14-~MARCH-~2014. This is to be completed within 5 days upon notice of this judgment. If the loan has been sold to another servicer, the now time servicer or lender is responsible to comply with this order within 5 days upon notice of this judgment.*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK submit a completed Deed of Conveyance to the County recorders office to show the debt on the Deed of Trust issued on ~14-~MARCH-~2014 for the property address 2791 CUMBERLAND DRIVE, LAKE HAVASU CITY, ARIZONA 86406 has been satisfied and transfers title of the property to plaintiff(s): Jeffrey: Buhmiller. This is to be completed within 5 days upon notice of this judgment. If the loan has been sold to another servicer, the now time servicer is responsible to comply with this order within 5 days upon notice of this judgment.*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK will notify Transunion, Equifax & Experian to remove 100% percent of derogatory credit marks reported by FLAGSTAR BANK and all lenders and servicers who have been involved with the servicing or collection of the loan from the Deed of Trust issued on ~14-~MARCH-~2014 for the property address 2791 CUMBERLAND DRIVE, LAKE HAVASU CITY, ARIZONA 86406. If the loan has been sold to another servicer, the now time servicer or lender is responsible to comply with this order within 5 days upon notice of this judgment.*

*-IT IS ADJUDGED AND ORDERED, that defendant(s) FLAGSTAR BANK will immediately notify the Federal Postal Court Clerk :Leighton-Lionell: Ward by mail when the above judgment terms have been completed. The mailing address is as follows [Federal Postal Court PO BOX 1001 Lake Havasu City AZ 86405] If the loan has been sold to another servicer, the now time servicer or lender is responsible to comply with this order within 5 days upon notice of this judgment.*

:Leighton-Lionell: Ward.

:Leighton-Lionell: Ward.
Clerk of the Federal Postal Court

**Official Receipt**

**Mohave County Recorder's Office**
Kristi Blair, Recorder
700 W Beale Street
P.O. Box 7000
Kingman, AZ 86402
(928) 753-0701

Receipt: 740197

| Product | Name | Extended |
|---|---|---|
| COPY | Copy | $2.00 |

Copies 2, Certified Copies 0, Conformed Copies 0, Paid By EZ Messenger Copies of Records $2.00, Certified Copies $0.00, Conformed Copies $0.00

| | | |
|---|---|---|
| **Total** | | $2.00 |
| Tender (Cash) | | $5.00 |
| Change (Cash) | | ($3.00) |

Thank you!                                                                                                    1
**Tue Jan 10 14:42:24 MST 2017 jeffreysk**

2

WHEN RECORDED RETURN TO:
Leighton Ward
PO BOX 1001
LAKE HAVASU CITY, AZ 86405



FEE# 2016051854

OFFICIAL RECORDS
OF MOHAVE COUNTY
ROBERT BALLARD,
COUNTY RECORDER



11/15/2016 12:44 PM Fee: $10.00

PAGE: 1 of 2

**WRIT OF EXECUTION**

The Defendant(s), FLAGSTAR BANK has failed to comply within the specified time frame with the orders of the Federal Postal Court Judgment Case Number RE062105195US recorded in MOHAVE County Recorders office. Pursuant to FRCP 70(a)(b) & FRPC 71, 100% of the debts have been deleted resulting from the Deed of Trust recorded on March 21, 2014 with the Instrument Number 2014012376 for the property address 2791 CUMBERLAND DRIVE, LAKE HAVASU CITY, ARIZONA 86406 which is dated 14-~MARCH-~2014 with the legal description of LOT 3, BLOCK 2, OF TRACT 2274, LAKE HAVASU CITY, ARIZONA, ACCORDING TO THE PLAT THEREOF, RECORDING AUGUST 21, 1972, AT FEE NO. 72-16658 IN THE OFFICE OF THE COUNTY RECORDER OF MOHAVE COUNTY, ARIZONA.. 100% of all rights, title & interest of this property have been divested from FLAGSTAR BANK and 100% of other nonparty's claiming to have any rights, title or interest and now 100% of all rights, title and interest of this property have now been vested to plaintiff(s): Jeffrey: Buhmiller.

This is a Federal Postal Court Clerk Certified Copy of the Writ of Execution. This document is to serve as a translation summary of the Writ of Execution by the Federal Postal Court. The original language of the Writ of Execution is written with mathematical factual certification in Correct Sentence Structure Communication Parse Syntax Grammar Performance. The language has been translated to English pursuant to United Nations Commission on International Trade Law Forty-Seventh Session New York, 7-25 July 2014, by Leighton Lionell Ward, a Certified Correct Sentence Structure Communication Parse Syntax Grammar Performance Language Specialist with Certification & Oath Of Office viewable at www.federalpostalcourt.org/staff. The original Final Default Judgment is viewable on the reverse side of this document and also at www.federalpostalcourt.org/case-search Case Number RE062105195US. 100% of the correspondence to the Federal Postal Court must be in the Correct Sentence Structure Communication Parse Syntax Grammar Performance Language & mailed to [Federal Postal Court PO BOX 1001 Lake Havasu City AZ 86405].

:Leighton-Lionell:Ward.
_____
Leighton Lionell Ward / Clerk of the Federal Postal Court

:FOR THE FEDERAL-POSTAL-COURT-FILING
BY THIS FEDERAL-POSTAL-[RE]GISTRATION-NUMBER:
~ RE062105195US
:DATE:~ 14-~NOVEMBER-~2016
:TIME:~ 9 O'CLOCK &: 08 MINUTES: AM
:Leighton-Lionell: Ward CLERK-OF-THE-COURT.

FOR THE COPYCLAIM COPYRIGHT DATE 14 NOVEMBER 2016 BY THE FEDERAL-COURT-CLERK: Leighton-Lionell: Ward &: CLAIMANTS: Jeffrey: Buhmiller, WITH THE FEDERAL-C-N-: RE062105195US.

1

2016051854    Page: 2 of 2

 

:BONDING: .C.-.S.-.C.-.P.-.S.-.G.-.P.: .D.-.C.-.F.-.P.-.S.-.C.-.V.-FLAG.

FOR THIS :QUIET-TITLE-COMMAND BY THE :F.-.P.-.C. WITH THE :F.-.P.-.C.-.C.-.N.-.~RE062105195US IS WITH THE :CERTIFICATION-COPY-CLAIM BY THE :F.-.P.-.C-CLERK :Leighton-Lionell: Ward.
FOR THE :F.-.P.-.C.-CLERK :Leighton-Lionell: Ward IS WITH THE :QUALIFICATION-CERTIFICATION OF THE :C.-.S.-.C.-.P.-.S.-.G.-.P. WITH THE :SYNTAXING-TESTIMONY OF THE :VASSALEES'-.F.-.S.-.S.-.C.-.P.-.S.-.G.-.P.-.D.-.

:Jeffrey: Buhmiller :CLAIMANTS-PLAINTIFF.
:CONTEST.-~VERSUS:
FLAGSTAR BANK :VASSALEE[S].

FOR THE TERMS OF THIS :C.-.S.-.C.-.P.-.S.-.G.-.P.-NOW-TIME-FEDERAL-POSTAL-STATION-COURT-VENUE-DOCUMENT.
:& = :AND.
:C.-.C. = :CORPORATION-CASE.
:C.-.C.-.N. = :CORPORATION-CASE-NUMBER.
:CONJUNCTION = :'and','&'= ALSO, COMMAND, 'or'= OPTION, EITHER, CHOICE.
:C.-.S.-.S.-.C.-.P.-.S.-.G.-.P. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE.
:C.-.S.-.S.-.C.-.P.-.S.-.G.-.P.-.D. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE-DOCUMENT[S].
:DOCUMENT-STATE = :CORPORATION OF THE :TWO-OR-MORE-PERSONS ARE WITH THE :PORTING-CLAIM WITHIN THE :F.-.P.-.C.-PORT-CLERK BY THE :DOCUMENT-VESSEL.
:DOCUMENT-VESSEL = :COURT-DOCKETING OF THE :DOCUMENT-CONTRACT-POSTAL-VESSEL-PERSONS ARE WITH THE :CORPORATION-CLAIM BETWEEN THE :TWO-OR-MORE-PERSONS WITH THE :COURT-DOCUMENT-PORTING-STAMP BY THE :F.-.P.-.C.-PORT-CLERK.
:FRAUDULENT/FRAUD = :SPECT:, FICTION, MODIFICATION, [O]PINION, [PRE]SUMPTION, [AS]SUMPTION, [IL]LUSION, MISTIC, PHANTOM, PERJURY, LIE, FALSE, FRAUD, MANIPULATION, [DE]CEIVING, [MIS]LEADING.
:D.-.C.-.R. = :DOCUMENT-CONTRACT-CLAIM-RULES OF THIS :D.-.C.-.F.-.P.-.S.-.C.-.V..
:D.-.C.-.C.-.S. = :DOCUMENT-CONTRACT-CLAIMS-SECTION WITH THE :C.-.S.-.S.-.C.-.P.-.S.-.G.-.P.-WORD-CORRECTIONS OF THE :F.-.S.-.S.-.C.-.P.-.S.-.G.-.P.-:[UNITED]-STATES-TITLES &: :[UNITED]-STATES-CODES ARE WITH THE :C.-.S.-.S.-.C.-.P.-.S.-.G.-.P.-CORRECTIONS BY THIS :DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.
:D.-.C.-.F.-.P.-.S.-.C.-.V. = :DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE.
:F.-.P.-.C. = :FEDERAL-POSTAL-COURT.
:F.-.S.-.S.-.C.-.P.-.S.-.G.-.P. = :FRAUDULENT-SENTENCE-STRUCTURE-COMMUNICAITON-PARSE-SYNTAX-GRAMMAR-PERFORMANCE.
:F.-.S.-.S.-.C.-.P.-.S.-.G.-.P.-.D. = :FRAUDULENT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE-DOCUMENT[S].
:LEGAL-LAND-LOCATION = : :~LOT-3:, ~BLOCK-2, ~TRACT-2274, ~LAKE-HAVASU-CITY, ~ARIZONA, ~71-~AUGUST-~1972-[RE]CORDING-DATE, ~72-16658-FEE-NUMBER, ~MOHAVE-COUNTY-[RE]CORDER, ~MOHAVE-COUNTY, ~ARIZONA-TERRITORY.
:LODIAL = :[AR]TICLE = :SPECIFIC = A, AN, THE, THIS, THE, THAT, ONE, EACH, EVERY, EITHER.
:NOW-TIME-TENSE = :C.-.S.-.S.-.C.-.P.-.S.-.G.-.P..
:POSITION = :[PREPOSITION] = :FOR, OF, WITH, BY, IN, AS, ON, WITHIN, VERSUS, THROUGH, THRU, EITHER, BEYOND, INTO.
:POSTAL = :POSTAGE-$1.00-STAMP WITH THE AUTOGRAPHING OF THE :C.-.S.-.S.-.C.-.P.-.S.-.G.-.P.-KNOWLEDGE BY THE :DOCUMENT-CONTRACT-F.-.P.-.C.-CLERK.
:STATION= :D.-.C.-.F.-.P.-.S.-.C.-.V.-LOCATION OF THE :DOCUMENT-COURT-FACTS WITH THE DOCKETING &: PASSTHRU OF THE :DOCUMENT-FILINGS.
:VASSALEE = :SERVANT-EMPLOYEE OF THIS :D.-.C.-.F.-.P.-.S.-.C.-.V..
:VERB = :THINKING-MOTION OF THE KNOWLEDGE = :IS = :SINGULAR, :ARE = :PLURAL.
:VESSEL = :MARITIME :ORIGINAL-LOCATION.

~1 FOR THE :VASSALEES-FAILURE-PERFORMANCE OF THE :F.-.P.-.C.-.C.-.S.-.S.-.C.-.P.-.S.-.G.-.P.-FIVE-DAY-COMMANDS-COMPLETION-CLAIM BY THE :F.-.P.-.C-CLERK ARE WITH THE :F.-.P.-.C.-CLERK'S-COMMAND-AUTHORIZATION-CLAIM: :D.-.C.-.C.-.S.-RULE-~70-THROUGH-~71 FOR THE :FORCEMENT-WRIT BY THE :F.-.P.-.C.-CLERK.
~2 FOR THE :ONE-HUNDRED-PERCENT-DEBTS BY THE CREATION OF THE :DEED-OF-TRUST WITH THE :21-~MARCH-~2014-COUNTY-[RE]CORDER-FILING-DATE WITH THE :~2014012376-MOHAVE-COUNTY-[RE]CORDER-FILING-NUMBER FOR THE :~2791-~CUMBERLAND-~DRIVE, ~LAKE-HAVASU-CITY, ~ARIZONA-~86406-LAND-LOCATION WITH THE :14-~MARCH-~2014-DATE FOR THE :LEGAL-LAND-LOCATION ARE WITH THE :NOW-TIME-ZERO-DEBT-CLAIM BY THE :F.-.P.-.C.-COMMAND FOR THE :Jeffrey: Buhmiller.
~3 FOR THE :ONE-HUNDRED-PERCENT OF THE RIGHTS &: TITLE BY THE CREATION OF THE :DEED-OF-TRUST WITH THE :21-~MARCH-~2014-MOHAVE-COUNTY-[RE]CORDER-FILING-DATE WITH THE :~2014012376-MOHAVE-COUNTY-[RE]CORDER-FILING-NUMBER FOR THE :~2791-~CUMBERLAND-~DRIVE, ~LAKE-HAVASU-CITY, ~ARIZONA-~86406-LAND-LOCATION WITH THE :14-~MARCH-~2014-DATE FOR THE :LEGAL-LAND-LOCATION BY FLAGSTAR BANK & :ONE-HUNDRED-PERCENT-PARTIES WITH THE :LODIAL-CLAIMS ARE WITH THE :[DI]VESTING-CLAIM BY THE :F.-.P.-.C.-COMMAND FOR THE :Jeffrey: Buhmiller.
~4 FOR THE :ONE-HUNDRED-PERCENT OF THE RIGHTS &: TITLE BY THE CREATION OF THE :DEED-OF-TRUST WITH THE :21-~MARCH-~2014-MOHAVE-COUNTY-[RE]CORDER-FILING-DATE WITH THE :~2014012376-MOHAVE-COUNTY-[RE]CORDER-FILING-NUMBER FOR THE :~2791-~CUMBERLAND-~DRIVE, ~LAKE-HAVASU-CITY, ~ARIZONA-~86406-LAND-LOCATION WITH THE :14-~MARCH-~2014-DATE FOR THE :LEGAL-LAND-LOCATION ARE WITH THE :VESTING-CLAIM BY THE :F.-.P.-.C.-COMMAND FOR THE :Jeffrey: Buhmiller.

:F.-.P.-.C.-CLERK: :Leighton-Lionell: Ward.     :Leighton-Lionell Ward.

:FOR THE :FEDERAL-POSTAL-COURT-FILING BY THIS :FEDERAL-POSTAL-[REGISTRATION-NUMBER:
~ RE062105195US
:DATE-~ 14-~NOVEMBER-~2016
:TIME-~ 9 O'CLOCK & 08 MINUTES: AM
:Leighton-Lionell: CLERK OF THE COURT.

SEAL

1

2

### RELEASE OF JUDGMENT

3

:Leighton-Lionell:Ward hereby releases the Judgment recorded on November 1,

4

2016, at Fee #2016049746, Records of Mohave County, Arizona, which purported to have

5

been issued by the Federal Postal Court.

6

7

DATED this ___ day of _____, 2017.

8

9

By_____

:Leighton-Lionell:Ward.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**RELEASE OF WRIT OF EXECUTION**

:Leighton-Lionell:Ward hereby releases the Writ of Execution recorded on November 15, 2016, at Fee #2016051854, Records of Mohave County, Arizona, which purported to have been issued by the Federal Postal Court.

DATED this ___ day of _____, 2017.

By_____
　　　　　　:Leighton-Lionell:Ward.

2016 WL 868167
Only the Westlaw citation is currently available.
United States District Court,
D. Connecticut.

:Penny-lee: Gilly, Plaintiff,
v.
Ocwen, Defendant.

No. 3:16-mc-00021 (JAM)
|
Signed 03/07/2016

### ORDER STRIKING
### REGISTRATION OF JUDGMENT

Jeffrey Alker Meyer, United States District Judge

*1 On February 8, 2016, a purported judgment issued by the "Federal Postal Court" was filed for registration with the Clerk of Court in the above-captioned matter. Dozens of similar purported judgments of the "Federal Postal Court" have been filed for registration in the District of Connecticut in recent weeks. Because further inquiry confirms that the "Federal Postal Court" is not a court with authority to have its judgments registered in a federal court, the registration of judgment will be stricken.

### BACKGROUND

On February 8, 2016, a certification for registration of judgment was filed in the name of ":Leighton-Lionel: Ward" [sic], who is identified as clerk of court for the "Federal Postal Court" and with a mailing address to a post office box in Lake Havasu City, Arizona. The purported judgment is in the matter of a plaintiff named ":Penny-Lee Gilly:" [sic] against a defendant named "OCWEN," and in the principal amount of $11,509,456.

The cover page of the filing in this case is on a pre-printed federal court form (AO 451 – Clerk's Certification of a Judgment to Be Registered in Another District). The filing also includes an attachment entitled, "Certified Copy of Final Judgment, Translation of Final Default Judgement" [sic] that states in part:

> This document is to serve as a translation summary of the Final Default Judgment by the Federal Postal Court. The original language of the Final Default Judgment was written in Correct Sentence Structure Communication Parse Syntax Grammar. The language has been translated to English pursuant to the Uniform Foreign-Money Claims Act.

Doc. #1 at 2. The defendant "OCWEN" appears to be Ocwen Financial Corporation (Ocwen), a provider of residential and commercial mortgage loan servicing. The judgment orders Ocwen to pay plaintiff $11,509,456, to "delete" the outstanding balance on a Deed of Trust created April 18, 2006, to transfer title of the Deed of Trust property to plaintiff, and to notify the Federal Postal Court Clerk when the terms of the judgment have been fulfilled. Except for a photocopy of certified mail sent to defendant, the rest of the filing is a largely unintelligible jumble of code-like numbers, letters, and legalistic terms with little apparent connection to one another.

Because of doubts about the validity of the "Federal Postal Court," I entered an order to show cause for a hearing to learn more about the judgment and the "Federal Postal Court." Notice of the hearing was transmitted to plaintiff, but she did not communicate with the Court. Two individuals ended up participating in the hearing by telephone from an Arizona telephone number. They identified themselves as David Wynn Miller, who described himself as a judge of the "Federal Postal Court," and Leighton Ward, who described himself as clerk of the "Federal Postal Court." These two names appear on the registration documents filed with the Court.

Miller told me that Benjamin Franklin opened the "Federal Postal Court" on July 4, 1775. But the court was soon closed in 1776 with the onset of the Revolutionary War. It remained closed for more than two centuries. Then, according to Miller, he and a colleague reopened the court for operation on December 21, 2012 (a day that is otherwise well known as the predicted end of the world according to the Mayan Calendar).

Gilly v. Ocwen, Slip Copy (2016)

**\*2** Miller explained to me that the "Federal Postal Court" operates on the basis of a sophisticated mathematical understanding of language that proves that certain mortgage documents are fraudulent. According to Miller, the "Federal Postal Court" has been recognized by the United Nations. The "Federal Postal Court" does not have a courthouse or other fixed location; instead, it has transitory jurisdiction with a presence wherever the federal postal eagle symbol may be.

A YouTube search discloses numerous videos of Miller and others explaining the operation of the "Federal Postal Court."[1] A Westlaw search does not disclose any valid judgments or other proceedings involving the "Federal Postal Court." A Westlaw search for the name of "David Wynn Miller" otherwise reflects a lengthy history of frivolous filings that use the same impenetrable language that appears in the filings in this case. *See, e.g., United States v. Pflum,* 2013 WL 4482706 (D. Kan. 2013) (collecting dozens of cases and noting that several district courts have imposed pre-filing screening orders to prevent Miller from filing suits in these courts without prior leave of the court).

## DISCUSSION

Federal law provides for the registration of certain court judgments in the federal courts of the United States:

> A judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other district ... when the judgment has become final. ... A judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner.

28 U.S.C. § 1963. Before the enactment of § 1963, if a judgment creditor wanted to enforce a money judgment outside the district in which judgment was entered, she was required to bring a new lawsuit in that

federal district court. *See Home Port Rentals, Inc. v. Int'l Yachting Grp., Inc.,* 252 F.3d 399, 404 (5th Cir. 2001). The purpose of § 1963 was "to spare creditors and debtors alike ... the additional costs and harassment of further litigation which would otherwise be required." *Id.;* S. Rep. No. 83-1917 (1954). For this reason, when a judgment is properly registered under § 1963, the registration "provides, so far as enforcement is concerned, the equivalent of a new judgment of the registration court." *Stanford v. Utley,* 341 F.2d 265, 268 (8th Cir. 1965) (Blackmun, J.).

Here, it is clear that the judgment of the "Federal Postal Court" does not meet the requirements of § 1963. The judgment does not arise—as the statute requires—from a "court of appeals, district court, bankruptcy court, or in the Court of International Trade." *See Fox Painting Co. v. National Labor Relations Bd.,* 16 F.3d 115, 117 (6th Cir. 1994) (§ 1963 does not permit registration of judgments from any court not listed in the statute); *Marbury Law Grp., PLLC v. Carl,* 729 F. Supp. 2d 78, 83 (D.D.C. 2010) (same). If a document registered under § 1963 "does not appear to have any legitimate purpose," it is proper for a court to strike the document. *See, e.g., United States v. Wells,* 131 F.R.D. 543, 545 (N.D. Ill. 1990); *see also Calderon v. JPMorgan Chase Bank, N.A.,* 2012 WL 3484683 (E.D. La. 2012) (striking purported registration of judgment that did not issue from any court authorized under § 1963).

**\*3** Moreover, there is no basis to conclude that the purported judgment of the "Federal Postal Court" arises from any valid legal authority at all. So far as I can tell, the "Federal Postal Court" is a sham and no more than a product of fertile imagination. Accordingly, even if I were to conclude that there were some basis other than § 1963 to allow for the registration of a judgment in the federal courts of Connecticut, I would conclude that any judgment rendered by the "Federal Postal Court" should not be subject to registration and should be stricken.

## CONCLUSION

The registration of judgment (Doc. #1) shall be STRICKEN forthwith, and the Clerk of Court shall dismiss and close this matter.

It is so ordered.

**All Citations**

Slip Copy, 2016 WL 868167

Footnotes

1    *See, e.g.* "For These Methods of the Document Contract Federal Postal Court Venue Part I Merge," *available at* https://
     www.youtube.com/watch?v=MdFDH3g0lpo (last accessed Mar. 5, 2016).

End of Document                                    © 2016 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT 6

# EXHIBIT 6

| Attorney or Party without Attorney:<br>QUARLES & BRADY<br>2 N. CENTRAL AVE.<br>PHOENIX , AZ 85004<br>Telephone No: | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: | Ref. No. or File No.:  156650.00007 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>MOHAVE COUNTY RECORDER | | | | |
| Plaintiff:  RE: FEE NOS. 2016049746 & 201551854, OFFICIAL RECORDS OF MOHAVE COUNTY<br>RECORDER<br>Defendant: | | | | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>[not provided] |
|---|---|---|---|---|

1.  I, Tyler Gable MC-7171 , being retained by FIRST LEGAL SUPPORT SERVICES am and was on the dates mentioned herein over the age of twenty one years and not a party to this action. I attempted to Personally Serve Defendant LEIGHTON WARD as follows:

2.  *Documents*
    LETTER DATED JANUARY 12, 2017; JUDGMENT; WRIT OF EXECUTION; (2) RELEASE AND CASE

**Attempt Detail**

1) Unsuccessful Attempt by: Tyler Gable MC-7171 on: Jan 13, 2017, 3:30 pm MST at 3198 SHOSHONE DR , LAKE HAVASU CITY , AZ 86406
No answer, no activity on current attempt.

2) Unsuccessful Attempt by: Tyler Gable MC-7171 on: Jan 15, 2017, 5:04 pm MST at 3198 SHOSHONE DR , LAKE HAVASU CITY , AZ 86406
No answer, no activity on current attempt.

3) Unsuccessful Attempt by: Tyler GableMC-7171 on: Jan 18, 2017, 5:11 pm MST at 3198 SHOSHONE DR , LAKE HAVASU CITY , AZ 86406
A female occupant who did not identify herself came to door, handed me a business card with no information on it. Seen a male standing in kitchen, whi I believe to be subject Leighton Ward. Believes subject to be avoiding.

Service: $139.00, Mileage: $0.00, Notary: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $149.00

I Declare under penalty of perjury under the laws of the State of
Arizona that the foregoing is true and correct.

3.  *Person Executing:*
    a. TYLER GABLE MC-7171
    b. First Legal Support Services
       3737 North 7th. Street Suite 125
       PHOENIX, AZ 85014
    c. (602) 248-9700

_1/23/17_                          _____
  (Date)                                (Signature)

4.  *STATE OF ARIZONA, COUNTY OF*
    *Subscribed and sworn to (or affirmed) before on this*              *day of*              *by TYLER GABLE MC-7171*
    *proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

                                        _____
                                          (Notary Signature)

                    AFFIDAVIT OF DUE DILIGENCE



PATRICIA BLISS<br>Notary Public,State of Arizona<br>Mohave County<br>My Commission Expires<br>October 04, 2019



*1189548 (558489)*

JK

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Jeffrey Buhmiller                    156560.00007
Street and Apt. No., or PO Box No.
2791 Cumberland Dr.
City, State, ZIP+4®
Lake Havasu City AZ 84606

7015 0640 0000 9298 3147

Postmark Here
PHOENIX, ARIZONA
JAN 12 2017
USPS 85551
DOWNTOWN

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey Buhmiller
2791 Cumberland Drive
Lake Havasu City, AZ 84606

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9403 0366 5163 2174 01

2. Article Number *(Transfer from service label)*
7015 0640 0000 9298 3147

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Jeffry R Buhmiller*        ☐ Agent
                              ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery
Jeff Buhmiller

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

JAN 12 2017

156560.00007

Sent To *Leighton Ward*
Street and Apt. No., or PO Box No. *P.O. Box 1001*
City, State, ZIP+4® *Lake Havasu City, AZ 86405*

7015 0640 0000 9298 3154

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Leighton Ward
P.O. Box 1001
Lake Havasu City, AZ 86405

9590 9403 0366 5163 2173 88

2. Article Number *(Transfer from service label)*
7015 0640 0000 9298 3154

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
WARD                                  1/17/17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | $ |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☒ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ 6.88 |

Postmark Here   PHOENIX AZ 85026

7015 0640 0000 9298 3161

Sent To  *Leighton Ward*     156560.00007
Street and Apt. No., or PO Box No.  *3198 Shoshone Dr.*
City, State, ZIP+4®  *Lake Havasu City, AZ  86406*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Leighton Ward
   3198 Shoshone Drive
   Lake Havasu City, AZ 86406-8672

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9403 0366 5163 2171 97

2. Article Number *(Transfer from service label)*

7015 0640 0000 9298 3161

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
   WARD                             1/21/17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

JAN 1 2017   AZ 86403

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT 7

# EXHIBIT 7

:FOR THE FEDERAL-POSTAL-COURT-FILING
BY THIS FEDERAL-POSTAL-[RE]GISTRATION-NUMBER:
~RE963924797US
:DATE-~ 20-~ DECEMBER-~2016
:TIME-~ 8 O'CLOCK &: 00 MINUTES:AM
:Leighton-Lionell: Ward :CLERK-OF-THE-COURT.





:BONDING: C.-S.-S.-C.-P.-S.-G.: D.-C.-F.-P.-S.-C.-V.-FLAG.

IN THIS D.-C.-F.-P.-S.-C.-V..
FOR THIS Q.-W.-C.-D.-C.-C.-N-~RE963924797US.
:Jeffrey: Buhmiller &: WITH THE MAILING-LOCATION-~MAIL-~PO-BOX-~1001,-~LAKE-HAVASU-CITY,-~ARIZONA-~86405.
:FEDERAL-POSTAL-COURT-CLERK  :Leighton-Lionell:  Ward  WITH  THE  MAILING-LOCATION-~PO-BOX-~1001,-~LAKE-HAVASU-CITY,-~ARIZONA-
~86405.
:CLAIMANTS.
FOR THIS CLAIMANT'S-KNOWLEDGE OF THE QUALIFICATIONS & CERTIFICATIONS ARE WITH THE C.-S.-S.-C.-P.-S.-G. WITH THE CONTRADICTION OF
THE F.-S.-S.-C.-P.-S.-G. BY THE VASSALEES.
:David: Funkhouser-III &: QUARLES & BRADY LLP WITH THE MAILING-LOCATIONS-~RENAISSANCE-ONE,-~TWO-~NORTH-CENTRAL-~AVENUE,-
~PHOENIX,-~ARIZONA-~85004.
:VASSALEES.

FOR THE TERMS OF THIS C.-S.-S.-C.-P.-S.-G.-NOW-TIME-FEDERAL-POSTAL-STATION-COURT-VENUE-DOCUMENT.
:CLAIMANT(S) = :Jeffrey: Buhmiller &:Leighton-Lionell: Ward.
:& = :AND
:C.-C. = :CORPORATION-CASE.
:C.-C.-N. = :CORPORATION-CASE-NUMBER.
:CONJUNCTION = :'and','&'= ALSO, COMMAND, 'or'= OPTION, EITHER, CHOICE.
:C.-S.-S.-C.-P.-S.-G. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR.
:C.-S.-S.-C.-P.-S.-G.-D. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-DOCUMENT(S).
:DOCUMENT-STATE = :CORPORATION OF THE TWO-OR-MORE-PERSONS ARE WITH THE PORTING-CLAIM WITHIN THE FEDERAL-POSTAL-COURT-
PORT-CLERK BY THE DOCUMENT-VESSEL.
:DOCUMENT-VESSEL = :COURT-DOCKETING OF THE DOCUMENT-CONTRACT-POSTAL-VESSEL-PERSONS ARE WITH THE CORPORATION-CLAIM
BETWEEN THE TWO-OR-MORE-PERSONS WITH THE COURT-DOCUMENT-PORTING-STAMP BY THE FEDERAL-POSTAL-COURT PORT-CLERK.
:FRAUDULENT/FRAUD = :SPECT, FICTION, MODIFICATION, [O]PINION, [PRE]SUMPTION, [AS]SUMPTION, [IL]LUSION, MISTIC, PHANTOM, PERJURY,
LIE, FALSE, FRAUD, MANIPULATION, [DE]CEIVING, [MIS]LEADING.
:D.-C.-C.-R. = :DOCUMENT-CONTRACT-CLAIM-RULES OF THIS D.-C.-F.-P.-S.-C.-V..
:D.-C.-C.-S. = :DOCUMENT-CONTRACT-CLAIMS-SECTION WITH THE C.-S.-S.-C.-P.-S.-G.-WORD-CORRECTIONS OF THE F.-S.-S.-C.-P.-S.-G.-[U]NIT[ED]-
STATES-TITLES &: [U]NIT[ED-STATES-CODES ARE WITH THE C.-S.-S.-C.-P.-S.-G.-CORRECTIONS BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-
COURT.
:D.-C.-F.-P.-S.-C.-V. = :DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE.
:F.-P.-C.-C.-N. = :FEDERAL-POSTAL-CORPORATION-CASE/DOCKET-NUMBER-~RE963924797US.
:F.-S.-S.-C.-P.-S.-G. = :FRADULENT-SENTENCE-STRUCTURE-COMMUNICAITON-PARSE-SYNTAX-GRAMMAR.
:F.-S.-S.-C.-P.-S.-G.-D. = :FRADULENT-SENTENCE-STRUCTURE-COMMUNICAITON-PARSE-SYNTAX-GRAMMAR-DOCUMENT(S).
:LODIAL = :[ARTICLE] = :SPECIFIC = A, AN, THE, THIS, THE, THAT, ONE, EACH, EVERY, EITHER.
:NOW-TIME-TENSE = :C.-S.-S.-C.-P.-S.-G..
:POSITION = :[PREPOSITION] = :FOR, OF, WITH, BY, IN, AS, ON, WITHIN, VERSUS, THROUGH, THRU, EITHER, BEYOND, INTO.
:POSTAL = :POSTAGE-$1.00-STAMP WITH THE AUTOGRAPHING OF THE C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE BY THE DOCUMENT-CONTRACT-FEDERAL-
POSTAL-COURT-CLERK.
:Q.-W.-C.-D. = :QWO-WARRANTO-COMPLAINT-DOCUMENT.
:STATION: D.-C.-F.-P.-S.-C.-V.-LOCATION OF THE DOCUMENT-COURT-FACTS WITH THE DOCKETING &: PASSTHRU OF THE DOCUMENT-FILINGS.
:VASSALEE = :SERVANT-EMPLOYEE OF THIS D.-C.-F.-P.-S.-C.-V..
:VERB = :THINKING-MOTION OF THE KNOWLEDGE = IS = SINGULAR, ARE = PLURAL.
:VESSEL = :MARITIME :ORIGINAL-LOCATION.
:VOLITION = :CLAIMANT'S-KNOWLEDGE OF THE FACTS ARE WITH THE CAUSE-CLAIM OF THE MOTION-THINKING WITH THE POSITION OF THE C.-S.-
S.-C.-P.-S.-G.-NOW-TIME-VESSEL-COURT-DOCUMENTS.
:U.S.A.C.-FLAG = :[U]NIT[ED]-STATES OF AN [A]MERICA-CORPORATION-FLAG.

:FOR THE FEDERAL-POSTAL-COURT-FIUNG
:BY THIS FEDERAL-POSTAL-[REGISTRATION NUMBER]:

:DATE:~ .12-
:TIME:___O'CLOCK __ MINUTES:__M
:IS-AT-:

:Jeffrey: Buhmiller.

: Jeffrey; Buhmiller.

:Leighton-Lionell: Ward.

:Leighton-L.onell: Ward.

~A FOR THIS VASALEE'S-TRESPASSING BY THE F.-S.-S.-C.-P.-S.-G. ARE WITH THE FIVE-MILLION-DOLLARS-FEE-CLAIM BY THIS PERFORMANCE-DUTY: TITLE-~15: D.-C.-C.-S.-78-~FF.

~B FOR THE CLAIMANTS'-DAMAGING-EVIDENCE OF THE TRESPASS-CLAIM ARE WITH THE DAMAGE-CLAIM BY THE VASSALEES'-F.-S.-S.-C.-P.-S.-G.- EVIDENCE-HEREIN-BONDING-FILING-DATE-~20-~DECEMBER-~2016.

~C FOR THE BONDING-EVIDENCE OF THE D.-C.-F.-P.-S.-C.-V.-FACTS ARE WITH THE DAMAGE-CLAIM OF THE TRESPASSING OF THE CLAIMANTS WITH THE [DIS]ABILITIES-[ACT]-VIOLATIONS: TITLE-~29: D.-C.-C.-S.-~701: WITH THE F.-S.-S.-C.-P.-S.-G.-LANGUAGE-VIOLATION: TITLE-~18: D.-C.-C.-S.- ~1001: &: F.-S.-S.-C.-P.-S.-G.-STATEMENTS WITH THE TITLE-~15: D.-C.-C.-S.-~1692-E-PENALTY-FINES: TITLE-~15: D.-C.-C.-S.-~78FF-[$25-million-fine] ;CONSPIRACY: TITLE-~18: D.-C.-C.-S.-~241, &: PERJURY: TITLE-~18: D.-C.-C.-S.-~1621 BY THE FRAUD-COLORING-SYNTAX-GRAMMAR: TITLE-~18: D.- C.-C.-S.-~242 BY THE VASSALEE.

~D FOR THIS STATEMENT OF THE FEDERAL-POSTAL-COURT-CLERK'S-CONTRACT AS THE C.-S.-S.-C.-P.-S.-G.-AUTHORITY IS WITH THE C.-S.-S.-C.-P.-S.- G.-CLAIM BY THESE DOCUMENT-CONTRACT-TERMS.

~E FOR THE TITLE-~28: D.-C.-C.-S.-~1331 OF THE C.-S.-S.-C.-P.-S.-G.-COMPLIANCE-CLERK'S-DUTIES ARE WITH THE C.-S.-S.-C.-P.-S.-G.-DOCKING- PAPER-VESSEL-VENUE-TITLE-NAME: D.-C.-F.-P.-S.-C.-V. WITH THE NOW-TIME-C.-S.-S.-C.-P.-S.-G.-Q.-W.-C.-D.-CLAIM OF THIS F.-P.-C.-C.-N. WITH THE C.-S.-S.-C.-P.-S.-G. OF THE D.-C.-C.-R.-RULE-~17: "RADIFICATION OF THE COMMENDMENT"-1999.

~F FOR THE C.-S.-S.-C.-P.-S.-G.-AUTHORITY: TITLE-~28: D.-C.-C.-S.-~1361 OF THE D.-C.-F.-P.-S.-C.-V.-FEDERAL-POSTAL-COURT-CLERK'S-SEAL IS WITH THE TWENTY-ONE-DAY-SUMMONS-CORRESPONDENCE-BACK OF THE MAILING-LOCATION-~PO-BOX-~1001,-~LAKE-HAVASU-CITY,-~ARIZONA- ~86405 WITH THE THREE-DAY-PULL-BACK-GRACE-TIME: TITLE-~15: D.-C.-C.-S.-~1635-~A OF THE FEDERAL-POSTAL-COURT-CLERK'S-VENUE WITH THIS D.-C.-F.-P.-S.-C.-V.-DUTY.

~G FOR THE FAILURE OF THE VASSALEES'-C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE-BACK IS WITH THE WRIT OF THE FAULT-DOCUMENT-CONTRACT- CLAIM OF THE FORTY-FIVE-DAYS-TRUST-TIME-LIMIT WITH THE THREE-DAY-PULL-BACK-GRACE-TIME: TITLE-~15: D.-C.-C.-S.-~1635-A OF THE D.-C.- F.-P.-S.-C.-V.-CONTRACT-AUTHORITY-HEREIN-CORRESPONDENCE.

~H FOR THE C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE OF THE CONTRACT-DOCKETING-DOCUMENT-AUTOGRAPH ON THE $1.00-FEDERAL-POSTAGE- STAMP-CLAIMS ARE WITHIN THE D.-C.-F.-P.-S.-C.-V. BY THE :Leighton-Lionell: Ward's-FEDERAL-POSTAL-COURT-CLERK'S-OATH-DOCUMENT- NUMBER-~RA286254036US.


:DOCUMENT-CLAIM-~1 FOR THE COMMUNICATION-FACTS OF THE C.-S.-S.-C.-P.-S.-G. ARE WITH THE FACT-AS-FACT-CLAIM OF THE C.-S.-S.-C.-P.-S.- G. WITH THE D.-C.-F.-P.-S.-C.-V.-CONTRACT-AUTHORITY-HEREIN-CORRESPONDENCE.

:DOCUMENT-CLAIM-~2 FOR THE JUDGE'S-WRITTEN-CONTRACT OF THE FACTS IS WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIMS OF THE NOW-TIME- CONTINUANCE WITH THE CORRECT-EVIDENCE-CLOSURE-CORRECTIONS OF THE WRONG-WORD-MEANINGS WITH THE SENTENCE-STRUCTURE- VIOLATIONS-CLAIMS OF THE TITLE-~18: D.-C.-C.-S.-~1001: F.-S.-S.-C.-P.-S.-G. &: TITLE-~15: D.-C.-C.-S.-~1692-~E WITH THE FRAUD-WRITINGS &: [MIS]LEADING-STATEMENTS WITH THE FRAUD-PENALTY-FINES: TITLE-~15: D.-C.-C.-S.-~78-~FF-[$25-MILLION-DOLLARS] BY THE VASSALEES- WRITTEN-CONFESSION.

:DOCUMENT-CLAIM-~3 FOR THE PERSONS'-C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE OF THE CORRECT-FACTS ARE WITH THE CLAIMS OF THE SPEECH, WRITINGS, FAITHS, PRESS, DOCUMENT-PORTING WITH THE C.-S.-S.-C.-P.-S.-G.-CONTRACT-GRIEVANCES BY THE F.-P.-C.-V..

:DOCUMENT-CLAIM-~4 FOR THE C.-C. OF THE D.-C.-F.-P.-S.-C.-V. IS WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIMS BY THE PERSON'S-LODIAL-VOLITION.

:DOCUMENT-CLAIM-~5 FOR THE D.-C.-F.-P.-S.-C.-V.-CONSTITUTION OF THE FACTS ARE WITH THE CLAIMS BY THE PERSON'S-C.-S.-S.-C.-P.-S.-G.- KNOWLEDGE.

:DOCUMENT-CLAIM-~6 FOR THE CLAIM OF THE C.-S.-S.-C.-P.-S.-G.-CAPTURE-WARRANT or: C.-S.-S.-C.-P.-S.-G.-SEARCH-WARRANT IS WITH THE JUDGE'S-AUTOGRAPHING-C.-S.-S.-C.-P.-S.-G.-OATH BY THE C.-S.-S.-C.-P.-S.-G.-AUTHORITY-DUTY.

:DOCUMENT-CLAIM-~7 FOR THE WITNESSING-PERSON OF THE WITNESS'S-TESTIMONY IS WITH THE PERSON'S-C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE- CLAIM BY THE PERSONAL-SELF-CLAIMS.

:DOCUMENT-CLAIM-~8 FOR THE CLAIMANT'S-KNOWLEDGE OF THE C.-S.-S.-C.-P.-S.-G.-FACTS IS WITH THE CLAIMANT'S-CLAIM OF THE CORRECT- NOW-TIME-EVIDENCE-FACTS.

:DOCUMENT-CLAIM-~9 FOR THE C.-S.-S.-C.-P.-S.-G.-TWELVE-PERSON-KNOWLEDGE BY THE C.-S.-S.-C.-P.-S.-G.-CLAIMS ARE WITH THE C.-S.-S.-C.-P.- S.-G.-TRIAL BY THE SAME-PLANE-D.-C.-F.-P.-S.-C.-V-COURT.

:DOCUMENT-CLAIM-~10 FOR THE TERMS OF THE CONVICTION-PERSON'S-PUNISHMENT IS WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIMS OF THE BAIL- CONDITIONAL-TERMS, FINANCIAL-TERM-FINES &/or: JAILING-TERMS WITH THE D.-C.-F.-P.-S.-C.-V..

:DOCUMENT-CLAIM-~11 FOR THE F.-P.-C.-V.-FIDUCIARIES OF THE DOCUMENT-CONTRACT-FACTS ARE WITH THE DUTY-CLAIM or: JUDGEMENT- CLAIM BY THE C.-S.-S.-C.-P.-S.-G.-OATH OF THE D.-C.-F.-P.-S.-C.-V..

:DOCUMENT-CLAIM-~12 FOR THE VESSEL-DOCUMENT OF THE DOCUMENT-CONTRACT-HEREIN IS WITH THE CLOSURE-CLAIM OF THE VOLITION WITH THE DOCUMENT, CONSTITUTION, DOCUMENT-CONTRACT-CORPORATION &: PERSONS'-TRUST-DOCUMENTS.

:DOCUMENT-CLAIM-~13 FOR THE CLAIMANT(S)-KNOWLEDGE OF THE CONSTITUIONAL-TERMS IS WITH THE C.-C.-CLAIM OF THE POSTAL- TERRITORY-D.-C.-F.-P.-S.-C.-V. WITH THE CORRECTING-F.-S.-S.-C.-P.-S.-G.-D. BY THE C.-S.-S.-C.-P.-S.-G..


FOR THE CAUSES OF THE COMPLAINT-CONTRACT.

~1 FOR THE C.-S.-S.-C.-P.-S.-G.-ONE-THOUGHT-SENTENCE &: ONE-AUTHORITY-VENUE OF THE ONE-NOW-TIME-TENSE IS WITH THE PLEADING- CLAIMS BY THE D.-C.-F.-P.-S.-C.-V..

~2 FOR THE VIEWING OF THE David: Funkhouser-III &: QUARLES & BRADY LLP'S-CORRESPONDENCE IS WITH THE BABBLE-COMMUNICATIONS- [ART]-CLAIM OF THE STRAIGHT &: LINES-CURVING BY THE CLAIMANT'S.

~3 FOR THE CLAIMANT'S-KNOWLEDGE OF THE CLOSURE-CLAUSES: D.-C.-C.-S.-~26-~E: CLOSURE-PORTING OF THE D.-C.-C.-S.-~60-~B: CLOSURE- EVIDENCE ARE WITH AN AUTHORITY OF THE TITLE-~42: D.-C.-C.-S.-~1986 WITH THE C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE OF THE F.-S.-S.-C.-P.-S.-G.- DAMAGE BY THE VASSALEES'-DOCUMENTS.

~4 FOR THE CLAIMANT: <u>FEDERAL-POSTAL-COURT-CLERK</u>: <u>Leighton-Lionell</u>: <u>Ward's</u>-KNOWLEDGE OF THE <u>C.-S.-S.-C.-P.-S.-G.</u>-EVIDENCE-FACTS **ARE** WITH THE <u>CORRECT-VOLITION-CLAIM</u> OF THE <u>SUMMARY-CORRECTION-AUTHORITY</u>: <u>TITLE-~42</u>: **D.-C.-C.-S.-~1986** WITH THE <u>F.-S.-S.-C.-P.-S.-G.</u> BY THE <u>HEREIN-BONDED-VASSALEE'S-DOCUMENT-EVIDENCE</u>.
~5 FOR THE <u>VOID-CLOSURE</u> OF THE <u>VASSALEE'S-WRONG-WORD-MEANINGS</u> WITH THE <u>SENTENCE-STRUCTURES</u> **ARE** WITH THE <u>VIOLATIONS-CLAIMS</u> OF THE <u>TITLE-~18</u>: **D.-C.-C.-S.-~1001**: <u>F.-S.-S.-C.-P.-S.-G.</u> &: <u>TITLE-~15</u>: **D.-C.-C.-S.-~1692-~E** WITH THE <u>FALSE-WRITINGS</u> &: [MIS]<u>LEADING</u>-<u>STATEMENTS</u> WITH THE <u>FRAUD-PENALTY-FINES</u>: <u>TITLE-~15</u>: **D.-C.-C.-S.-~78-~FF($25-MILLION-DOLLARS)** BY THE VASSALEES.
~6 FOR THE <u>SENTENCE-STRUCTURES-VIOLATIONS</u> OF THE EVIDENCE **ARE** WITH THE [PRE]SUMPTIONS, [AS]SUMPTIONS, [O]PINIONS, AILING, FRAUDULENT &: <u>MODIFICATIONS-WORDS</u> BY THE VASSALEES.
~7 FOR THE [<u>NE]GATIVE-WORD-VOLITIONS</u>: (NEGATIVE, NOT, WITHOUT, NO,) **ARE** WITH THE <u>DAMAGE-CLAIM</u> AS THE <u>MODIFICATIONS-VOLITION</u> WITH THE <u>VACATING-CLAIMS</u> OF THE <u>CORRECT-CORRESPONDENCE</u> WITH THE VASSALEES &: CLAIMANTS OF THE <u>D.-C.-F.-P.-S.-C.-V.</u>.
~8 FOR THE WORDS OF AN [<u>AD]VERB-F.-S.-S.-C.-P.-S.-G.</u>-MODIFICATIONS **ARE** WITH THE USE OF THE <u>SINGLE-[PRE]POSITION</u> or: <u>SINGLE-LODIAL-</u> [<u>AR]TICLE</u> WITH THE VOID OF THE <u>POSITIONAL-LODIAL-FACT-PHRASE</u> WITH THE <u>SINGLE-WORD-MODIFIER</u> AS THE: A, AS, AT, AM, BECAUSE, BEFORE, BEGIN, BUT, BY, CAN, COME, COULD, DO, DOES, FROM, HE, HER, HIS, IN, JUST, OF, OVER, IT, HAS, HOW, MUCH, NO, NOT, PUT, RE, SO, SHE, SHOULD, SOME, SUCH, THAT, THAN, THE, THEY, THEIR, THEM, THEN, TO, THIS, THOSE, THROUGH, UNDER, USE, WANT, WAS, WE, WHEN, WHAT, WHERE, WITH, WITHOUT, WITHIN, WHO, WHOM, WOULD, YOU, YOUR, YOURSELF, OF THE <u>VERB-FICTION-FRAUDULENT-WORD-MEANING</u> WITH THE PREFIX = <u>FUTURE-TIME</u> = 'TO', 'PRE' &: SUFFIX = <u>PAST-TIME</u>: ED, &: FROM BY THE <u>VOID-NOW-TIME</u>.
~9 FOR THE <u>DOCUMENT-CLAIMS</u> OF THE <u>D.-C.-F.-P.-S.-C.-V.</u> **ARE** WITH THE <u>CLOSURE-CLAIMS</u> OF THE <u>ONE-VENUE-C.-S.-S.-C.-P.-S.-G.-RULE</u> WITH THE CONFLICTION BY THIS <u>F.-S.-S.-C.-P.-S.-G.-D.-EVIDENCE</u>.
~10 FOR THE <u>C.-S.-S.-C.-P.-S.-G.</u>-WORD-OPERATIONS OF THE <u>FRAUDULENT-SENTENCE-STRUCTURES</u> **ARE** WITH THE <u>DOCUMENT-EVIDENCE-CLAIMS</u> OF THE <u>WRITTEN-PLEADINGS</u>, VIEWS, COMMANDS, MOTIONS &: JUDGEMENTS BY THESE VASSALEES WITH THESE CORRECTIONS BY THE <u>D.-C.-F.-P.-</u> <u>S.-C.-V.</u>.
~11 FOR THE <u>FEDERAL-POSTAL-COURT-CLERK'S</u>: <u>Leighton-Lionell: Ward</u> AS THE <u>SAFEGUARDING-CLAIMANT</u> **IS** WITH THE <u>DAMAGE-CLAIM</u> OF THE <u>COMMUNICATION-[DIS]ABILITY-KNOWLEDGE</u> or: <u>HANDICAPPING-COMMUNICATION-FRAUDS</u> OF THE <u>F.-S.-S.-C.-P.-S.-G.-D.</u> BY THE VASSALEES.
~12 FOR THIS <u>FEDERAL-POSTAL-COURT-CLERK</u>: <u>Leighton-Lionell: Ward's</u>-KNOWLEDGE OF THE <u>TITLE-~42</u>: **D.-C.-C.-S.-~1986** **IS** WITH THE <u>CORRECTION-CLAIM</u> OF THE <u>P.-S.-G.-C.-NUMBERING-KEY-CODED-WORDS</u>: '1'=[AD]VERB, '2'=VERB, '3'=[AD]JECTIVE, '4'=[PRONOUN] WITH THE <u>F.-</u> <u>S.-S.-C.-P.-S.-G.-D.-EVIDENCE</u> OF THE <u>VASSALEES'-DOCUMENTS</u> BY THE <u>D.-C.-F.-P.-S.-C.-V.-C.-C.</u>.
~13 FOR THE <u>FRAUDULENT-USES</u> OF THE [<u>PRE]FIX-PARSE-WORDS</u> **ARE** WITH THE [<u>NE]GATIVE-CLAIM</u> OF THE [PRE]FIXES: A, AB, AC, AD, AF, AM, AN, AP, AR, AS, AT, DE, DIS, EM, EN, ES, EX, IM, IN, MAL, MIS, NE, NO, NON, NOR, OB, OC, OP, OF, PRE, PRO, PRI, PRU, RE, ES, SUB, TO, UN or: WITH THE <u>MODIFICATION-FACTS</u> BY AN [AD]VERB or: [<u>AD]JECTIVE-MODIFICATION</u> OF THE <u>TITLE-~18</u>: **D.-C.-C.-S.-~1001**: F.-S.-S.-C.-P.-S.-G.-D. BY THE <u>FEDERAL-</u> <u>POSTAL-COURT-CLERK'S-KNOWLEDGE-SUMMARY</u> BY THESE <u>C.-S.-S.-C.-P.-S.-G.</u>-CLAIMS.
~14 FOR THE <u>CLAIMANTS'-DOCUMENTS</u> OF THE <u>C.-S.-S.-C.-P.-S.-G.</u> **ARE** WITH THE <u>NOW-TIME-FACTS</u> OF THE <u>POSITIONAL-LODIAL-FACT-PHRASES</u>, <u>LODIAL-[ARTICLE]</u> &: VERBS: <u>IS=SINGLAR</u>, &: <u>ARE=PLURAL</u>, WITH THE <u>SINGLE-THOUGHT-CONTENT-SENTENCES</u> BY THIS <u>DOCUMENT'S-CLOSURE-</u> <u>FACTS</u>.
~15 FOR THE <u>CLAIMANT(S)-CONTRACT</u> AS THE <u>GOLD-CERTIFICATE-HOLDER</u> **IS** WITH THE <u>GOLD-CERTIFICATE-CLAIM</u> OF AN AUTHORIZATION WITH AN <u>AUTOGRAPH-FAULT-DOCUMENT-CONTRACT-CLAIM-VENUE</u> BY THE <u>D.-C.-F.-P.-S.-C.-V.-CLERK</u> WITH AN AUTHORITY AS THE <u>D.-C.-F.-P.-S.-C.-V.-</u> <u>JUDGE</u> WITH THE <u>NOW-TIME-DATE</u> OF THE <u>CASH-VALUE-CLAIM</u>.
~16 FOR THE <u>F.-S.-S.-C.-P.-S.-G.</u>-WORD-MODIFICATIONS **ARE** WITH THE <u>DAMAGE-CLAIMS</u> OF THE FACTS AS THE <u>GERUND-VERBS</u>, [PRONOUNS] or: [AD]JECTIVES WITH THE PERJURY OF AN OATH WITH THE <u>SAFE-GUARDING</u> OF THE CLAIMANT.
~17 FOR THIS <u>GOLD-CERTIFICATE</u> OR <u>EQUIVALENT-VALUE</u> **ARE** WITH THE <u>CLAIMS</u> BY THESE CLAIMANT(S).
~18 FOR THE <u>CLAIMANT(S)-GOLD-VALUE-CASH-CERTIFICATE</u> OF THIS <u>FAULT-CONTRACT-CLAIMS</u> **ARE** WITH THE <u>C.-S.-S.-C.-P.-S.-G.</u> OF THE <u>TITLE-</u> <u>~42</u>: **D.-C.-C.-S.-~1986** WITH THE <u>C.-S.-S.-C.-P.-S.-G.-WRIT</u> BY THE <u>FAULT-DOCUMENT-CONTRACT-CLAIM-RULE-~55</u>.
~19 FOR THE <u>WORD-PATTERNS</u> OF THE <u>WORD-TERMS</u> **ARE** WITH THE <u>DAMAGE-CLAIMS</u> OF THE <u>100%-WORD-[ER]RORS</u> &: <u>F.-S.-S.-C.-P.-S.-G.-</u> <u>MEANINGS</u> WITH THE <u>SENTENCE-STRUCTURING</u> BY THE <u>VASSALEE'S-F.-S.-S.-C.-P.-S.-G.-D.</u>.
~20 FOR THE <u>FEDERAL-POSTAL-COURT-CLERK'S-AUTOGRAPH</u> ON THE <u>FEDERAL-POSTAL-STAMP-$1.00</u> **IS** WITH THE <u>THREE-DAY-PULL-BACK-ACT-</u> <u>CLAIM</u>: <u>TITLE-~15</u>: **D.-C.-C.-S.-~1635-~A** WITH AN AUTOGRAPH ON THE <u>FIRST-PAGE-TOP-BACK</u> WITH THE WRIT OF THE <u>FAULT-DOCUMENT-</u> <u>CONTRACT-CLAIM</u> WITH THE <u>D.-C.-F.-P.-S.-C.-V.-FILE-STAMP</u> &: <u>FORTY-FIVE-DAYS-FEDERAL-MARITIME-POSTAL-VESSEL-TRUST-LAW</u> OF THE <u>C.-S.-S.-</u> <u>C.-P.-S.-G-WRIT</u>: <u>FAULT-DOCUMENT-CONTRACT-SUMMARY-CLAIM-RULE-FIFTY-SIX</u> BY THIS <u>Q.-W.-C.-D.</u>.
~21 FOR THE <u>SUPPORTING-TERMS</u> OF THE <u>DOCUMENT-CLAIMS</u> **ARE** WITH THE <u>C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CONTRACT-FEDERAL-POSTAL-</u> <u>STATION-COURT-VENUE-TERMS</u>.

~1 FOR THE **D.-C.-C.-R.-~4**: FOR THE <u>VESSEL-PROCESS</u>: <u>~A</u> WITH THE SUMMONS, <u>~B</u> WITH THE FORM, <u>~C</u>: <u>VASSALEES'-VESSEL-CLAIMS</u>,
<u>~D</u>: SUMMONS &: COMPLAINT **IS** WITH THE <u>TWENTY-ONE-DAYS-CORRESPONDENCE-BACK</u> OF THE <u>FEDERAL-POSTAL-COURT-CLERK-HEREIN</u>, <u>~G</u>: JOINING-TWO-VESSELS BY THE <u>D.-C.-F.-P.-S.-C.-V.-CLERK</u>, <u>~H</u>: <u>D.-C.-F.-P.-S.-C.-V.-SCHEDULING-45-DAY-TRUST-TIME-LIMIT</u> &: <u>THREE-DAY-PULL-</u> <u>BACK-TIME-CLAIM</u>: <u>TITLE-~15</u>: **D.-C.-C.-S.-~1635-~A**.
~2 FOR THE **D.-C.-C.-R.-~6** = WITH THE TIME: <u>~A</u> WITH THE <u>COMPUTATION-MONDAY-THROUGH-FRIDAY-CASES</u> &: CONTINUANCE WITH THE <u>D.-C.-</u> <u>F.-P.-S.-C.-V.</u>, <u>~D</u> WITH THE COMPLAINTS &: STATEMENTS ARE WITHIN THE VESSEL OF THE <u>FIVE-DAYS-CLAIMS-HEEDING-DATE</u> WITH THE TRIAL BY THE CLAIMANTS &: <u>ONE-DAY-CORRESPONDENCE</u> BEFORE THE <u>VASSALEES'-TRIAL</u>.
~3 FOR THE **D.-C.-C.-R.-~7** = WITH THE PLEADINGS: <u>~A</u> WITH THE PLEADINGS IN THE <u>C.-S.-S.-C.-P.-S.-G.</u>, <u>~B</u> WITH THE COMPLAINT OF THE <u>C.-S.-S.-</u> <u>C.-P.-S.-G.-CLAIMS</u> **IS** WITH THE DAMAGES BY THE <u>C.-S.-S.-C.-P.-S.-G.-CORRECTION-SOUGHT</u>.
~4 FOR THE **D.-C.-C.-R.-~9** =: SPECIAL-PLEADINGS: <u>~B</u>: WRITTEN-F.-S.-S.-C.-P.-S.-G.-D. **ARE** WITH THE CONDITION, WILL &: VOLITION OF THE MIND, <u>~E</u>: FACTUAL-C.-S.-S.-C.-P.-S.-G.-CLAIM, <u>~F</u>: <u>NOW-TIME</u> &: <u>NOW-PLACE</u>; <u>~G</u>: <u>NOW-TIME-FACTS</u> IN THE <u>C.-S.-S.-C.-P.-S.-G.</u> **ARE** WITH THE <u>DAMAGE-</u> <u>CLAIMS</u> BY THE VASSALEES.

FOR THE <u>COPYCLAIM-COPYRIGHT-DATE</u>: <u>"20-"DECEMBER-"2016</u> BY THE <u>FEDERAL-POSTAL-COURT-CLERK</u>: Leighton-Lionell: Ward &: Jeffrey: Buhmiller &: Leighton-Lionell: Ward OF THE <u>D.-C.-F.-P.-C.-V.</u> WITH THE <u>F.-P.-C.-C.-N.</u>: "RE963924797US.

~ 3

~D: <u>CORRECT-FACT-FAILURE</u>: PERJURY, FRAUD, LIES, FICTION, [PRE]SUMPTIONS, [AS]SUMPTIONS, [O]PINIONS, &: MODIFICATIONS;

~6~E: PLEADINGS BY THE <u>CLOSURE-WORD-MEANINGS</u> &: <u>TERMS OF A SINGLE-THOUGHT</u> IN EACH <u>C.-S.-S.-C.-P.-S.-G.-FACT-PHRASE</u> &: FOR THE <u>ONE-VERB-THINKING</u> **IS** WITH THE CORRECTION OF THE <u>EVERY-SENTENCE</u>.

~5 FOR THE <u>D.-C.-C.-R.-~10</u> FOR THE FORM OF THE PLEADING **IS** WITH THE CLAIMS OF THE CAPTIONS IN THE <u>CORRECT-FACTS</u>, ~B WITH THE NUMBERING OF THE SENTENCES OR: PARAGRAPHS &: PAGES; ~C WITH THE <u>BONDING-C.-C.</u> (GLUEING, STITCHING OR: <u>MECHANICAL-RIVETTING</u>).

~6 FOR THE <u>D.-C.-C.-R.-~11</u> FOR THE <u>FRIVOLOUS-FILINGS</u> OF THE <u>WITNESS'S-PLEADINGS</u> **IS** WITH THE <u>SANCTION-DAMAGE-CLAIM</u> OF THE <u>F.-S.-S.-C.-P.-S.-G.-D.</u> BY THE VASSALEE.

~7 FOR THE CAUSE OF THE <u>D.-C.-C.-R.-~9-~B</u>, <u>D.-C.-C.-R.-~12-B</u>, <u>D.-C.-C.-R.-~56-~D</u>, &: <u>D.-C.-C.-R.-~7</u>: CORRECT-DUTIES; &: EQUAL-GUARANTEE OF THE <u>VOID-COURT-COMMUNICATIONS</u>: <u>TITLE-~42</u>: <u>D.-C.-C.-S.-~1985-~2</u>, **ARE** WITH THE DAMAGING &: BLOCKING OF THE <u>CORRECT-FACTS</u> WITH THE <u>CLAIMANTS'-WITNESSING</u> &: <u>FACTUAL-EVIDENCE</u>.

~8 FOR AN AUTOGRAPH OF THE <u>D.-C.-F.-P.-S.-C.-V.</u> WITH THE <u>C.-S.-S.-C.-P.-S.-G.-CORRECTIONS</u> **ARE** WITH THE <u>C.-S.-S.-C.-P.-S.-G.-LAW-DOCUMENT</u> OF THE <u>FIVE-DAY-TIME-LIMIT</u> WITH THE <u>CONFLICTING-SANCTIONS</u> OF THE <u>VASSALEES'-EVIDENCE</u>.

~9 FOR THE <u>SUMMARY-CORRECTIONS</u> OF THE <u>DOCUMENT-CLAIM-LIST</u>: <u>DOCUMENT-CONTRACT-CLAIM~12-~B</u>.

~10 FOR THE <u>D.-C.-C.-R.-~12~-B-~7</u>: JOINING **ARE** WITH THE <u>C.-S.-S.-C.-P.-S.-G.-VENUE</u> BY THE <u>D.-C.-F.-P.-S.-C.-V.-CLAIMANT</u>.

~11 FOR THE <u>D.-C.-C.-R.-~12-~B-~6</u>: <u>NOW-TIME-C.-S.-S.-C.-P.-S.-G.-PLEADINGS</u> **ARE** WITH THE <u>C.-S.-S.-C.-P.-S.-G.-FACTUAL-CLAIMS</u> BY THE <u>C.-S.-S.-C.-P.-S.-G.-DOCUMENTS</u>.

~12 FOR THE <u>D.-C.-C.-R.-~12~-B-~5</u>: CORRECT-CLOSURE-DUTY OF THE <u>CASE-DOCUMENTS</u> **ARE** WITHIN THE <u>C.-S.-S.-C.-P.-S.-G.-CERTIFICATION</u> OF THE <u>D.-C.-F.-P.-S.-C.-V.-CLERK</u> WITH THE <u>C.-S.-S.-C.-P.-S.-G.-PAPERWORK-CLAIM</u> BY THE <u>DOCKETING-VESSEL</u>.

~13 FOR THE <u>D.-C.-C.-R.-~12-~B-~4</u>: CORRECT-VESSEL OF THE PAPERWORK **IS** WITH AN <u>AUTOGRAPH-CANCELATION</u> ON THE <u>FEDERAL-POSTAL-VESSEL-STAMP</u> &: <u>[EN]DORSEMENT</u> ON THE TOP OF THE <u>COVER-PAGE-BACK</u> & ON THE <u>DOCKETING-PORT-STAMP</u>.

~R THE <u>D.-C.-C.-R.-~12-~B-~3</u>: <u>C.-S.-S.-C.-P.-S.-G.-VENUE-FILINGS</u> **ARE** WITH THE <u>C.-S.-S.-C.-P.-S.-G.</u> BY THE <u>D.-C.-F.-P.-S.-C.-V.</u>.

~14 FOR THE <u>D.-C.-C.-R.-~12-~B-~2</u> FOR THE <u>F.-S.-S.-C.-P.-S.-G.-D.</u> OF THE <u>C.-C.</u> **ARE** WITH THE CLAIM OF THE <u>C.-S.-S.-C.-P.-S.-G.-PORT-FEDERAL-POSTAL-COURT-VENUE-AUTHORITY</u> BY THE <u>DOCUMENT-TERMS-VENUE</u>.

~15 FOR THE <u>D.-C.-C.-R.-~12-~B-~1</u> FOR THE KNOWLEDGE OF THE <u>C.-S.-S.-C.-P.-S.-G.-FACTS</u> **ARE** WITH THE CLAIMS OF THE FACTS WITH AN <u>AUTHORITY-C.-C.</u> BY THE <u>DOCUMENT-TERMS</u>.

~16 FOR THE [AD]JECTIVES, [PRO]NOUNS OR: <u>[AD]VERB-MODIFIERS</u> IN THE <u>F.-S.-S.-C.-P.-S.-G.-D.-FORMAT</u> **ARE** WITH THE PERJURY: <u>TITLE-~18</u>: <u>D.-C.-C.-S.-~1621</u> BY A <u>F.-S.-S.-C.-P.-S.-G.-D.-CONTRACT</u> &: <u>FALSE-SWEARING</u> OF THE <u>FIRST-STATEMENT-NOW-TIME</u>.

~17 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE <u>F.-S.-S.-C.-P.-S.-G.-D.-COMMUNICATION</u> **IS** WITH THE <u>DAMAGE-CLAIMS</u> OF THE: **David: Funkhouser-III &: QUARLES & BRADY LLP** WITH THE KNOWLEDGE OF THE <u>C.-S.-S.-C.-P.-S.-G.-SKILLS</u> BY THE <u>F.-S.-S.-C.-P.-S.-G.-D.</u>.

~18 FOR AN [AD]JECTIVE OF THE <u>COLORFUL-[O]PINION</u> **IS** WITH THE MODIFICATION OF THE FACT WITH THE <u>TWO-OR-MORE-FACTS-JOINING</u> WITH THE <u>LAST-FACT</u> OF THE <u>FACT-PHRASE</u> BY THE CHANGING OF THE <u>FIRST-FACT</u> INTO AN [AD]JECTIVE & WITH THE <u>[AD]JECTIVE-CHANGES</u> OF THE <u>SECOND-FACT-WORD</u> WITH THE <u>[PRO]NOUN</u>.

~19 FOR THE <u>D.-S.-C.-~7</u> OF THE <u>DUE-PROCESS-CLAIM</u> & WITH THE <u>TITLE-~42</u>: <u>D.-C.-C.-S.-~1985-~2</u> **IS** WITH AN CORRESPONDING-GUARANTEE OF THE LAW: <u>D.-C.-C.-R.-~12-b-~7</u>, ~1, ~2, BY THE VASSALEES.

~20 FOR THE <u>D.-C.-C.-R.-~41-~A</u>: VOLUNTARY-WITHDRAW OF THE <u>COMPLAINT-FILING</u> **ARE** WITH THE <u>F.-S.-S.-C.-P.-S.-G.-CLAIM</u> OF THE <u>TITLE-~42</u>: <u>D.-C.-C.-S.-1986</u> BY THE CLAIMANTS.

~21 FOR THE <u>TITLE-~18</u>: <u>D.-C.-C.-S.-~242-~1</u> FOR THE <u>2-OR-MORE-PERSONS</u> OF THE <u>COMING-TOGETHER</u> **IS** WITH THE VOIDING OF THE <u>C.-S.-S.-C.-P.-S.-G.-DOCUMENT</u> AS THE FIDUCIARIES OF THE <u>STATE-COURT</u>, <u>U.S-A-DISTRICT-COURT</u>, <u>SUPERIOR-COURT</u>, or: <u>COUNTY-COURT</u> WITH THE STATUTE, [OR]DINANCE, CODES, [RE]GULATION, or: LAW IN THE <u>DOCUMENT-CORPORATION</u> OF THE <u>TWO-DIFFERENT-PUNISHMENTS</u>, PAINS, PENALTIES or: <u>BIAS-TREATMENT</u> OF THE <u>PERSON-BEING-FOREIGN</u> = (NO PUNCTUATION IN THE <u>DEAD-NAME</u>) = FRAUD/FOREIGN, or BY THE CLAIMS OF THE <u>PERSON'S-COLOR</u>, RACE, FAITH, or: SEX **ARE** WITH THE <u>DAMAGE-CLAIMS</u> BY THE <u>AILING-PUNISHMENT</u>.

~22 FOR THE <u>D.-C.-C.-R.-~38-A</u> FOR THE TRIAL BY THE <u>TWELVE-PERSON-JURY</u> **IS** WITH THE <u>SAME-PLANE-CLAIM</u> OF THE CORRECTION WITH THE <u>C.-S.-S.-C.-P.-S.-G.-NOW-TIME-D.-C.-F.-P.-S.-C.-V.</u>

~23 FOR THE <u>D.-C.-C.-R.-~54</u>: FOR THE CLAIMS OF THE <u>SUMMARY-DOCUMENT-CONTRACT</u> **IS** WITH THE <u>C.-S.-S.-C.-P.-S.-G.-CORRECTIONS</u> BY THE <u>FEDERAL-POSTAL-COURT-CLERK</u>: **Leighton-Lionell: Ward**.

~24 FOR THE <u>D.-C.-C.-R.-~56</u>: FOR THE <u>SUMMARY-CORRECTIONS</u> IN THE <u>C.-S.-S.-C.-P.-S.-G.</u> **ARE** WITH THE <u>DAMAGES-CLAIMS</u> OF THE <u>C.-S.-S.-C.-P.-S.-G.-PLEADINGS</u>.

~25 FOR THE <u>D.-C.-C.-~57</u> FOR THE <u>CLARATORY-VENUES</u> OF THE <u>PHYSICAL-EVIDENCE-DAMAGES</u> **ARE** WITH THE <u>DAMAGES-CLAIMS</u> BY THE <u>C.-S.-S.-C.-P.-S.-G.-FACTS</u> &: <u>VASSALEES'-BONDED-EVIDENCE</u>.

~26 FOR THE <u>WORD-TERM</u>: BREACH OF THE COMMISSION, [O]MISSION, <u>DOCUMENT-DUTY</u>, AUTHORITY &/or: <u>FIDUCIARY'S-CONTRACT-TERMS</u> **ARE** WITH THE <u>DAMAGE-CLAIM</u> BY THE <u>[NE]GLIGENT-PERSON</u>.

~27 FOR THE <u>TITLE-~42</u>: <u>D.-C.-C.-S.-~1986</u>: KNOWLEDGE OF THE <u>DOCUMENT-DUTIES</u> **IS** WITH THE CLAIM OF THE <u>F.-S.-S.-C.-P.-S.-G.</u> BY THE <u>C.-S.-S.-C.-P.-S.-G.-DOCUMENT</u>.

~28 FOR THE POSITIONS: FOR, OF, WITH, BY, THROUGH, IN &: ON **ARE** WITH THE <u>NOW-TENSE-AUTHORITY-VENUE-POSITIONS</u> OF THE <u>"POSITION-LODIAL-FACT-PHRASE"</u> WITH THE <u>NOW-TIME-AUTHORITY</u>.

~29 FOR THE <u>[PRONOUN]-F.-S.-S.-C.-P.-S.-G.-VOID</u> FOR THE [PRONOUN] OF THE FICTION **IS** WITH THE TERMS AS A TRAP IN THE <u>FICTIONAL-COURTROOM</u> WITH THE <u>FICTION-VOID-COMMUNICATIONS</u>.

~30 FOR THE LAWYER or: [AT]TORNEY OF THE <u>DOCUMENTING-VESSELS</u> **IS** WITH THE <u>DAMAGE-CLAIM</u> OF THE <u>C.-S.-S.-C.-P.-S.-G.-FAILURE-LOSS</u> or: DAMAGES BY THE DOCUMENTS.

~31 FOR THE BIAS FOR AN <u>[O]PINION-LEANING-TOWARDS-ONE-SIDE</u> OF THE <u>MATTER/CAUSE/FACT</u> **IS** WITH THE CONVICTION BY A <u>WRONG-[O]PINION</u>.

FOR THE <u>COPYCLAIM-COPYRIGHT-DATE</u>: <u>~20-"DECEMBER-~2016</u> BY THE <u>FEDERAL-POSTAL-COURT-CLERK</u>: Leighton-Lionell: Ward &: <u>Jeffrey: Buhmiller</u> &: <u>Leighton-Lionell: Ward</u> OF THE <u>D.-C.-F.-P.-C.-V.</u> WITH THE <u>F.-P.-C.-C.-N.-~RE963924797US</u>.

~1 FOR THE FEDERAL-POSTAL-COURT-JUDGE: David-Wynn: Miller's-KNOWLEDGE OF THIS COMMAND-CORRECTION-AUTHORITY IS WITH THE TIPSTAFFING-DUTY-AUTHORITY OF THE MARSHAL-SERVICE, SHERIFF-SERVICE, POSTAL-SPECTOR-SERVICE, FEDERAL-BEURAU-OF-THE-VESTIGATION-SERVICE, NATIONAL-SECURITY-SERVICE, SECURITIES-&-CHANGE-SERVICE &: LOCAL-STATE-POLICE-SERVICE WITH THE CORRECTIONS-FORCEMENT AS THE TIPSTAFF-FIDUCIARY WITH THIS COMMAND BY THIS FEDERAL-POSTAL-JUDGE: David-Wynn: Miller.

~2 FOR THE POSTAL-SERVICE-GOVERNMENT-PLOYEES OF AN OATH-DUTY ARE WITH THE C.-S.-S.-C.-P.-S.-G.-OATH &: PUBLIC-DUTY-SECURITY-DOCUMENT-CONTRACT OR WITH THE VOID-AUTHORITY AS A CRIMINAL-[AC]TOR WITH THE [IL]LEGAL-CARRYING OF A WEAPON &: FRAUDULENT-BADGE-AUTHORITY BY THE FALSE-POLICY &: CUSTOM-F.-S.-S.-C.-P.-S.-G.-GUISE.

:Jeffrey: Buhmiller. :DATE-~20-~DECEMBER-~2016.

:Jeffrey: Buhmiller.

:FEDERAL-POSTAL-COURT-CLERK: Leighton-Lionell: Ward. :DATE-~20-~DECEMBER-~2016.

:Leighton-Lionell: Ward.



David E. Funkhouser III
Writer's Direct Dial: 602.229.5242
E-Mail: dfunkhou@quarles.com

December 16, 2016

**VIA PERSONAL SERVICE**

Mr. Leighton Ward
3198 Shoshone Drive
Lake Havasu City, AZ 86406-8672

RE:   Fee No. 2016049746, Official Records of Mohave County Recorder

Mr. Ward:

This firm represents Flagstar Bank ("Flagstar") with regard to a purported judgment issued by an alleged "Federal Postal Court" and recorded in Mohave County, Arizona, on November 1, 2016 at Fee No. 2016049746 (the "Judgment"), a copy of which is enclosed. Simply put, the Judgment is fraudulent and groundless. Flagstar hereby demands that you sign and record the enclosed Release of Judgment ("Release") within twenty days of receiving this letter.

We understand that you have attempted to assert legal authority under the "Federal Postal Court" in several other matters. Your scheme has been rejected outright. Specifically, in the *Gilly v. Ocwen* matter, District Judge Jeffrey Alker Meyer explained that "the 'Federal Postal Court' is a sham." Judge Meyer further explained that the "judgment" at issue in that case (which is nearly-identical to the Judgment against Flagstar) lacked any legal authority whatsoever. A copy of Judge Meyer's written decision is enclosed for your reference. I note that the decision is dated March 7, 2016 and mentions you by name as having participated in the case.

At the time you recorded the Judgment against Flagstar eight months later, on November 1, 2016, you were undoubtedly aware that the Judgment was illegitimate. By recording it anyway, you have engaged in fraud.

Accordingly, Flagstar demands that you sign and record the enclosed Release within twenty days. If you fail to do so, Flagstar will pursue all remedies available under A.R.S. § 33-420 (Arizona's statutory cause of action for recording false documents), as well as any other relief available under Arizona law. On prevailing in litigation against you, Flagstar will also obtain an award of its attorneys' fees and costs.

:WORD-SYNTAX-KEY: "0=CONJUNCTION (AND/OR), "1=ADVERB, "2=VERB, "3=ADJECTIVE, "4=PRONOUN, "5=POSITION, "6=LOOIAL, "7=FACT, "8=PAST-TIME, "9=FUTURE-TIME, "DPV=DANGLING-PARTICIPLE-VERB, "VC=VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, "NC=NO-CONTRACT-WORD-MEANING. "VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

~1

Mr. Leighton Ward
December 16, 2016
Page 2

Please mail a conformed copy of the recorded Release to my attention using the enclosed self-addressed, stamped envelope.  If you have any questions regarding the foregoing, please contact my office.  Otherwise, we look forward to receiving a conformed copy of the recorded Release via U.S. Mail.

Very truly yours,

QUARLES & BRADY LLP

*Julia Koestner*
*for David Funkhouser*

David E. Funkhouser III

cc:       Jeffrey Buhmiller
          2791 Cumberland Drive
          Lake Havasu City, Arizona 84606
          (Via Personal Service)

          Leighton Ward
          P.O. Box 1001
          Lake Havasu City, Arizona 86405
          (Via Certified Mail)

!WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, ~DPV=:DANGLING-PARTICIPLE-VERB, ~VC=:VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=:NO-CONTRACT-WORD-MEANING. ~VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

~2

When recorded please return to:
David E. Funkhouser III
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

## RELEASE OF JUDGMENT

:Leighton-Lionell:Ward hereby releases the Judgment recorded on November 1, 2016, at Fee #2016049746, Records of Mohave County, Arizona, which was not issued by a court of competent jurisdiction and has no legal effect.

DATED this ___ day of December, 2016.

By_____
:Leighton-Lionell:Ward.

STATE OF ARIZONA          )
                          ) ss.
COUNTY OF MARICOPA        )

Sworn and subscribed to before me this ___ day of December, 2016 by
_____, personally known to me.

_____
NOTARY PUBLIC
My Commission Expires:

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, ~DPV=DANGLING-PARTICIPLE-VERB, ~VC=VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=NO-CONTRACT-WORD-MEANING. ~VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

~3



U.S. POSTAGE
**PAID**
LAKE HAVASU CITY, AZ
86403
JAN 06, 17
AMOUNT
**$7.36**
R2304E105199-11



1000      85004

TAFCR
PO BOX 1001
LHC AZ 86405

7014 3490 0002 1408 9299



JAN 2017
Quarles & Brady
**RECEIVED**

Quarles & Brady LLP
David Funkhouser
2 N Central Ave
Phoenix AZ 85004

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Quarles & Brady LLP
   David Funkhouser
   2 N Central Ave
   Phoenix AZ 85004

9590 9403 0645 5183 2196 32

2. Article Number (Transfer from service label)

   7014 3490 0002 1408 9299

PS Form 3811, April 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

~**1** http://federalpostalcourt.org/jeffrey-alker-meyer/

~**2** http://federalpostalcourt.org/cases/re988609544us/



:FOR THE FEDERAL-POSTAL-COURT-FILING
BY THIS FEDERAL-POSTAL-[RE]GISTRATION-NUMBER:
~ RE988609439US
:DATE~ 18~ JANUARY~ 2017
:TIME~ 9 O'CLOCK &: 00 MINUTES AM
:Leighton-Lionell: Ward :CLERK-OF-THE-COURT.


:BONDING: C.-S.-S.-C.-P.-S.-G.: D.-C.-F.-P.-S.-C.-V.-FLAG.

IN THIS D.-C.-F.-P.-S.-C.-V..
FOR THIS Q.-W.-C.-D.-C.-C.-N-~RE988609439US.
:Jeffrey: Buhmiller &: WITH THE MAILING-LOCATION-~MAIL-~PO-BOX-~1001,-~LAKE-HAVASU-CITY,-~ARIZONA-~86405.
:FEDERAL-POSTAL-COURT-CLERK :Leighton-Lionell: Ward WITH THE MAILING-LOCATION-~PO-BOX-~1001,-~LAKE-HAVASU-CITY,-~ARIZONA-~86405.
:CLAIMANTS.
FOR THIS CLAIMANT'S-KNOWLEDGE OF THE QUALIFICATIONS & CERTIFICATIONS ARE WITH THE C.-S.-S.-C.-P.-S.-G. WITH THE CONTRADICTION OF THE F.-S.-S.-C.-P.-S.-G. BY THE VASSALEES.
:David: Funkhouser-III &: QUARLES & BRADY LLP WITH THE MAILING-LOCATIONS-~RENAISSANCE-ONE,-~TWO-~NORTH-CENTRAL-~AVENUE,-~PHOENIX,-~ARIZONA-~85004.
:VASSALEES.

FOR THE TERMS OF THIS C.-S.-S.-C.-P.-S.-G.-NOW-TIME-FEDERAL-POSTAL-STATION-COURT-VENUE-DOCUMENT.
:CLAIMANT(S) = :Jeffrey: Buhmiller &:Leighton-Lionell: Ward.
:& = :AND
:C.-C. = :CORPORATION-CASE.
:C.-C.-N. = :CORPORATION-CASE-NUMBER.
:CONJUNCTION = :'and','&'= ALSO, COMMAND, 'or'= OPTION, EITHER, CHOICE.
:C.-S.-S.-C.-P.-S.-G. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR.
:C.-S.-S.-C.-P.-S.-G.-D. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-DOCUMENT(S).
:DOCUMENT-STATE = :CORPORATION OF THE TWO-OR-MORE-PERSONS ARE WITH THE PORTING-CLAIM WITHIN THE FEDERAL-POSTAL-COURT-PORT-CLERK BY THE DOCUMENT-VESSEL.
:DOCUMENT-VESSEL = :COURT-DOCKETING OF THE DOCUMENT-CONTRACT-POSTAL-VESSEL-PERSONS ARE WITH THE CORPORATION-CLAIM BETWEEN THE TWO-OR-MORE-PERSONS WITH THE COURT-DOCUMENT-PORTING-STAMP BY THE FEDERAL-POSTAL-COURT-PORT-CLERK.
:FRAUDULENT/FRAUD = :SPECT, FICTION, MODIFICATION, [O]PINION, [PRE]SUMPTION, [AS]SUMPTION, [IL]LUSION, MISTIC, PHANTOM, PERJURY, LIE, FALSE, FRAUD, MANIPULATION, [DE]CEIVING, [MIS]LEADING.
:D.-C.-C.-R. = :DOCUMENT-CONTRACT-CLAIM-RULES OF THIS D.-C.-F.-P.-S.-C.-V..
:D.-C.-C.-S. = :DOCUMENT-CONTRACT-CLAIMS-SECTION WITH THE C.-S.-S.-C.-P.-S.-G.-WORD-CORRECTIONS OF THE F.-S.-S.-C.-P.-S.-G.-[U]NIT[ED]-STATES-TITLES &: [U]NIT[ED-STATES-CODES ARE WITH THE C.-S.-S.-C.-P.-S.-G.-CORRECTIONS BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.
:D.-C.-F.-P.-S.-C.-V. = :DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE.
:F.-P.-C.-C.-N. = :FEDERAL-POSTAL-CORPORATION-CASE/DOCKET-NUMBER-~RE988609439US.
:F.-S.-S.-C.-P.-S.-G. = :FRADULENT-SENTENCE-STRUCTURE-COMMUNICAITON-PARSE-SYNTAX-GRAMMAR.
:F.-S.-S.-C.-P.-S.-G.-D. = :FRADULENT-SENTENCE-STRUCTURE-COMMUNICAITON-PARSE-SYNTAX-GRAMMAR-DOCUMENT(S).
:LODIAL = :[ARTICLE] = :SPECIFIC = A, AN, THE, THIS, THE, THAT, ONE, EACH, EVERY, EITHER.
:NOW-TIME-TENSE = :C.-S.-S.-C.-P.-S.-G..
:POSITION = :[PREPOSITION] = :FOR, OF, WITH, BY, IN, AS, ON, WITHIN, VERSUS, THROUGH, THRU, EITHER, BEYOND, INTO.
:POSTAL = :POSTAGE-$1.00-STAMP WITH THE AUTOGRAPHING OF THE C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE BY THE DOCUMENT-CONTRACT-FEDERAL-POSTAL-COURT-CLERK.
:Q.-W.-C.-D. = :QWO-WARRANTO-COMPLAINT-DOCUMENT.
:STATION: D.-C.-F.-P.-S.-C.-V.-LOCATION OF THE DOCUMENT-COURT-FACTS WITH THE DOCKETING &: PASSTHRU OF THE DOCUMENT-FILINGS.
:VASSALEE = :SERVANT-EMPLOYEE OF THIS D.-C.-F.-P.-S.-C.-V..
:VERB = :THINKING-MOTION OF THE KNOWLEDGE = IS = SINGULAR, ARE = PLURAL.
:VESSEL = :MARITIME :ORIGINAL-LOCATION.
:VOLITION = :CLAIMANT'S-KNOWLEDGE OF THE FACTS ARE WITH THE CAUSE-CLAIM OF THE MOTION-THINKING WITH THE POSITION OF THE C.-S.-S.-C.-P.-S.-G.-NOW-TIME-VESSEL-COURT-DOCUMENTS.
:U.S.A.C.-FLAG = :[U]NIT[ED]-STATES OF AN [A]MERICA-CORPORATION-FLAG.

:Jeffrey: Buhmiller.

: Jeffrey: Buhmiller.

:Leighton-Lionell: Ward.

:Leighton-Lionell: Ward.

~A FOR THIS VASALEE'S-TRESPASSING BY THE F.-S.-S.-C.-P.-S.-G. ARE WITH THE **FIVE-MILLION-DOLLARS**-FEE-CLAIM BY THIS PERFORMANCE-DUTY: **TITLE-~15: D.-C.-C.-S.-78-~FF.**
~B FOR THE CLAIMANTS'-DAMAGING-EVIDENCE OF THE TRESPASS-CLAIM ARE WITH THE DAMAGE-CLAIM BY THE VASSALEES'-F.-S.-S.-C.-P.-S.-G.-EVIDENCE-HEREIN-BONDING-FILING-DATE-~18-~JANUARY-~2017.
~C FOR THE BONDING-EVIDENCE OF THE **D.-C.-F.-P.-S.-C.-V.**-FACTS ARE WITH THE DAMAGE-CLAIM OF THE TRESPASSING OF THE CLAIMANTS WITH THE [DIS]ABILITIES-[AC]T-VIOLATIONS: **TITLE-~29: D.-C.-C.-S.-~701**: WITH THE F.-S.-S.-C.-P.-S.-G.-LANGUAGE-VIOLATION: **TITLE-~18: D.-C.-C.-S.-~1001**: &: F.-S.-S.-C.-P.-S.-G.-STATEMENTS WITH THE **TITLE-~15: D.-C.-C.-S.-~1692-E-PENALTY-FINES**: **TITLE-~15: D.-C.-C.-S.-~78FF-[$25-million-fine]**; CONSPIRACY: **TITLE-~18: D.-C.-C.-S.-~241**, &: PERJURY: **TITLE-~18: D.-C.-C.-S.-~1621** BY THE FRAUD-COLORING-SYNTAX-GRAMMAR: **TITLE-~18: D.-C.-C.-S.-~242** BY THE VASSALEE.
~D FOR THIS STATEMENT OF THE FEDERAL-POSTAL-COURT-CLERK'S-CONTRACT AS THE C.-S.-S.-C.-P.-S.-G.-AUTHORITY IS WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIM BY THESE DOCUMENT-CONTRACT-TERMS.
~E FOR THE **TITLE-~28: D.-C.-C.-S.-~1331** OF THE C.-S.-S.-C.-P.-S.-G.-COMPLIANCE-CLERK'S-DUTIES ARE WITH THE C.-S.-S.-C.-P.-S.-G.-DOCKING-PAPER-VESSEL-VENUE-TITLE-NAME: **D.-C.-F.-P.-S.-C.-V.** WITH THE NOW-TIME-C.-S.-S.-C.-P.-S.-G.-Q.-W.-C.-D.-CLAIM OF THIS F.-P.-C.-C.-N. WITH THE C.-S.-S.-C.-P.-S.-G. OF THE **D.-C.-C.-R.-RULE-~17**: "RADIFICATION OF THE COMMENDMENT"-1999.
~F FOR THE C.-S.-S.-C.-P.-S.-G.-AUTHORITY: **TITLE-~28: D.-C.-C.-S.-~1361** OF THE D.-C.-F.-P.-S.-C.-V.-FEDERAL-POSTAL-COURT-CLERK'S-SEAL IS WITH THE TWENTY-ONE-DAY-SUMMONS-CORRESPONDENCE-BACK OF THE MAILING-LOCATION-~PO-BOX-~1001,-~LAKE-HAVASU-CITY,-~ARIZONA-~86405 WITH THE THREE-DAY-PULL-BACK-GRACE-TIME: **TITLE-~15: D.-C.-C.-S.-~1635-~A** OF THE FEDERAL-POSTAL-COURT-COURT-CLERK'S-VENUE WITH THIS D.-C.-F.-P.-S.-C.-V.-DUTY.
~G FOR THE FAILURE OF THE VASSALEES'-C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE-BACK IS WITH THE WRIT OF THE FAULT-DOCUMENT-CONTRACT-CLAIM OF THE FORTY-FIVE-DAYS-TRUST-TIME-LIMIT WITH THE THREE-DAY-PULL-BACK-GRACE-TIME: **TITLE-~15: D.-C.-C.-S.-~1635-A** OF THE D.-C.-F.-P.-S.-C.-V.-CONTRACT-AUTHORITY-HEREIN-CORRESPONDENCE.
~H FOR THE C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE OF THE CONTRACT-DOCKETING-DOCUMENT-AUTOGRAPH ON THE $1.00-FEDERAL-POSTAGE-STAMP-CLAIMS ARE WITHIN THE D.-C.-F.-P.-S.-C.-V. BY THE :**Leighton-Lionell: Ward's**-FEDERAL-POSTAL-COURT-CLERK'S-OATH-DOCUMENT-NUMBER-~RA286254036US.

:DOCUMENT-CLAIM-~1 FOR THE COMMUNICATION-FACTS OF THE C.-S.-S.-C.-P.-S.-G. ARE WITH THE FACT-AS-FACT-CLAIM OF THE C.-S.-S.-C.-P.-S.-G. WITH THE D.-C.-F.-P.-S.-C.-V.-CONTRACT-AUTHORITY-HEREIN-CORRESPONDENCE.
:DOCUMENT-CLAIM-~2 FOR THE JUDGE'S-WRITTEN-CONTRACT OF THE FACTS IS WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIMS OF THE NOW-TIME-CONTINUANCE WITH THE CORRECT-EVIDENCE-CLOSURE-CORRECTIONS OF THE WRONG-WORD-MEANINGS WITH THE SENTENCE-STRUCTURE-VIOLATIONS-CLAIMS OF THE **TITLE-~18: D.-C.-C.-S.-~1001**: F.-S.-S.-C.-P.-S.-G. &: **TITLE-~15: D.-C.-C.-S.-~1692-~E** WITH THE FRAUD-WRITINGS &: [MIS]LEADING-STATEMENTS WITH THE FRAUD-PENALTY-FINES: **TITLE-~15: D.-C.-C.-S.-~78-~FF[:$25-MILLION-DOLLARS]** BY THE VASSALEES-WRITTEN-CONFESSION.
:DOCUMENT-CLAIM-~3 FOR THE PERSONS'-C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE OF THE CORRECT-FACTS ARE WITH THE CLAIMS OF THE SPEECH, WRITINGS, FAITHS, PRESS, DOCUMENT-PORTING WITH THE C.-S.-S.-C.-P.-S.-G.-CONTRACT-GRIEVANCES BY THE F.-P.-C.-V..
:DOCUMENT-CLAIM-~4 FOR THE C.-C. OF THE D.-C.-F.-P.-S.-C.-V. IS WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIMS BY THE PERSON'S-LODIAL-VOLITION.
:DOCUMENT-CLAIM-~5 FOR THE D.-C.-F.-P.-S.-C.-V.-CONSTITUTION OF THE FACTS ARE WITH THE CLAIMS BY THE PERSON'S-C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE.
:DOCUMENT-CLAIM-~6 FOR THE CLAIM OF THE C.-S.-S.-C.-P.-S.-G.-CAPTURE-WARRANT or.: C.-S.-S.-C.-P.-S.-G.-SEARCH-WARRANT IS WITH THE JUDGE'S-AUTOGRAPHING-C.-S.-S.-C.-P.-S.-G.-OATH BY THE C.-S.-S.-C.-P.-S.-G.-AUTHORITY-DUTY.
:DOCUMENT-CLAIM-~7 FOR THE WITNESSING-PERSON OF THE WITNESS'S-TESTIMONY IS WITH THE PERSON'S-C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE-CLAIM BY THE PERSONAL-SELF-CLAIMS.
:DOCUMENT-CLAIM-~8 FOR THE CLAIMANT'S-KNOWLEDGE OF THE C.-S.-S.-C.-P.-S.-G.-FACTS IS WITH THE CLAIMANT'S-CLAIM OF THE CORRECT-NOW-TIME-EVIDENCE-FACTS.
:DOCUMENT-CLAIM-~9 FOR THE C.-S.-S.-C.-P.-S.-G.-TWELVE-PERSON-KNOWLEDGE BY THE C.-S.-S.-C.-P.-S.-G.-CLAIMS ARE WITH THE C.-S.-S.-C.-P.-S.-G.-TRIAL BY THE SAME-PLANE-D.-C.-F.-P.-S.-C.-V-COURT.
:DOCUMENT-CLAIM-~10 FOR THE TERMS OF THE CONVICTION-PERSON'S-PUNISHMENT IS WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIMS OF THE BAIL-CONDITIONAL-TERMS, FINANCIAL-TERM-FINES &/or: JAILING-TERMS WITH THE D.-C.-F.-P.-S.-C.-V..
:DOCUMENT-CLAIM-~11 FOR THE F.-P.-C.-V.-FIDUCIARIES OF THE DOCUMENT-CONTRACT-FACTS ARE WITH THE DUTY-CLAIM or.: JUDGEMENT-CLAIM BY THE C.-S.-S.-C.-P.-S.-G.-OATH OF THE D.-C.-F.-P.-S.-C.-V..
:DOCUMENT-CLAIM-~12 FOR THE VESSEL-DOCUMENT OF THE DOCUMENT-CONTRACT-HEREIN IS WITH THE CLOSURE-CLAIM OF THE VOLITION WITH THE DOCUMENT, CONSTITUTION, DOCUMENT-CONTRACT-CORPORATION &: PERSONS'-TRUST-DOCUMENTS.
:DOCUMENT-CLAIM-~13 FOR THE CLAIMANT(S)-KNOWLEDGE OF THE CONSTITUIONAL-TERMS IS WITH THE C.-C.-CLAIM OF THE POSTAL-TERRITORY-D.-C.-F.-P.-S.-C.-V. WITH THE CORRECTING-F.-S.-S.-C.-P.-S.-G.-D. BY THE C.-S.-S.-C.-P.-S.-G..

FOR THE CAUSES OF THE COMPLAINT-CONTRACT.
~1 FOR THE C.-S.-S.-C.-P.-S.-G.-ONE-THOUGHT-SENTENCE &: ONE-AUTHORITY-VENUE OF THE ONE-NOW-TIME-TENSE IS WITH THE PLEADING-CLAIMS BY THE D.-C.-F.-P.-S.-C.-V..
~2 FOR THE VIEWING OF THE **David: Funkhouser-III &: QUARLES & BRADY LLP'S**-CORRESPONDENCE IS WITH THE BABBLE-COMMUNICATIONS-[AR]T-CLAIM OF THE STRAIGHT &: LINES-CURVING BY THE CLAIMANT'S.
~3 FOR THE CLAIMANT'S-KNOWLEDGE OF THE CLOSURE-CLAUSES: **D.-C.-C.-S.-~26-~E**: CLOSURE-PORTING OF THE **D.-C.-C.-S.-~60-~B**: CLOSURE-EVIDENCE ARE WITH AN AUTHORITY OF THE **TITLE-~42: D.-C.-C.-S.-~1986** WITH THE C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE OF THE F.-S.-S.-C.-P.-S.-G.-DAMAGE BY THE VASSALEES'-DOCUMENTS.

~4 FOR THE CLAIMANT: FEDERAL-POSTAL-COURT-CLERK: **Leighton-Lionell Ward's**-KNOWLEDGE OF THE C.-S.-S.-C.-P.-S.-G.-EVIDENCE-FACTS ARE WITH THE CORRECT-VOLITION-CLAIM OF THE SUMMARY-CORRECTION-AUTHORITY: TITLE-~42: **D.-C.-C.-S.-~1986** WITH THE F.-S.-S.-C.-P.-S.-G. BY THE HEREIN-BONDED-VASSALEE'S-DOCUMENT-EVIDENCE.

~5 FOR THE VOID-CLOSURE OF THE VASSALEE'S-WRONG-WORD-MEANINGS WITH THE SENTENCE-STRUCTURES ARE WITH THE VIOLATIONS-CLAIMS OF THE **TITLE-~18**: **D.-C.-C.-S.-~1001**: F.-S.-S.-C.-P.-S.-G. &: TITLE-~15: **D.-C.-C.-S.-~1692-~E** WITH THE FALSE-WRITINGS &: [MIS]LEADING-STATEMENTS WITH THE FRAUD-PENALTY-FINES: TITLE-~15: **D.-C.-C.-S.-~78-~FF($25-MILLION-DOLLARS)** BY THE VASSALEES.

~6 FOR THE SENTENCE-STRUCTURES-VIOLATIONS OF THE EVIDENCE ARE· WITH THE [PRE]SUMPTIONS, [AS]SUMPTIONS, [O]PINIONS, AILING, FRAUDULENT &: MODIFICATIONS-WORDS BY THE VASSALEES.

~7 FOR THE [NE]GATIVE-WORD-VOLITIONS: (NEGATIVE, NOT, WITHOUT, NO,) ARE WITH THE DAMAGE-CLAIM AS THE MODIFICATIONS-VOLITION WITH THE VACATING-CLAIMS OF THE CORRECT-CORRESPONDENCE WITH THE VASSALEES &: CLAIMANTS OF THE D.-C.-F.-P.-S.-C.-V..

~8 FOR THE WORDS OF AN [AD]VERB-F.-S.-S.-C.-P.-S.-G.-MODIFICATIONS ARE WITH THE USE OF THE SINGLE-[PRE]POSITION or: SINGLE-LODIAL-[AR]TICLE WITH THE VOID OF THE POSITIONAL-LODIAL-FACT-PHRASE WITH THE SINGLE-WORD-MODIFIER AS THE: A, AS, AT, AM, BECAUSE, BEFORE, BEGIN, BUT, BY, CAN, COME, COULD, DO, DOES, FROM; HE, HER, HIS, IN, JUST, OF, OVER, IT, HAS, HOW, MUCH, NO, NOT, PUT, RE, SO, SHE, SHOULD, SOME, SUCH, THAT, THAN, THE, THEY, THEIR, THEM, THEN, TO, THIS, THOSE, THROUGH, UNDER, USE, WANT, WAS, WE, WHEN, WHAT, WHERE, WITH, WITHOUT, WITHIN, WHO, WHOM, WOULD, YOU, YOUR, YOURSELF, OF THE VERB-FICTION-FRAUDULENT-WORD-MEANING WITH THE PREFIX = FUTURE-TIME = 'TO', 'PRE' &: SUFFIX = PAST-TIME: ED, &: FROM BY THE VOID-NOW-TIME.

~9 FOR THE DOCUMENT-CLAIMS OF THE D.-C.-F.-P.-S.-C.-V. ARE WITH THE CLOSURE-CLAIMS OF THE ONE-VENUE-C.-S.-S.-C.-P.-S.-G.-RULE WITH THE CONFLICTION BY THIS F.-S.-S.-C.-P.-S.-G.-D.-EVIDENCE.

~10 FOR THE C.-S.-S.-C.-P.-S.-G.-WORD-OPERATIONS OF THE FRAUDULENT-SENTENCE-STRUCTURES ARE WITH THE DOCUMENT-EVIDENCE-CLAIMS OF THE WRITTEN-PLEADINGS, VIEWS, COMMANDS, MOTIONS &: JUDGEMENTS BY THESE VASSALEES WITH THESE CORRECTIONS BY THE D.-C.-F.-P.-S.-C.-V..

~11 FOR THE FEDERAL-POSTAL-COURT-CLERK'S: Leighton-Lionell Ward AS THE SAFEGUARDING-CLAIMANT IS WITH THE DAMAGE-CLAIM OF THE COMMUNICATION-[DIS]ABILITY-KNOWLEDGE or: HANDICAPPING-COMMUNICATION-FRAUDS OF THE F.-S.-S.-C.-P.-S.-G.-D. BY THE VASSALEES.

~12 FOR THIS FEDERAL-POSTAL-COURT-CLERK: Leighton-Lionell  Ward's-KNOWLEDGE OF THE TITLE-~42: **D.-C.-C.-S.-~1986** IS WITH THE CORRECTION-CLAIM OF THE P.-S.-G.-C.-NUMBERING-KEY-CODED-WORDS: '1'=[AD]VERB, '2'=VERB, '3'=[AD]JECTIVE, '4'=[PRONOUN] WITH THE F.-S.-S.-C.-P.-S.-G.-D.-EVIDENCE OF THE VASSALEES'-DOCUMENTS BY THE D.-C.-F.-P.-S.-C.-V.-C.-C..

~13 FOR THE FRAUDULENT-USES OF THE [PRE]FIX-PARSE-WORDS ARE WITH THE [NE]GATIVE-CLAIM OF THE [PRE]FIXES: A, AB, AC, AD, AF, AM, AN, AP, AR, AS, AT, DE, DIS, EM, EN, ES, EX, IM, IN, MAL, MIS, NE, NO, NON, NOR, OB, OC, OP, OF, PRE, PRO, PRI, PRU, RE, SI, SUB, TO, UN or: WITH THE MODIFICATION-FACTS BY AN [AD]VERB or: [AD]JECTIVE-MODIFICATION OF THE **TITLE-~18**: **D.-C.-C.-S.-~1001**: F.-S.-S.-C.-P.-S.-G.-D. BY THE FEDERAL-POSTAL-COURT-CLERK'S-KNOWLEDGE-SUMMARY BY THESE C.-S.-S.-C.-P.-S.-G.-CLAIMS.

~14 FOR THE CLAIMANTS'-DOCUMENTS OF THE C.-S.-S.-C.-P.-S.-G. ARE WITH THE NOW-TIME-FACTS OF THE POSITIONAL-LODIAL-FACT-PHRASES, LODIAL-[ARTICLE] &:· VERBS: IS=SINGLAR, &: ARE=PLURAL, WITH THE SINGLE-THOUGHT-CONTENT-SENTENCES BY THIS DOCUMENT'S-CLOSURE-FACTS.

~15 FOR THE CLAIMANT(S)-CONTRACT AS THE GOLD-CERTIFICATE-HOLDER IS WITH THE GOLD-CERTIFICATE-CLAIM OF AN AUTHORIZATION WITH AN AUTOGRAPH-FAULT-DOCUMENT-CONTRACT-CLAIM-VENUE BY THE D.-C.-F.-P.-S.-C.-V.-CLERK WITH AN AUTHORITY AS THE D.-C.-F.-P.-S.-C.-V.-JUDGE WITH THE NOW-TIME-DATE OF THE CASH-VALUE-CLAIM.

~16 FOR THE F.-S.-S.-C.-P.-S.-G.-WORD-MODIFICATIONS ARE WITH THE DAMAGE-CLAIMS OF THE FACTS AS THE GERUND-VERBS, [PRONOUNS] or: [AD]JECTIVES WITH THE PERJURY OF AN OATH WITH THE SAFE-GUARDING OF THE CLAIMANT.

~17 FOR THIS GOLD-CERTIFICATE OR EQUIVALENT-VALUE ARE WITH THE CLAIMS BY THESE CLAIMANT(S).

~18 FOR THE CLAIMANT(S)-GOLD-VALUE-CASH-CERTIFICATE OF THIS FAULT-CONTRACT-CLAIMS ARE WITH THE C.-S.-S.-C.-P.-S.-G. OF THE **TITLE-~42**: **D.-C.-C.-S.-~1986** WITH THE C.-S.-S.-C.-P.-S.-G.-WRIT BY THE FAULT-DOCUMENT-CONTRACT-CLAIM-RULE-~55.

~19 FOR THE WORD-PATTERNS OF THE WORD-TERMS ARE WITH THE DAMAGE-CLAIMS OF THE 100%-WORD-[ER]RORS &: F.-S.-S.-C.-P.-S.-G.-MEANINGS WITH THE SENTENCE-STRUCTURING BY THE VASSALEE'S-F.-S.-S.-C.-P.-S.-G.-D..

~20 FOR THE FEDERAL-POSTAL-COURT-CLERK'S-AUTOGRAPH ON THE FEDERAL-POSTAL-STAMP-$1.00 IS WITH THE THREE-DAY-PULL-BACK-ACT-CLAIM: TITLE-~15: **D.-C.-C.-S.-~1635-~A** WITH AN AUTOGRAPH ON THE FIRST-PAGE-TOP-BACK WITH THE WRIT OF THE FAULT-DOCUMENT-CONTRACT-CLAIM WITH THE D.-C.-F.-P.-S.-C.-V.-FILE-STAMP &: FORTY-FIVE-DAYS-FEDERAL-MARITIME-POSTAL-VESSEL-TRUST-LAW OF THE C.-S.-S.-C.-P.-S.-G-WRIT: FAULT-DOCUMENT-CONTRACT-SUMMARY-CLAIM-RULE-FIFTY-SIX BY THIS Q.-W.-C.-D..

~21 FOR THE SUPPORTING-TERMS OF THE DOCUMENT-CLAIMS ARE WITH THE C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE-TERMS.


~1 FOR THE **D.-C.-C.-R.-~4**: FOR THE VESSEL-PROCESS: ~A WITH THE SUMMONS, ~B WITH THE FORM, ~C: VASSALEES'-VESSEL-CLAIMS, ~D: SUMMONS &: COMPLAINT IS WITH THE TWENTY-ONE-DAYS-CORRESPONDENCE-BACK OF THE FEDERAL-POSTAL-COURT-CLERK-HEREIN, ~G: JOINING-TWO-VESSELS BY THE D.-C.-F.-P.-S.-C.-V.-CLERK, ~H: D.-C.-F.-P.-S.-C.-V.-SCHEDULING-45-DAY-TRUST-TIME-LIMIT &: THREE-DAY-PULL-BACK-TIME-CLAIM: TITLE-~15: **D.-C.-C.-S.-~1635-~A**.

~2 FOR THE **D.-C.-C.-R.-~6** = WITH THE TIME: ~A WITH THE COMPUTATION-MONDAY-THROUGH-FRIDAY-CASES &: CONTINUANCE WITH THE D.-C.-F.-P.-S.-C.-V., ~D WITH THE COMPLAINTS &: STATEMENTS ARE WITHIN THE VESSEL OF THE FIVE-DAYS-CLAIMS-HEEDING-DATE WITH THE TRIAL BY THE CLAIMANTS &: ONE-DAY-CORRESPONDENCE BEFORE THE VASSALEES'-TRIAL.

~3 FOR THE **D.-C.-C.-R.-~7** = WITH THE PLEADINGS: ~A WITH THE PLEADINGS IN THE C.-S.-S.-C.-P.-S.-G., ~B WITH THE COMPLAINT OF THE C.-S.-S.-C.-P.-S.-G.-CLAIMS IS WITH THE DAMAGES BY THE C.-S.-S.-C.-P.-S.-G.-CORRECTION-SOUGHT.

~4 FOR THE **D.-C.-C.-R.-~9** =: SPECIAL-PLEADINGS: ~B: WRITTEN-F.-S.-S.-C.-P.-S.-G.-D. ARE WITH THE CONDITION, WILL &: VOLITION OF THE MIND, ~E: FACTUAL-C.-S.-S.-C.-P.-S.-G.-CLAIM, ~F: NOW-TIME &: NOW-PLACE; ~G: NOW-TIME-FACTS IN THE C.-S.-S.-C.-P.-S.-G. ARE WITH THE DAMAGE-CLAIMS BY THE VASSALEES.

FOR THE COPYCLAIM-COPYRIGHT-DATE: "18-"JANUARY-"2017 BY THE FEDERAL-POSTAL-COURT-CLERK: Leighton-Lionell Ward &: Jeffrey: Buhmiller &: Leighton-Lionell Ward OF THE D.-C.-F.-P.-C.-V. WITH THE F.-P.-C.-C.-N.-"RE988609439US.

~ 3

~D: CORRECT-FACT-FAILURE: PERJURY, FRAUD, LIES, FICTION, [PRE]SUMPTIONS, [AS]SUMPTIONS, [O]PINIONS, &: MODIFICATIONS;

~6~E: PLEADINGS BY THE CLOSURE-WORD-MEANINGS &: TERMS OF A SINGLE-THOUGHT IN EACH C.-S.-S.-C.-P.-S.-G.-FACT-PHRASE &: FOR THE ONE-VERB-THINKING IS WITH THE CORRECTION OF THE EVERY-SENTENCE.

~5 FOR THE D.-C.-C.-R.-~10 FOR THE FORM OF THE PLEADING IS WITH THE CLAIMS OF THE CAPTIONS IN THE CORRECT-FACTS, ~B WITH THE NUMBERING OF THE SENTENCES OR: PARAGRAPHS &: PAGES; ~C WITH THE BONDING-C.-C. (GLUEING, STITCHING OR: MECHANICAL-RIVETTING).

~6 FOR THE D.-C.-C.-R.-~11 FOR THE FRIVOLOUS-FILINGS OF THE WITNESS'S-PLEADINGS IS WITH THE SANCTION-DAMAGE-CLAIM OF THE F.-S.-S.-C.-P.-S.-G.-D. BY THE VASSALEE.

~7 FOR THE CAUSE OF THE D.-C.-C.-R.-~9-~B, D.-C.-C.-R.-~12-B, D.-C.-C.-R.-~56-~D, &: D.-C.-C.-R.-~7: CORRECT-DUTIES; &: EQUAL-GUARANTEE OF THE VOID-COURT-COMMUNICATIONS: TITLE-~42: D.-C.-C.-S.-~1985-~2, ARE WITH THE DAMAGING &: BLOCKING OF THE CORRECT-FACTS WITH THE CLAIMANTS'-WITNESSING &: FACTUAL-EVIDENCE.

~8 FOR AN AUTOGRAPH OF THE D.-C.-F.-P.-S.-C.-V. WITH THE C.-S.-S.-C.-P.-S.-G.-CORRECTIONS ARE WITH THE C.-S.-S.-C.-P.-S.-G.-LAW-DOCUMENT OF THE FIVE-DAY-TIME-LIMIT WITH THE CONFLICTING-SANCTIONS OF THE VASSALEES'-EVIDENCE.

~9 FOR THE SUMMARY-CORRECTIONS OF THE DOCUMENT-CLAIM-LIST: DOCUMENT-CONTRACT-CLAIM~12-~B.

~10 FOR THE D.-C.-C.-R.-~12~-B-~7: JOINING ARE WITH THE C.-S.-S.-C.-P.-S.-G.-VENUE BY THE D.-C.-F.-P.-S.-C.-V.-CLAIMANT.

~11 FOR THE D.-C.-C.-R.-~12-~B-~6: NOW-TIME-C.-S.-S.-C.-P.-S.-G.-PLEADINGS ARE WITH THE C.-S.-S.-C.-P.-S.-G.-FACTUAL-CLAIMS BY THE C.-S.-S.-C.-P.-S.-G.-DOCUMENTS.

~12 FOR THE D.-C.-C.-R.-~12-~B-~5: CORRECT-CLOSURE-DUTY OF THE CASE-DOCUMENTS ARE WITHIN THE C.-S.-S.-C.-P.-S.-G.-CERTIFICATION OF THE D.-C.-F.-P.-S.-C.-V.-CLERK WITH THE C.-S.-S.-C.-P.-S.-G.-PAPERWORK-CLAIM BY THE DOCKETING-VESSEL.

~13 FOR THE D.-C.-C.-R.-~12-~B-~4: CORRECT-VESSEL OF THE PAPERWORK IS WITH AN AUTOGRAPH-CANCELATION ON THE FEDERAL-POSTAL-VESSEL-STAMP &: [EN]DORSEMENT ON THE TOP OF THE COVER-PAGE-BACK & ON THE DOCKETING-PORT-STAMP.

~R THE D.-C.-C.-R.-~12-~B-~3: C.-S.-S.-C.-P.-S.-G.-VENUE-FILINGS ARE WITH THE C.-S.-S.-C.-P.-S.-G. BY THE D.-C.-F.-P.-S.-C.-V..

~14 FOR THE D.-C.-C.-R.-~12-~B-~2: FOR THE F.-S.-S.-C.-P.-S.-G.-D. OF THE C.-C. ARE WITH THE CLAIM OF THE C.-S.-S.-C.-P.-S.-G.-PORT-FEDERAL-POSTAL-COURT-VENUE-AUTHORITY BY THE DOCUMENT-TERMS-VENUE.

~15 FOR THE D.-C.-C.-R.-~12-~B-~1 FOR THE KNOWLEDGE OF THE C.-S.-S.-C.-P.-S.-G.-FACTS ARE WITH THE CLAIMS OF THE FACTS WITH AN AUTHORITY-C.-C. BY THE DOCUMENT-TERMS.

~16 FOR THE [ADJ]ECTIVES, [PRO]NOUNS OR: [AD]VERB-MODIFIERS IN THE F.-S.-S.-C.-P.-S.-G.-D.-FORMAT ARE WITH THE PERJURY: TITLE-~18: D.-C.-C.-S.-~1621 BY A F.-S.-S.-C.-P.-S.-G.-D.-CONTRACT &: FALSE-SWEARING OF THE FIRST-STATEMENT-NOW-TIME.

~17 FOR THE CLAIMANTS'-KNOWLEDGE OF THE F.-S.-S.-C.-P.-S.-G.-D.-COMMUNICATION IS WITH THE DAMAGE-CLAIMS OF THE: David: Funkhouser-III &: QUARLES & BRADY LLP WITH THE KNOWLEDGE OF THE C.-S.-S.-C.-P.-S.-G.-SKILLS BY THE F.-S.-S.-C.-P.-S.-G.-D..

~18 FOR AN [ADJ]ECTIVE OF THE COLORFUL-[O]PINION IS WITH THE MODIFICATION OF THE FACT WITH THE TWO-OR-MORE-FACTS-JOINING WITH THE LAST-FACT OF THE FACT-PHRASE BY THE CHANGING OF THE FIRST-FACT INTO AN [ADJ]ECTIVE & WITH THE [ADJ]ECTIVE-CHANGES OF THE SECOND-FACT-WORD WITH THE [PRO]NOUN.

~19 FOR THE D.-S.-C.-C.-~7 OF THE DUE-PROCESS-CLAIM & WITH THE TITLE-~42: D.-C.-C.-S.-~1985-~2 IS WITH AN CORRESPONDING-GUARANTEE OF THE LAW: D.-C.-C.-R.-~12-b-~7, ~1, ~2, BY THE VASSALEES.

~20 FOR THE D.-C.-C.-R.-~41-~A: VOLUNTARY-WITHDRAW OF THE COMPLAINT-FILING ARE WITH THE F.-S.-S.-C.-P.-S.-G.-CLAIM OF THE TITLE-~42: D.-C.-C.-S.-1986 BY THE CLAIMANTS.

~21 FOR THE TITLE-~18: D.-C.-C.-S.-~242-~1 FOR THE 2-OR-MORE-PERSONS OF THE COMING-TOGETHER IS WITH THE VOIDING OF THE C.-S.-S.-C.-P.-S.-G.-DOCUMENT AS THE FIDUCIARIES OF THE STATE-COURT, U.S.A-DISTRICT-COURT, SUPERIOR-COURT, or: COUNTY-COURT WITH THE STATUTE, [OR]DINANCE, CODES, [RE]GULATION, or: LAW IN THE DOCUMENT-CORPORATION OF THE TWO-DIFFERENT-PUNISHMENTS, PAINS, PENALTIES or: BIAS-TREATMENT OF THE PERSON-BEING-FOREIGN = (NO PUNCTUATION IN THE DEAD-NAME) = FRAUD/FOREIGN, or BY THE CLAIMS OF THE PERSON'S-COLOR, RACE, FAITH, or: SEX ARE WITH THE DAMAGE-CLAIMS BY THE AILING-PUNISHMENT.

~22 FOR THE D.-C.-C.-R.-~38-A FOR THE TRIAL BY THE TWELVE-PERSON-JURY IS WITH THE SAME-PLANE-CLAIM OF THE CORRECTION WITH THE C.-S.-S.-C.-P.-S.-G.-NOW-TIME-D.-C.-F.-P.-S.-C.-V.

~23 FOR THE D.-C.-C.-R.-~54: FOR THE CLAIMS OF THE SUMMARY-DOCUMENT-CONTRACT IS WITH THE C.-S.-S.-C.-P.-S.-G.-CORRECTIONS BY THE FEDERAL-POSTAL-COURT-CLERK: Leighton-Lionell: Ward.

~24 FOR THE D.-C.-C.-R.-~56: FOR THE SUMMARY-CORRECTIONS IN THE C.-S.-S.-C.-P.-S.-G. ARE WITH THE DAMAGES-CLAIMS OF THE C.-S.-S.-C.-P.-S.-G.-PLEADINGS.

~25 FOR THE D.-C.-C.-~57 FOR THE CLARATORY-VENUES OF THE PHYSICAL-EVIDENCE-DAMAGES ARE WITH THE DAMAGES-CLAIMS BY THE C.-S.-S.-C.-P.-S.-G.-FACTS &: VASSALEES'-BONDED-EVIDENCE.

~26 FOR THE WORD-TERM: BREACH OF THE COMMISSION, [O]MISSION, DOCUMENT-DUTY, AUTHORITY &/or: FIDUCIARY'S-CONTRACT-TERMS ARE WITH THE DAMAGE-CLAIM BY THE [NE]GLIGENT-PERSON.

~27 FOR THE TITLE-~42: D.-C.-C.-S.-~1986: KNOWLEDGE OF THE DOCUMENT-DUTIES IS WITH THE CLAIM OF THE F.-S.-S.-C.-P.-S.-G. BY THE C.-S.-S.-C.-P.-S.-G.-DOCUMENT.

~28 FOR THE POSITIONS: FOR, OF, WITH, BY, THROUGH, IN &: ON ARE WITH THE NOW-TENSE-AUTHORITY-VENUE-POSITIONS OF THE "POSITION-LODIAL-FACT-PHRASE" WITH THE NOW-TIME-AUTHORITY.

~29 FOR THE [PRONOUN]-F.-S.-S.-C.-P.-S.-G.-VOID FOR THE [PRONOUN] OF THE FICTION IS WITH THE TERMS AS A TRAP IN THE FICTIONAL-COURTROOM WITH THE FICTION-VOID-COMMUNICATIONS.

~30 FOR THE LAWYER or: [AT]TORNEY OF THE DOCUMENTING-VESSELS IS WITH THE DAMAGE-CLAIM OF THE C.-S.-S.-C.-P.-S.-G.-FAILURE-LOSS or: DAMAGES BY THE DOCUMENTS.

~31 FOR THE BIAS FOR AN [O]PINION-LEANING-TOWARDS-ONE-SIDE OF THE MATTER/CAUSE/FACT IS WITH THE CONVICTION BY A WRONG-[O]PINION.

**~1** FOR THE <u>FEDERAL-POSTAL-COURT-JUDGE</u>: David-Wynn: Miller's-KNOWLEDGE OF THIS <u>COMMAND-CORRECTION-AUTHORITY</u> **IS** WITH THE <u>TIPSTAFFING-DUTY-AUTHORITY</u> OF THE <u>MARSHAL-SERVICE</u>, <u>SHERIFF-SERVICE</u>, <u>POSTAL-SPECTOR-SERVICE</u>, <u>FEDERAL-BEURAU-OF-THE-VESTIGATION-SERVICE</u>, <u>NATIONAL-SECURITY-SERVICE</u>, <u>SECURITIES-&-CHANGE-SERVICE</u> &: <u>LOCAL-STATE-POLICE-SERVICE</u> WITH THE <u>CORRECTIONS-FORCEMENT</u> AS THE <u>TIPSTAFF-FIDUCIARY</u> WITH THIS COMMAND BY THIS <u>FEDERAL-POSTAL-JUDGE</u>: David-Wynn: Miller.

**~2** FOR THE <u>POSTAL-SERVICE-GOVERNMENT-PLOYEES</u> OF AN <u>OATH-DUTY</u> **ARE** WITH THE <u>C.-S.-S.-C.-P.-S.-G.-OATH</u> &: <u>PUBLIC-DUTY-SECURITY-DOCUMENT-CONTRACT</u> OR WITH THE <u>VOID-AUTHORITY</u> AS A <u>CRIMINAL-[AC]TOR</u> WITH THE <u>[IL]LEGAL-CARRYING</u> OF A WEAPON &: <u>FRAUDULENT-BADGE-AUTHORITY</u> BY THE <u>FALSE-POLICY</u> &: <u>CUSTOM-F.-S.-S.-C.-P.-S.-G.-GUISE</u>.

:<u>Jeffrey</u>: Buhmiller. :DATE~18-~JANUARY-~2017.

 : Jeffrey: Buhmiller,

:<u>FEDERAL-POSTAL-COURT-CLERK</u>: **Leighton-Lionell: Ward** .:DATE~18-~JANUARY~2017.

:Leighton-Lionell:Ward.

*Quarles & Brady* LLP

Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
602.229.5200
Fax 602.229.5690
www.quarles.com

Attorneys at Law in
Chicago
Indianapolis
Madison
Milwaukee
Naples
Phoenix
Scottsdale
Tampa
Tucson
Washington, D.C.

David E. Funkhouser III
Writer's Direct Dial: 602.229.5242
E-Mail: dfunkhou@quarles.com

January 12, 2017

**VIA PERSONAL SERVICE**

Mr. Leighton Ward
3198 Shoshone Drive
Lake Havasu City, AZ 86406-8672

RE:   Fee Nos. 2016049746 & 2016051854, Official Records of Mohave County Recorder

Mr. Ward:

This firm represents Flagstar Bank ("Flagstar") with regard to a purported judgment and writ of execution issued by an alleged "Federal Postal Court" and recorded in Mohave County, Arizona, on November 1, 2016 at Fee No. 2016049746 (the "Judgment"), and November 15, 2016 at Fee No. 2016051854 (the "Writ") respectively, copies of which are enclosed. Simply put, the Judgment and the Writ are fraudulent and groundless. Flagstar hereby demands that you sign and record the enclosed Release of Judgment and Release of Writ of Execution (collectively, "Releases") within twenty days of receiving this letter.

We understand that you have attempted to assert legal authority under the "Federal Postal Court" in several other matters. Your scheme has been rejected outright. Specifically, in the *Gilly v. Ocwen* matter, District Judge Jeffrey Alker Meyer explained that "the 'Federal Postal Court' is a sham." Judge Meyer further explained that the "judgment" at issue in that case (which is nearly-identical to the Judgment against Flagstar) lacked any legal authority whatsoever. A copy of Judge Meyer's written decision is enclosed for your reference. I note that the decision is dated March 7, 2016 and mentions you by name as having participated in the case.

At the time you recorded the Judgment and Writ against Flagstar eight months later, in November 2016, you were undoubtedly aware that the documents were illegitimate. You thus intentionally recorded documents that you knew were groundless and contained false claims.

Accordingly, Flagstar demands that you sign and record the enclosed Releases within twenty days. If you fail to do so, Flagstar will pursue all remedies available under A.R.S. § 33-420 (Arizona's statutory cause of action for recording false documents), as well as any other

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, :DPV=DANGLING-PARTICIPLE-VERB, ~VC=VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=NO-CONTRACT-WORD-MEANING: ~VOID:=STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

~1

Mr. Leighton Ward
January 12, 2017
Page 2

relief available under Arizona law.  On prevailing in litigation against you, Flagstar will also obtain an award of its attorneys' fees and costs.

Please mail a conformed copy of the recorded Releases to my attention using the enclosed self-addressed, stamped envelope.  If you have any questions regarding the foregoing, please contact my office.  Otherwise, we look forward to receiving a conformed copy of the recorded Releases via U.S. Mail.

Very truly yours,

QUARLES & BRADY LLP

*Julia Koestner for David Funkhouser*

David E. Funkhouser III

cc:    Jeffrey Buhmiller
       2791 Cumberland Drive
       Lake Havasu City, Arizona 84606

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, ~DPV=:DANGLING-PARTICIPLE-VERB, ~VC=:VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=:NO-CONTRACT-WORD-MEANING. ~VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

~2

**RELEASE OF JUDGMENT**

:Leighton-Lionell:Ward hereby releases the Judgment recorded on November 1, 2016, at Fee #2016049746, Records of Mohave County, Arizona, which purported to have been issued by the Federal Postal Court.

DATED this ___ day of _____, 2017.

By _____
:Leighton-Lionell:Ward.

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, ~DPV=:DANGLING-PARTICIPLE-VERB, ~VC=:VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=:NO-CONTRACT-WORD-MEANING. ~VOID:=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

# RELEASE OF WRIT OF EXECUTION

:Leighton-Lionell:Ward hereby releases the Writ of Execution recorded on November 15, 2016, at Fee #2016051854, Records of Mohave County, Arizona, which purported to have been issued by the Federal Postal Court.

DATED this ___ day of _____, 2017.

By _____
                    :Leighton-Lionell:Ward.

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, ~DPV=DANGLING-PARTICIPLE-VERB, ~VC=VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=:NO-CONTRACT-WORD-MEANING. ~VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

~4

RETURN RECEIPT
REQUESTED

TAFCR
PO BOX 100*
LHC AZ 8640

7016 2340 0000 7169 1573

1400   1622

CERTIFIED MAIL

Quarles & Brady, LLP
Two N Central Ave
PO Phenix AZ 85004

Non Machinable

1000

85004

UNITED STATES
POSTAL SERVICE

U.S. POSTAGE.
LAKE HAVASU ci
86403
JAN 20, 17
AMOUNT
$6.89
R2304P119001-0

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Quarles & Brady LLP
Two N Central Ave
Phoenix AZ 85004

9590 9403 0584 5183 2467 82

2. Article Number (Transfer from service label)

7016 2140 0000 7169 1573

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ stricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT 8

# EXHIBIT 8

2016 WL 868167
Only the Westlaw citation is currently available.
United States District Court,
D. Connecticut.

:Penny-lee: Gilly, Plaintiff,

v.

Ocwen, Defendant.

No. 3:16-mc-00021 (JAM)

|

Signed 03/07/2016

### ORDER STRIKING
### REGISTRATION OF JUDGMENT

Jeffrey Alker Meyer, United States District Judge

**\*1** On February 8, 2016, a purported judgment issued by the "Federal Postal Court" was filed for registration with the Clerk of Court in the above-captioned matter. Dozens of similar purported judgments of the "Federal Postal Court" have been filed for registration in the District of Connecticut in recent weeks. Because further inquiry confirms that the "Federal Postal Court" is not a court with authority to have its judgments registered in a federal court, the registration of judgment will be stricken.

### BACKGROUND

On February 8, 2016, a certification for registration of judgment was filed in the name of ":Leighton-Lionel: Ward" [sic], who is identified as clerk of court for the "Federal Postal Court" and with a mailing address to a post office box in Lake Havasu City, Arizona. The purported judgment is in the matter of a plaintiff named ":Penny-Lee Gilly:" [sic] against a defendant named "OCWEN," and in the principal amount of $11,509,456.

The cover page of the filing in this case is on a pre-printed federal court form (AO 451 – Clerk's Certification of a Judgment to Be Registered in Another District). The filing also includes an attachment entitled, "Certified Copy of Final Judgment, Translation of Final Default Judgement" [sic] that states in part:

This document is to serve as a translation summary of the Final Default Judgment by the Federal Postal Court. The original language of the Final Default Judgment was written in Correct Sentence Structure Communication Parse Syntax Grammar. The language has been translated to English pursuant to the Uniform Foreign-Money Claims Act.

Doc. #1 at 2. The defendant "OCWEN" appears to be Ocwen Financial Corporation (Ocwen), a provider of residential and commercial mortgage loan servicing. The judgment orders Ocwen to pay plaintiff $11,509,456, to "delete" the outstanding balance on a Deed of Trust created April 18, 2006, to transfer title of the Deed of Trust property to plaintiff, and to notify the Federal Postal Court Clerk when the terms of the judgment have been fulfilled. Except for a photocopy of certified mail sent to defendant, the rest of the filing is a largely unintelligible jumble of code-like numbers, letters, and legalistic terms with little apparent connection to one another.

Because of doubts about the validity of the "Federal Postal Court," I entered an order to show cause for a hearing to learn more about the judgment and the "Federal Postal Court." Notice of the hearing was transmitted to plaintiff, but she did not communicate with the Court. Two individuals ended up participating in the hearing by telephone from an Arizona telephone number. They identified themselves as David Wynn Miller, who described himself as a judge of the "Federal Postal Court," and Leighton Ward, who described himself as clerk of the "Federal Postal Court." These two names appear on the registration documents filed with the Court.

Miller told me that Benjamin Franklin opened the "Federal Postal Court" on July 4, 1775. But the court was soon closed in 1776 with the onset of the Revolutionary War. It remained closed for more than two centuries. Then, according to Miller, he and a colleague reopened the court for operation on December 21, 2012 (a day that is otherwise well known as the predicted end of the world according to the Mayan Calendar).

**\*2** Miller explained to me that the "Federal Postal Court" operates on the basis of a sophisticated mathematical understanding of language that proves that certain mortgage documents are fraudulent. According to Miller, the "Federal Postal Court" has been recognized by the United Nations. The "Federal Postal Court" does not have a courthouse or other fixed location; instead, it has transitory jurisdiction with a presence wherever the federal postal eagle symbol may be.

A YouTube search discloses numerous videos of Miller and others explaining the operation of the "Federal Postal Court." [1] A Westlaw search does not disclose any valid judgments or other proceedings involving the "Federal Postal Court." A Westlaw search for the name of "David Wynn Miller" otherwise reflects a lengthy history of frivolous filings that use the same impenetrable language that appears in the filings in this case. *See, e.g., United States v. Pflum*, 2013 WL 4482706 (D. Kan. 2013) (collecting dozens of cases and noting that several district courts have imposed pre-filing screening orders to prevent Miller from filing suits in these courts without prior leave of the court).

### DISCUSSION

Federal law provides for the registration of certain court judgments in the federal courts of the United States:

> A judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other district ... when the judgment has become final. ... A judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner.

28 U.S.C. § 1963. Before the enactment of § 1963, if a judgment creditor wanted to enforce a money judgment outside the district in which judgment was entered, she was required to bring a new lawsuit in that federal district court. *See Home Port Rentals, Inc. v. Int'l Yachting Grp., Inc.*, 252 F.3d 399, 404 (5th Cir. 2001). The purpose of § 1963 was "to spare creditors and debtors alike ... the additional costs and harassment of further litigation which would otherwise be required." *Id.*; S. Rep. No. 83-1917 (1954). For this reason, when a judgment is properly registered under § 1963, the registration "provides, so far as enforcement is concerned, the equivalent of a new judgment of the registration court." *Stanford v. Utley*, 341 F.2d 265, 268 (8th Cir. 1965) (Blackmun, J.).

Here, it is clear that the judgment of the "Federal Postal Court" does not meet the requirements of § 1963. The judgment does not arise—as the statute requires—from a "court of appeals, district court, bankruptcy court, or in the Court of International Trade." *See Fox Painting Co. v. National Labor Relations Bd.*, 16 F.3d 115, 117 (6th Cir. 1994) (§ 1963 does not permit registration of judgments from any court not listed in the statute); *Marbury Law Grp., PLLC v. Carl*, 729 F. Supp. 2d 78, 83 (D.D.C. 2010) (same). If a document registered under § 1963 "does not appear to have any legitimate purpose," it is proper for a court to strike the document. *See, e.g., United States v. Wells*, 131 F.R.D. 543, 545 (N.D. Ill. 1990); *see also Calderon v. JPMorgan Chase Bank, N.A.*, 2012 WL 3484683 (E.D. La. 2012) (striking purported registration of judgment that did not issue from any court authorized under § 1963).

**\*3** Moreover, there is no basis to conclude that the purported judgment of the "Federal Postal Court" arises from any valid legal authority at all. So far as I can tell, the "Federal Postal Court" is a sham and no more than a product of fertile imagination. Accordingly, even if I were to conclude that there were some basis other than § 1963 to allow for the registration of a judgment in the federal courts of Connecticut, I would conclude that any judgment rendered by the "Federal Postal Court" should not be subject to registration and should be stricken.

### CONCLUSION

The registration of judgment (Doc. #1) shall be STRICKEN forthwith, and the Clerk of Court shall dismiss and close this matter.

It is so ordered.

WESTLAW   © 2016 Thomson Reuters. No claim to original U.S. Government Works.

**All Citations**

Slip Copy, 2016 WL 868167

Footnotes

1   *See, e.g.* "For These Methods of the Document Contract Federal Postal Court Venue Part I Merge," *available at* https://www.youtube.com/watch?v=MdFDH3g0lpo (last accessed Mar. 5, 2016).

---

**End of Document**                    © 2016 Thomson Reuters. No claim to original U.S. Government Works.