# EXHIBIT A

# EXHIBIT A



# :FEDERAL-POSTAL-COURT

# :CONTACT

FOR THE MAILING-CORRESPONDENCE OF THE FEDERAL-POSTAL-COURT-CLERK IS WITH THE ~PO-BOX-~1001,-~LAKE-HAVASU-CITY,~ARIZONA-~86405-MAILING-LOCATION.

**:NAME** *

**:EMAIL** *

**:PHONE** *

**:MESSAGE**

I'm not a robot
reCAPTCHA
Privacy - Terms

Complete



# EXHIBIT B

# EXHIBIT B

# Search

**Search For:**

[ Entity ▾ ]

**Search Type:**

[ Starts with ▾ ]

**Name:**

[ FEDERAL ]

**Active/Inactive**

[ Active ▾ ]

**Entity Type**

[ All ▾ ]

[ Search ]

Viewing 1 - 20 of 20

| | |
|---|---|
| File Number | L14975166 |
| Company | FEDERAL MORTGAGE RELIEF CENTER, LLC (/Details/Corp?corpId=L14975166) |
| Name Type | L.L.C. |
| File Number | R15102558 |
| Company | FEDERAL NETWORK SYSTEMS LLC (/Details/Corp?corpId=R15102558) |
| Name Type | FOREIGN L.L.C. |

| | |
|---|---|
| File Number | L15866552 |
| Company | FEDERAL PHARMACEUTICAL CONSULTING, LLC (/Details/Corp?corpId=L15866552) |
| Name Type | L.L.C. |
| File Number | 15709543 |
| Company | FEDERAL PLANNING ASSISTANCE CORPORATION (/Details/Corp?corpId= 15709543) |
| Name Type | CORPORATION |
| File Number | F11968991 |
| Company | FEDERAL PROTECTION, INCORPORATED (/Details/Corp?corpId=F11968991) |
| Name Type | CORPORATION |
| File Number | F20210935 |
| Company | FEDERAL RESOURCES SUPPLY COMPANY (/Details/Corp?corpId=F20210935) |
| Name Type | CORPORATION |
| File Number | 530636 |
| Company | FEDERAL SECURITY SERVICES (/Details/SOS?fileNumber=530636 ) |
| Name Type | TRADE NAME |
| File Number | L17010304 |
| Company | FEDERAL SECURITY SOLUTIONS, L.L.C. (/Details/Corp?corpId=L17010304) |
| Name Type | L.L.C. |
| File Number | L19305499 |
| Company | FEDERAL SERVICE COMPANY, LLC (/Details/Corp?corpId=L19305499) |
| Name Type | L.L.C. |
| File Number | 09816549 |
| Company | FEDERAL SERVICE CORPORATION (/Details/Corp?corpId= 09816549) |
| Name Type | CORPORATION |

| | |
|---|---|
| File Number | F00127861 |
| Company | FEDERAL SIGNAL CORPORATION (/Details/Corp?corpId=F00127861) |
| Name Type | CORPORATION |
| File Number | L20191660 |
| Company | FEDERAL STUDENT LOAN HELP CENTER LLC (/Details/Corp?corpId=L20191660) |
| Name Type | L.L.C. |
| File Number | L15068245 |
| Company | FEDERAL THREADS, LLC (/Details/Corp?corpId=L15068245) |
| Name Type | L.L.C. |
| File Number | 15171878 |
| Company | FEDERAL VENTURE INC. (/Details/Corp?corpId=15171878) |
| Name Type | CORPORATION |
| File Number | F08487281 |
| Company | FEDERAL WARRANTY SERVICE CORPORATION (/Details/Corp?corpId=F08487281) |
| Name Type | CORPORATION |
| File Number | L08274156 |
| Company | FEDERAL WAY BUILDING, L.L.C. (/Details/Corp?corpId=L08274156) |
| Name Type | L.L.C. |
| File Number | L11274562 |
| Company | FEDER ARIZONA, LLC (/Details/Corp?corpId=L11274562) |
| Name Type | L.L.C. |
| File Number | L13203907 |
| Company | FEDER & ARROTTA LLC (/Details/Corp?corpId=L13203907) |
| Name Type | L.L.C. |

| File Number | F12707891 |
|---|---|
| Company | FEDERATED CAPITAL CORPORATION (/Details/Corp?corpId=F12707891) |
| Name Type | CORPORATION |
| File Number | 02136342 |
| Company | THE FEDERATED CHURCH PRESCHOOL, INC. (/Details/Corp?corpId= 02136342) |
| Name Type | CORPORATION |



<<Back    Next>>

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) l Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

# EXHIBIT C

# EXHIBIT C



# :FEDERAL-POSTAL-COURT

# :STAFF

**:FEDERAL-POSTAL-COURT-PLENIPOTENTIARY-JUDGES**.

:CHIEF-FEDERAL-JUDGE: David-Wynn: Miller.

:Russell-Jay: Gould.

:Monte-Edwin: Mueller.

:Keline-Kameyo: Kahau.

**:FEDERAL-POSTAL-COURT-CLERKS**.

:Leighton-Lionell: Ward.

:Mark-Allan: Corba.