IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>        Plaintiff,<br><br>  vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>        Defendants. | NO. 3:17-cv-08044-PCT-SPL<br><br>**ORDER GRANTING FLAGSTAR BANK, FSB'S MOTION WITHOUT NOTICE FOR LEAVE TO UTILIZE ALTERNATIVE METHOD OF SERVICE OF PROCESS UPON THE FEDERAL POSTAL COURT** |

    The Court having reviewed Plaintiff Flagstar Bank, FCB's Motion Without Notice For Leave to Utilize Alternative Method of Service of Process Upon Defendant The Federal Postal Court, and good cause appearing therefrom,

    IT IS HEREBY ORDERED that Plaintiff may serve the Summons and Complaint in this matter upon Defendant The Federal Postal Court in the following alternative manner:

    1) By mailing the papers via certified mail to the address listed on The Federal Postal Court's website (federalpostalcourt.org): P.O. Box 1001, Lake Havasu City, Arizona, 86405;

    2) By personal service upon Leighton Ward, the purported "Clerk of Court" for The Federal Postal Court.

    In addition, it is hereby permitted that Plaintiff may hereafter mail all other pleadings, motions and documents in this matter to The Federal Postal Court by U.S. Mail

1 | to P.O. Box 1001, Lake Havasu City, Arizona 86405.

2 | Service upon The Federal Postal Court will be considered effective five (5) calendar
3 | days after compliance with this Order.

4 | DATED this ____ day of March, 2017.

6 | Honorable Steven P. Logan
United States District Judge