Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

David E. Funkhouser III (#022449)
david.funkhouser@quarles.com
Julia J. Koestner (#031707)
Julia.koestner@quarles.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>　　　　　Defendants. | NO.  3:17-cv-08044-SPL<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff Flagstar Bank, FSB, a Federally Chartered Savings Bank

　　X　　Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

　　＿＿＿　Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

QB\44447379.1

1    _____ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational
2  victim of alleged criminal activity is a corporation the government must file a statement
3  identifying the victim and the statement must also disclose the information required by Rule
4  12.4(a)(1).

5    The filing party hereby declares as follows:

6    _____ No such corporation.

7    __X__ Party is a parent, subsidiary or other affiliate of a publicly owned corporation
8  as listed below.

9    _____ Publicly held corporation, not a party to the case, with a financial interest in
10  the outcome.

11    _____ Other (please explain)

12    Flagstar Bank, FSB is a subsidiary of Flagstar Bancorp Inc., a publicly-traded
13  corporation. MP Thrift Investments L.P. holds 10 % or more of the stock of Flagstar
14  Bancorp. Inc. and is therefore an indirect holder of an equity interest of 10% or more in
15  Flagstar.

16    RESPECTFULLY SUBMITTED this 7th day of March, 2017.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

By */s/ David E. Funkhouser*
    David E. Funkhouser
    Julia J. Koestner
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2017, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

    /s/ Debra L. Hitchens