IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Leighton Ward, et al.,<br><br>　　　　　Defendants. | No.  CV-17-08044-PCT-SPL<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion Without Notice for Leave to Utilize Alternative Method of Service of Process Upon Federal Postal Court (Doc. 7).  Having considered this request,

　　　　**IT IS ORDERED** that the Motion for Alternative Service (Doc. 7) is **granted.** Plaintiff may serve the Summons and Complaint upon Defendant The Federal Postal Court in the following manner:

　　　　1. By mailing the papers via certified mail to the address listed on The Federal Postal Court's website (federalpostalcourt.org): P.O. Box 1001, Lake Havasu City, Arizona 86405;

　　　　2. By personal service upon Leighton Ward, the purported "Clerk of Court" for The Federal Postal Court; and

　　　　3. That Plaintiff shall file an affidavit of service within **seven (7) days** of compliance with this Order.

　　　　**IT IS FURTHER ORDERED** that Plaintiff may hereafter mail all other

1 pleadings, motions and documents in this matter to The Federal Postal Court by U.S.
2 Mail to P.O. Box 1001, Lake Havasu City, Arizona 86405.
3     Dated this 7th day of March, 2017.

                                      Honorable Steven P. Logan
                                      United States District Judge