| | | | | | |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>QUARLES & BRADY, LLP<br>DAVID E. FUNHOUSER III (#022449)<br>2 NORTH CENTRAL AVENUE<br>PHOENIX , AZ 85004<br>Telephone No: (602) 229-5200 | | | | | **For Court Use Only** |
| *Attorney For:* PLAINTIFF | | | *Ref. No. or File No.:* 156560.00007 | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT OF THE DISTRICT OF ARIZONA | | | | | |
| *Plaintiff:* FLAGSTAR BANK, FSB, A MICHIGAN COROPRATION,<br>*Defendant:* LEIGHTON WARD, AN ARIZONA RESIDENT; ET AL | | | | | |
| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>3:17-CV-08044-SPL | |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS IN A CIVIL ACTION; CORPORATE DISCLOSURE STATEMENT; PRELIMINARY ORDER; COMPLAINT; EXHIBIT 1-8

3. a. Party served:      JEFFREY BUHMILLER
   b. Person served:   ELEEN JOHNSON, CO-OCCUPANT

4. Address where the party was served:   2791 CUMBERLAND DR , LAKE HAVASU CITY , AZ 84606

5. I served the party:
   a. **by substituted service.**   On: Fri, Mar 10 2017 at: 04:56 PM by leaving the copies with or in the presence of:
      ELEEN JOHNSON , Caucasian , Female , 65 , Blond , 5'7" , 170 , .

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

Service: $139.00, Mileage: $0.00, Notary: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $149.00

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Mark Bliss PN2015-00010 ;
   b. First Legal Support Services
      3737 North 7th. Street Suite 125
      PHOENIX, AZ 85014
   c. (602) 248-9700

3/15/17 (Date)     _____ (Signature)

AFFIDAVIT OF SERVICE



1295826 (565115)