FOR THE LISTENING BY THE David: Funkhouser &: Julia: Koestner &: Brian: Karth &: Steven: Logan &: QUARLES-AND-BRADY-LLP &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURTS &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURT-[JU]DGES &: FLAGSTAR-BANK.
https://youtu.be/ZAvNnEiX3UE

FOR THE CONFERENCE-CALL WITH THE David: Funkhouser &: Julia: Koestner &: Brian: Karth &: Steven: Logan &: QUARLES-AND-BRADY-LLP &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURTS &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURT-[JU]DGES &: FLAGSTAR-BANK IS WITH THE ~25-~MARCH-~2017,-~2:00PM-SCHEDULING-TIME.

FOR THE CONFERENCE-CALL-NUMBER-~6417150632.

FOR THE CONFERENCE-CALL-PIN-~495766.

FOR THE **ONE-HUNDRED-PERCENT-[U]NIT[ED]-STATES-[DI]STRICT-COURTS-[JU]DGES-RECUSAL** BY THE **FEDERAL-RULES OF THE CIVIL-[PRO]CEDURE-TITLE-~28-~SECTION-~455** &: **TITLE-~18-~SECTION-~1001** &: **TITLE-~15-~SECTION-~1692E.**

FOR THE LAWSUIT :Leighton-Lionell: Ward &: David-Wynn: Miller VERSES THE David: Funkhouser &: Julia: Koestner &: Brian: Karth &: Steven: Logan &: QUARLES-AND-BRADY-LLP &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURTS &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURT-[JU]DGES &: FLAGSTAR-BANK.
http://federalpostalcourt.org/cases/re075080427us/ FOR THE WHITEOUT-EVIDENCE.

FOR THE COMPETENCE OF THE BASIC-GRAMMAR-RULES.
http://theadvocacyforconsumerrights.org/charity-project/

FOR THE SAMPLE OF THE FRAUDULENT-DUTY-[JU]DGES-OATH-VIDEO.
https://youtu.be/Cv_A-nr7e20

FOR THE LAWSUIT :Jeffrey: Buhmiller VERSES THE FLAGSTAR-BANK.
http://federalpostalcourt.org/cases/re062105195us/

FOR THE LAWSUIT :Jeffrey: Buhmiller VERSES :David: Funkhouser &: QUARLES-AND-BRADY-LLP.
http://federalpostalcourt.org/cases/re963924797us/

FOR THE LAWSUIT :Jeffrey: Buhmiller VERSES :David: Funkhouser &: QUARLES-AND-BRADY-LLP.
http://federalpostalcourt.org/cases/re988609439us/

FOR THE 100-PERCENT OF THE QUO-WARRANTO-COMPLAINTS **ARE** WITH THE CERTIFICATION-MAILING-CLAIM BY THE FEDERAL-POSTAL-COURT FOR THE [DE]PARTMENT OF THE [JU]STICE &: SECURITIES &: [EX]CHANGE-COMMISION.

FOR THE TEACHING.
http://federalpostalcourt.org/videos/
http://theadvocacyforconsumerrights.org/difference-musician-mathematician-attorney/
http://theadvocacyforconsumerrights.org/opinion-vs-fact/
http://theadvocacyforconsumerrights.org/long-version/
http://theadvocacyforconsumerrights.org/leyton-ward/

FOR THE LIST OF THE [IN]VITEES FOR THE ~25-~MARCH-~2017,-~2:00PM-CONFERENCE CALL.
david.funkhouser@quarles.com, Julia.koestner@quarles.com, media@flagstar.com, info@consumerfinance.gov, Roberta.Tepper@staff.azbar.org, Kristin.Moye@staff.azbar.org, Jayde.Ely@staff.azbar.org, legaldiv@azcc.gov, hearingsdiv@azcc.gov, consumerinfo@azag.gov, :Brian: Karth, :Steven: Logan, ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURT-[JU]DGES

FOR 100-PERCENT OF THE FRAUD-CRIMES **ARE** WITH THE COPYING-CLAIM OF THE FRAUDULENT-DOCUMENTS &: FRAUDULENT-EVIDENCE WITH THE MOHAVE-COUNTY-SHERRIF &: ARIZONA-[AT]TORNEY-GENERAL &: ~ARIZONA-STATE-BAR &: LAKE-HAVASU-NEWS-HERALD &: PHOENIX-ABC-15-NEWS-CHANNEL &: PHOENIX-NEWS-3-CHANNEL &: PHOENIX-CBS-5-NEWS-CHANNEL &: PHOENIX-FOX-10-NEWS-CHANNEL &: PHOENIX-12-NEWS-CHANNEL BY THE CLAIMANTS.

✓ FILED    ___ LODGED
___ RECEIVED    ___ COPY

MAR 2 0 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CivLR 3.2(a), 5.4
(Rule Number/Section)
7.1(a)(i)(2)(s)



:FOR THE FEDERAL-POSTAL-COURT-FILING
BY THIS FEDERAL-POSTAL-[RE]GISTRATION-NUMBER:
~ RE075080427US
:DATE-~ 11-~MARCH-~2017
:TIME-~ 9¢ O'CLOCK &: 00 MINUTES:AM
Leighton-Lionell: Ward :CLERK-OF-THE-COURT.



/s/ :Leighton-Lionell: Ward.



:BONDING: C.-S.-S.-C.-P.-S.-G.: D.-C.-F.-P.-S.-C.-V.-FLAG.

IN THIS D.-C.-F.-P.-S.-C.-V..
FOR THIS Q.-W.-C.-D.-C.-C.-N-~RE075080427US.
:FEDERAL-POSTAL-COURT-CLERK  :Leighton-Lionell:  Ward  .WITH  THE  MAILING-LOCATION-~PO-BOX-~1001,-~LAKE-HAVASU-CITY,-~ARIZONA-~86405.
:CLAIMANTS.
FOR THIS CLAIMANT'S-KNOWLEDGE OF THE QUALIFICATIONS & CERTIFICATIONS ARE WITH THE C.-S.-S.-C.-P.-S.-G. WITH THE CONTRADICTION OF THE F.-S.-S.-C.-P.-S.-G. BY THE VASSALEES.
:David: Funkhouser &: Julia: Koestner &: Brian: Karth &: Steven: Logan &: QUARLES-AND-BRADY-LLP &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURTS &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURT-[JU]DGES &: FLAGSTAR-BANK WITH  THE  MAILING-LOCATIONS-~ONE-~RENAISSANCE-~SQUARE,-~TWO-~NORTH-~CENTRAL-~AVENUE,-~PHOENIX,-~ARIZONA-~85004  &:  ~401-~WEST-~WASHINGTON-~STREET-~NUMBER-~130,-~PHOENIX,-~ARIZONA-~85003 &: ~PO-BOX-~731891,-~PITTSBURGH,-~PENNSYLVANIA-~15250.
:VASSALEES.

FOR THE TERMS OF THIS C.-S.-S.-C.-P.-S.-G.-CURRENT-TIME-FEDERAL-POSTAL-STATION-COURT-VENUE-DOCUMENT.
:CLAIMANT(S) = :Leighton-Lionell: Ward.
:& = :AND
:C.-C. = :CORPORATION-CASE.
:C.-C.-N. = :CORPORATION-CASE-NUMBER.
:CONJUNCTION = :'and','&'= ALSO, COMMAND, 'or'= OPTION, EITHER, CHOICE.
:C.-S.-S.-C.-P.-S.-G. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR.
:C.-S.-S.-C.-P.-S.-G.-D. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-DOCUMENT(S).
:DOCUMENT-STATE = :CORPORATION OF THE TWO-OR-MORE-PERSONS ARE WITH THE PORTING-CLAIM WITHIN THE FEDERAL-POSTAL-COURT-PORT-CLERK BY THE DOCUMENT-VESSEL.
:DOCUMENT-VESSEL = :COURT-DOCKETING OF THE DOCUMENT-CONTRACT-POSTAL-VESSEL-PERSONS ARE WITH THE CORPORATION-CLAIM BETWEEN THE TWO-OR-MORE-PERSONS WITH THE COURT-DOCUMENT-PORTING-STAMP BY THE FEDERAL-POSTAL-COURT-PORT-CLERK.
:FRAUDULENT/FRAUD = :SPECT, FICTION, MODIFICATION, [O]PINION, [PRE]SUMPTION, [AS]SUMPTION, [IL]LUSION, MISTIC, PHANTOM, PERJURY, LIE, FALSE, FRAUD, MANIPULATION, [DE]CEIVING, [MIS]LEADING.
:D.-C.-C.-R. = :DOCUMENT-CONTRACT-CLAIM-RULES OF THIS D.-C.-F.-P.-S.-C.-V..
:D.-C.-C.-S. = :DOCUMENT-CONTRACT-CLAIMS-SECTION WITH THE C.-S.-S.-C.-P.-S.-G.-WORD-CORRECTIONS OF THE F.-S.-S.-C.-P.-S.-G.-[U]NIT[ED]-STATES-TITLES &: [U]NIT[ED]-STATES-CODES ARE WITH THE C.-S.-S.-C.-P.-S.-G.-CORRECTIONS BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.
:D.-C.-F.-P.-S.-C.-V. = :DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE.
:F.-P.-C.-C.-N. = :FEDERAL-POSTAL-CORPORATION-CASE/DOCKET-NUMBER-~RE075080427US.
:F.-S.-S.-C.-P.-S.-G. = :FRADULENT-SENTENCE-STRUCTURE-COMMUNICAITON-PARSE-SYNTAX-GRAMMAR.
:F.-S.-S.-C.-P.-S.-G.-D. = :FRADULENT-SENTENCE-STRUCTURE-COMMUNICAITON-PARSE-SYNTAX-GRAMMAR-DOCUMENT(S).
:LODIAL = :[ARTICLE] = :SPECIFIC = A, AN, THE, THIS, THE, THAT, ONE, EACH, EVERY, EITHER.
:CURRENT-TIME-TENSE = :C.-S.-S.-C.-P.-S.-G..
:POSITION = :[PREPOSITION] = :FOR, OF, WITH, BY, IN, AS, ON, WITHIN, VERSUS, THROUGH, THRU, EITHER, BEYOND, INTO.
:POSTAL = :POSTAGE-$1.00-STAMP WITH THE AUTOGRAPHING OF THE C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE BY THE DOCUMENT-CONTRACT-FEDERAL-POSTAL-COURT-CLERK.
:Q.-W.-C.-D. = :QWO-WARRANTO-COMPLAINT-DOCUMENT.
:STATION: D.-C.-F.-P.-S.-C.-V.-LOCATION OF THE DOCUMENT-COURT-FACTS WITH THE DOCKETING &: PASSTHRU OF THE DOCUMENT-FILINGS.
:VASSALEE = :SERVANT-EMPLOYEE OF THIS D.-C.-F.-P.-S.-C.-V..
:VERB = :THINKING-MOTION OF THE KNOWLEDGE = IS = SINGULAR, ARE = PLURAL.
:VESSEL = :MARITIME :ORIGINAL-LOCATION.
:VOLITION = :CLAIMANT'S-KNOWLEDGE OF THE FACTS ARE WITH THE CAUSE-CLAIM OF THE MOTION-THINKING WITH THE POSITION OF THE C.-S.-S.-C.-P.-S.-G.-CURRENT-TIME-VESSEL-COURT-DOCUMENTS.
:U.S.A.C.-FLAG = :[U]NIT[ED]-STATES OF AN [A]MERICA-CORPORATION-FLAG.

/s/ :**David-Wynn: Miller**. /s/

:**Leighton-Lionell: Ward**.

:Leighton-Lionell: Ward

~A FOR THIS VASALEE'S-TRESPASSING BY THE F.-S.-S.-C.-P.-S.-G. ARE WITH THE FIVE-MILLION-DOLLARS-FEE-CLAIM BY THIS PERFORMANCE-DUTY: TITLE-~15: D.-C.-C.-S.-78-~FF.

~B FOR THE CLAIMANTS'-DAMAGING-EVIDENCE OF THE TRESPASS-CLAIM ARE WITH THE DAMAGE-CLAIM BY THE VASSALEES'-F.-S.-S.-C.-P.-S.-G.-EVIDENCE-HEREIN-BONDING-FILING-DATE-~11-~MARCH-~2017.

~C FOR THE BONDING-EVIDENCE OF THE D.-C.-F.-P.-S.-C.-V.-FACTS ARE WITH THE DAMAGE-CLAIM OF THE TRESPASSING OF THE CLAIMANTS WITH THE [DIS]ABILITIES-[AC]T-VIOLATIONS: TITLE-~29: D.-C.-C.-S.-~701: WITH THE F.-S.-S.-C.-P.-S.-G-LANGUAGE-VIOLATION: TITLE-~18: D.-C.-C.-S.-~1001: &: F.-S.-S.-C.-P.-S.-G.-STATEMENTS WITH THE TITLE-~15: D.-C.-C.-S.-~1692-E-PENALTY-FINES: TITLE-~15: D.-C.-C.-S.-~78FF-[$25-million-fine]; :CONSPIRACY: TITLE-~18: D.-C.-C.-S.-~241, &: PERJURY: TITLE-~18: D.-C.-C.-S.-~1621 BY THE FRAUD-COLORING-SYNTAX-GRAMMAR: TITLE-~18: D.-C.-C.-S.-~242 BY THE VASSALEE.

~D FOR THIS STATEMENT OF THE FEDERAL-POSTAL-COURT-CLERK'S-CONTRACT AS THE C.-S.-S.-C.-P.-S.-G.-AUTHORITY IS WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIM BY THESE DOCUMENT-CONTRACT-TERMS.

~E FOR THE TITLE-~28: D.-C.-C.-S.-~1331 OF THE C.-S.-S.-C.-P.-S.-G.-COMPLIANCE-CLERK'S-DUTIES ARE WITH THE C.-S.-S.-C.-P.-S.-G.-DOCKING-PAPER-VESSEL-VENUE-TITLE-NAME: D.-C.-F.-P.-S.-C.-V. WITH THE CURRENT-TIME-C.-S.-S.-C.-P.-S.-G.-Q.-W.-C.-D.-CLAIM OF THIS F.-P.-C.-C.-N. WITH THE C.-S.-S.-C.-P.-S.-G. OF THE D.-C.-C.-R.-RULE-~17: "RADIFICATION OF THE COMMENDMENT"-1999.

~F FOR THE C.-S.-S.-C.-P.-S.-G.-AUTHORITY: TITLE-~28: D.-C.-C.-S.-~1361 OF THE D.-C.-F.-P.-S.-C.-V.-FEDERAL-POSTAL-COURT-CLERK'S-SEAL IS WITH THE TWENTY-ONE-DAY-SUMMONS-CORRESPONDENCE-BACK OF THE MAILING-LOCATION-~PO-BOX-~1001,-~LAKE-HAVASU-CITY,-~ARIZONA-~86405 WITH THE THREE-DAY-PULL-BACK-GRACE-TIME: TITLE-~15: D.-C.-C.-S.-~1635-~A OF THE FEDERAL-POSTAL-COURT-COURT-CLERK'S-VENUE WITH THIS D.-C.-F.-P.-S.-C.-V.-DUTY.

~G FOR THE FAILURE OF THE VASSALEES'-C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE-BACK IS WITH THE WRIT OF THE FAULT-DOCUMENT-CONTRACT-CLAIM OF THE FORTY-FIVE-DAYS-TRUST-TIME-LIMIT WITH THE THREE-DAY-PULL-BACK-GRACE-TIME: TITLE-~15: D.-C.-C.-S.-~1635-A OF THE D.-C.-F.-P.-S.-C.-V.-CONTRACT-AUTHORITY-HEREIN-CORRESPONDENCE.

~H FOR THE VASSALEES-FAILURE-PERFORMANCE OF THE F.-P.-C.-C.-S.-C.-P.-S.-G.-P.-FIVE-DAY-COMMANDS-COMPLETION-CLAIM BY THE F.-P.-C.-CLERK ARE WITH THE F.-P.-C.-CLERK'S-COMMAND-AUTHORIZATION-CLAIM: D.-C.-C.-S.-RULE-~70-THROUGH-~71 BY THE F.-P.-C.-CLERK.

~I FOR THE C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE OF THE CONTRACT-DOCKETING-DOCUMENT-AUTOGRAPH ON THE $1.00-FEDERAL-POSTAGE-STAMP-CLAIMS ARE WITHIN THE D.-C.-F.-P.-S.-C.-V. BY THE :Leighton-Lionell: Ward's-FEDERAL-POSTAL-COURT-CLERK'S-OATH-DOCUMENT-NUMBER-~RA286254036US.

:DOCUMENT-CLAIM-~1 FOR THE COMMUNICATION-FACTS OF THE C.-S.-S.-C.-P.-S.-G. ARE WITH THE FACT-AS-FACT-CLAIM OF THE C.-S.-S.-C.-P.-S.-G. WITH THE D.-C.-F.-P.-S.-C.-V.-CONTRACT-AUTHORITY-HEREIN-CORRESPONDENCE.

:DOCUMENT-CLAIM-~2 FOR THE JUDGE'S-WRITTEN-CONTRACT OF THE FACTS IS WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIMS OF THE CURRENT-TIME-CONTINUANCE WITH THE CORRECT-EVIDENCE-CLOSURE-CORRECTIONS OF THE WRONG-WORD-MEANINGS WITH THE SENTENCE-STRUCTURE-VIOLATIONS-CLAIMS OF THE TITLE-~18: D.-C.-C.-S.-~1001: F.-S.-S.-C.-P.-S.-G.: &: TITLE-~15: D.-C.-C.-S.-~1692-~E WITH THE FRAUD-WRITINGS &: [MIS]LEADING-STATEMENTS WITH THE FRAUD-PENALTY-FINES: TITLE-~15: D.-C.-C.-S.-~78-~FF:($25-MILLION-DOLLARS) BY THE VASSALEES-WRITTEN-CONFESSION.

:DOCUMENT-CLAIM-~3 FOR THE PERSONS'-C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE OF THE CORRECT-FACTS ARE WITH THE CLAIMS OF THE SPEECH, WRITINGS, FAITHS, PRESS, DOCUMENT-PORTING WITH THE C.-S.-S.-C.-P.-S.-G.-CONTRACT-GRIEVANCES BY THE F.-P.-C.-V..

:DOCUMENT-CLAIM-~4 FOR THE C.-C. OF THE D.-C.-F.-P.-S.-C.-V. IS WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIMS BY THE PERSON'S-LODIAL-VOLITION.

:DOCUMENT-CLAIM-~5 FOR THE D.-C.-F.-P.-S.-C.-V.-CONSTITUTION OF THE FACTS ARE WITH THE CLAIMS BY THE PERSON'S-C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE.

:DOCUMENT-CLAIM-~6 FOR THE CLAIM OF THE C.-S.-S.-C.-P.-S.-G.-CAPTURE-WARRANT or: C.-S.-S.-C.-P.-S.-G.-SEARCH-WARRANT IS WITH THE JUDGE'S-AUTOGRAPHING-C.-S.-S.-C.-P.-S.-G.-OATH BY THE C.-S.-S.-C.-P.-S.-G.-AUTHORITY-DUTY.

:DOCUMENT-CLAIM-~7 FOR THE WITNESSING-PERSON OF THE WITNESS'S-TESTIMONY IS WITH THE PERSON'S-C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE-CLAIM BY THE PERSONAL-SELF-CLAIMS.

:DOCUMENT-CLAIM-~8 FOR THE CLAIMANT'S-KNOWLEDGE OF THE C.-S.-S.-C.-P.-S.-G.-FACTS IS WITH THE CLAIMANT'S-CLAIM OF THE CORRECT-CURRENT-TIME-EVIDENCE-FACTS.

:DOCUMENT-CLAIM-~9 FOR THE C.-S.-S.-C.-P.-S.-G.-TWELVE-PERSON-KNOWLEDGE BY THE C.-S.-S.-C.-P.-S.-G.-CLAIMS ARE WITH THE C.-S.-S.-C.-P.-S.-G.-TRIAL BY THE SAME-PLANE-D.-C.-F.-P.-S.-C.-V-COURT.

:DOCUMENT-CLAIM-~10 FOR THE TERMS OF THE CONVICTION-PERSON'S-PUNISHMENT IS WITH THE C.-S.-S.-C.-P.-S.-G.-CLAIMS OF THE BAIL-CONDITIONAL-TERMS, FINANCIAL-TERM-FINES &/or: JAILING-TERMS WITH THE D.-C.-F.-P.-S.-C.-V..

:DOCUMENT-CLAIM-~11 FOR THE F.-P.-C.-V.-FIDUCIARIES OF THE DOCUMENT-CONTRACT-FACTS ARE WITH THE DUTY-CLAIM or: JUDGEMENT-CLAIM BY THE C.-S.-S.-C.-P.-S.-G.-OATH OF THE D.-C.-F.-P.-S.-C.-V..

:DOCUMENT-CLAIM-~12 FOR THE VESSEL-DOCUMENT OF THE DOCUMENT-CONTRACT-HEREIN IS WITH THE CLOSURE-CLAIM OF THE VOLITION WITH THE DOCUMENT, CONSTITUTION, DOCUMENT-CONTRACT-CORPORATION &: PERSONS'-TRUST-DOCUMENTS.

:DOCUMENT-CLAIM-~13 FOR THE CLAIMANT(S)-KNOWLEDGE OF THE CONSTITUIONAL-TERMS IS WITH THE C.-C.-CLAIM OF THE POSTAL-TERRITORY-D.-C.-F.-P.-S.-C.-V. WITH THE CORRECTING- F.-S.-S.-C.-P.-S.-G.-D. BY THE C.-S.-S.-C.-P.-S.-G..

FOR THE CAUSES OF THE COMPLAINT-CONTRACT.

~1 FOR THE C.-S.-S.-C.-P.-S.-G.-ONE-THOUGHT-SENTENCE &: ONE-AUTHORITY-VENUE OF THE ONE-CURRENT-TIME-TENSE IS WITH THE PLEADING-CLAIMS BY THE D.-C.-F.-P.-S.-C.-V..

~2 FOR THE VIEWING OF THE David: Funkhouser &: Julia: Koestner &: Brian: Karth &: Steven: Logan &: QUARLES-AND-BRADY-LLP &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURTS &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURT-[JU]DGES &: FLAGSTAR-BANK'S-CORRESPONDENCE IS WITH THE BABBLE-COMMUNICATIONS-[AR]T-CLAIM OF THE STRAIGHT & :LINES-CURVING BY THE CLAIMANT'S.

~3 FOR THE CLAIMANT'S-KNOWLEDGE OF THE CLOSURE-CLAUSES: D.-C.-C.-S.-~26-~E: CLOSURE-PORTING OF THE D.-C.-C.-S.-~60-~B: CLOSURE-EVIDENCE ARE WITH AN AUTHORITY OF THE TITLE-~42: D.-C.-C.-S.-~1986 WITH THE C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE OF THE F.-S.-S.-C.-P.-S.-G.-DAMAGE BY THE VASSALEES'-DOCUMENTS.

~4 FOR THE CLAIMANT: FEDERAL-POSTAL-COURT-CLERK: Leighton-Lionell: Ward's-KNOWLEDGE OF THE C.-S.-S.-C.-P.-S.-G.-EVIDENCE-FACTS ARE WITH THE CORRECT-VOLITION-CLAIM OF THE SUMMARY-CORRECTION-AUTHORITY: TITLE-~42: D.-C.-C.-S.-~1986 WITH THE F.-S.-S.-C.-P.-S.-G. BY THE HEREIN-BONDED-VASSALEE'S-DOCUMENT-EVIDENCE.

~5 FOR THE VOID-CLOSURE OF THE VASSALEE'S-WRONG-WORD-MEANINGS WITH THE SENTENCE-STRUCTURES ARE WITH THE VIOLATIONS-CLAIMS OF THE TITLE-~18: D.-C.-C.-S.-~1001: F.-S.-S.-C.-P.-S.-G. &: TITLE-~15: D.-C.-C.-S.-~1692-~E WITH THE FALSE-WRITINGS &: [MIS]LEADING-STATEMENTS WITH THE FRAUD-PENALTY-FINES: TITLE-~15: D.-C.-C.-S.-~78-~FF[$25-MILLION-DOLLARS] BY THE VASSALEES.

~6 FOR THE SENTENCE-STRUCTURES-VIOLATIONS OF THE EVIDENCE ARE WITH THE [PRE]SUMPTIONS, [AS]SUMPTIONS, [O]PINIONS, AILING, FRAUDULENT &: MODIFICATIONS-WORDS BY THE VASSALEES.

~7 FOR THE [NE]GATIVE-WORD-VOLITIONS: (NEGATIVE, NOT, WITHOUT, NO,) ARE WITH THE DAMAGE-CLAIM AS THE MODIFICATIONS-VOLITION WITH THE VACATING-CLAIMS OF THE CORRECT-CORRESPONDENCE WITH THE VASSALEES &: CLAIMANTS OF THE D.-C.-F.-P.-S.-C.-V..

~8 FOR THE WORDS OF AN [AD]VERB-F.-S.-C.-P.-S.-G.-MODIFICATIONS ARE WITH THE USE OF THE SINGLE-[PRE]POSITION or: SINGLE-LODIAL-[AR]TICLE WITH THE VOID OF THE POSITIONAL-LODIAL-FACT-PHRASE WITH THE SINGLE-WORD-MODIFIER AS THE: A, AS, AT, AM, BECAUSE, BEFORE, BEGIN, BUT, BY, CAN, COME, COULD, DO, DOES, FROM, HE, HER, HIS, IN, JUST, OF, OVER, IT, HAS, HOW, MUCH, NO, NOT, PUT, RE, SO, SHE, SHOULD, SOME, SUCH, THAT, THAN, THE, THEY, THEIR, THEM, THEN, TO, THIS, THOSE, THROUGH, UNDER, USE, WANT, WAS, WE, WHEN, WHAT, WHERE, WITH, WITHOUT, WITHIN, WHO, WHOM, WOULD, YOU, YOUR, YOURSELF, OF THE VERB-FICTION-FRAUDULENT-WORD-MEANING WITH THE PREFIX = FUTURE-TIME = 'TO', 'PRE' &: SUFFIX = PAST-TIME: ED, &: FROM BY THE VOID-CURRENT-TIME.

~9 FOR THE DOCUMENT-CLAIMS OF THE D.-C.-F.-P.-S.-C.-V. ARE WITH THE CLOSURE-CLAIMS OF THE ONE-VENUE-C.-S.-S.-C.-P.-S.-G.-RULE WITH THE CONFLICTION BY THIS F.-S.-S.-C.-P.-S.-G.-D.-EVIDENCE.

~10 FOR THE C.-S.-S.-C.-P.-S.-G.-WORD-OPERATIONS OF THE FRAUDULENT-SENTENCE-STRUCTURES ARE WITH THE DOCUMENT-EVIDENCE-CLAIMS OF THE WRITTEN-PLEADINGS, VIEWS, COMMANDS, MOTIONS &: JUDGEMENTS BY THESE VASSALEES WITH THESE CORRECTIONS BY THE D.-C.-F.-P.-S.-C.-V..

~11 FOR THE FEDERAL-POSTAL-COURT-CLERK'S: Leighton-Lionell: Ward AS THE SAFEGUARDING-CLAIMANT IS WITH THE DAMAGE-CLAIM OF THE COMMUNICATION-[DISA]BILITY-KNOWLEDGE or: HANDICAPPING-COMMUNICATION-FRAUDS OF THE F.-S.-S.-C.-P.-S.-G.-D. BY THE VASSALEES.

~12 FOR THIS FEDERAL-POSTAL-COURT-CLERK: Leighton-Lionell: Ward's-KNOWLEDGE OF THE TITLE-~42: D.-C.-C.-S.-~1986 IS WITH THE CORRECTION-CLAIM OF THE P.-S.-G.-C.-NUMBERING-KEY-CODED-WORDS: '1'=[AD]VERB, '2'=VERB, '3'=[AD]JECTIVE, '4'=[PRONOUN] WITH THE F.-S.-S.-C.-P.-S.-G.-D.-EVIDENCE OF THE VASSALEES'-DOCUMENTS BY THE D.-C.-F.-P.-S.-C.-V.-C.-C..

~13 FOR THE FRAUDULENT-USES OF THE [PRE]FIX-PARSE-WORDS ARE WITH THE [NE]GATIVE-CLAIM OF THE [PRE]FIXES: A, AB, AC, AD, AF, AM, AN, AP, AR, AS, AT, DE, DIS, EM, EN, ES, EX, IM, IN, MAL, MIS, NE, NO, NON, NOR, OB, OC, OP, OF, PRE, PRO, PRI, PRU, RE, SI, SUB, TO, UN or: WITH THE MODIFICATION-FACTS BY AN [AD]VERB or: [AD]JECTIVE-MODIFICATION OF THE TITLE-~18: D.-C.-C.-S.-~1001: F.-S.-S.-C.-P.-S.-G.-D. BY THE FEDERAL-POSTAL-COURT-CLERK'S-KNOWLEDGE-SUMMARY BY THESE C.-S.-S.-C.-P.-S.-G.-CLAIMS.

~14 FOR THE CLAIMANTS'-DOCUMENTS OF THE C.-S.-S.-C.-P.-S.-G. ARE WITH THE CURRENT-TIME-FACTS OF THE POSITIONAL-LODIAL-FACT-PHRASES, LODIAL-[ARTICLE] &: VERBS: IS=SINGLAR, &: ARE=PLURAL, WITH THE SINGLE-THOUGHT-CONTENT-SENTENCES BY THIS DOCUMENT'S-CLOSURE-FACTS.

~15 FOR THE CLAIMANT(S)-CONTRACT AS THE GOLD-CERTIFICATE-HOLDER IS WITH THE GOLD-CERTIFICATE OF AN AUTHORIZATION WITH AN AUTOGRAPH-FAULT-DOCUMENT-CONTRACT-CLAIM-VENUE BY THE D.-C.-F.-P.-S.-C.-V.-CLERK WITH AN AUTHORITY AS THE D.-C.-F.-P.-S.-C.-V.-JUDGE WITH THE CURRENT-TIME-DATE OF THE CASH-VALUE-CLAIM.

~16 FOR THE F.-S.-S.-C.-P.-S.-G.-WORD-MODIFICATIONS ARE WITH THE DAMAGE-CLAIMS OF THE FACTS AS THE GERUND-VERBS, [PRONOUNS] or: [AD]JECTIVES WITH THE PERJURY OF AN OATH WITH THE SAFE-GUARDING OF THE CLAIMANT.

~17 FOR THIS GOLD-CERTIFICATE OR EQUIVALENT-VALUE ARE WITH THE CLAIMS BY THESE CLAIMANT(S).

~18 FOR THE CLAIMANT(S)-GOLD-VALUE-CASH-CERTIFICATE OF THIS FAULT-CONTRACT-CLAIMS ARE WITH THE C.-S.-S.-C.-P.-S.-G. OF THE TITLE-~42: D.-C.-C.-S.-~1986 WITH THE C.-S.-S.-C.-P.-S.-G.-WRIT BY THE FAULT-DOCUMENT-CONTRACT-CLAIM-RULE-~55.

~19 FOR THE WORD-PATTERNS OF THE WORD-TERMS ARE WITH THE DAMAGE-CLAIMS OF THE 100%-WORD-[ER]RORS &: F.-S.-S.-C.-P.-S.-G.-MEANINGS WITH THE SENTENCE-STRUCTURING BY THE VASSALEE'S-F.-S.-S.-C.-P.-S.-G.-D..

~20 FOR THE FEDERAL-POSTAL-COURT-CLERK'S-AUTOGRAPH ON THE FEDERAL-POSTAL-STAMP-$1.00 IS WITH THE THREE-DAY-PULL-BACK-ACT-CLAIM: TITLE-~15: D.-C.-C.-S.-~1635-~A WITH AN AUTOGRAPH ON THE FIRST-PAGE-TOP-BACK WITH THE WRIT OF THE FAULT-DOCUMENT-CONTRACT-CLAIM WITH THE D.-C.-F.-P.-S.-C.-V.-FILE-STAMP &: FORTY-FIVE-DAYS-FEDERAL-MARITIME-POSTAL-VESSEL-TRUST-LAW OF THE C.-S.-S.-C.-P.-S.-G-WRIT: FAULT-DOCUMENT-CONTRACT-SUMMARY-CLAIM-RULE-FIFTY-SIX BY THIS Q.-W.-C.-D..

~21 FOR THE SUPPORTING-TERMS OF THE DOCUMENT-CLAIMS ARE WITH THE C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE-TERMS.

~1 FOR THE D.-C.-C.-R.-~4: FOR THE VESSEL-PROCESS: ~A WITH THE SUMMONS, ~B WITH THE FORM, ~C: VASSALEES'-VESSEL-CLAIMS, ~D: SUMMONS &: COMPLAINT IS WITH THE TWENTY-ONE-DAYS-CORRESPONDENCE-BACK OF THE FEDERAL-POSTAL-COURT-CLERK-HEREIN, ~G: JOINING-TWO-VESSELS BY THE D.-C.-F.-P.-S.-C.-V.-CLERK, ~H: D.-C.-F.-P.-S.-C.-V.-SCHEDULING-45-DAY-TRUST-TIME-LIMIT &: THREE-DAY-PULL-BACK-TIME-CLAIM: TITLE-~15: D.-C.-C.-S.-~1635-~A.

~2 FOR THE D.-C.-C.-R.-~6 = WITH THE TIME: ~A WITH THE COMPUTATION-MONDAY-THROUGH-FRIDAY-CASES &: CONTINUANCE WITH THE D.-C.-F.-P.-S.-C.-V., ~D WITH THE COMPLAINTS &: STATEMENTS ARE WITHIN THE VESSEL OF THE FIVE-DAYS-CLAIMS-HEEDING-DATE WITH THE TRIAL BY THE CLAIMANTS &: ONE-DAY-CORRESPONDENCE BEFORE THE VASSALEES'-TRIAL.

~3 FOR THE D.-C.-C.-R.-~7 = WITH THE PLEADINGS: ~A WITH THE PLEADINGS IN THE C.-S.-S.-C.-P.-S.-G., ~B WITH THE COMPLAINT OF THE C.-S.-S.-C.-P.-S.-G.-CLAIMS IS WITH THE DAMAGES BY THE C.-S.-S.-C.-P.-S.-G.-CORRECTION-SOUGHT.

~4 FOR THE <u>D.-C.-C.-R.-~9</u> =: <u>SPECIAL-PLEADINGS</u>: ~B: <u>WRITTEN-F.-S.-S.-C.-P.-S.-G.-D.</u> **ARE** WITH THE CONDITION, WILL &: VOLITION OF THE MIND, ~E: <u>FACTUAL-C.-S.-S.-C.-P.-S.-G.-CLAIM</u>, ~F: <u>CURRENT-TIME</u> &: <u>CURRENT-PLACE</u>; ~G: <u>CURRENT-TIME-FACTS</u> IN THE <u>C.-S.-S.-C.-P.-S.-G.</u> **ARE** WITH THE <u>DAMAGE-CLAIMS</u> BY THE VASSALEES.

~D: <u>CORRECT-FACT-FAILURE</u>: PERJURY, FRAUD, LIES, FICTION, [PRE]SUMPTIONS, [AS]SUMPTIONS, [O]PINIONS, &: MODIFICATIONS;

<u>~6~E</u>: PLEADINGS BY THE <u>CLOSURE-WORD-MEANINGS</u> &: <u>TERMS OF A SINGLE-THOUGHT</u> IN EACH <u>C.-S.-S.-C.-P.-S.-G.-FACT-PHRASE</u> &: FOR THE <u>ONE-VERB-THINKING</u> **IS** WITH THE CORRECTION OF THE <u>EVERY-SENTENCE</u>.

~5 FOR THE <u>D.-C.-C.-R.-~10</u> FOR THE FORM OF THE PLEADING **IS** WITH THE CLAIMS OF THE CAPTIONS IN THE <u>CORRECT-FACTS</u>, ~B WITH THE NUMBERING OF THE SENTENCES OR: PARAGRAPHS &: PAGES; ~C WITH THE <u>BONDING-C.-C.</u> (GLUEING, STITCHING OR: <u>MECHANICAL-RIVETTING</u>).

~6 FOR THE <u>D.-C.-C.-R.-~11</u> FOR THE <u>FRIVOLOUS-FILINGS</u> OF THE <u>WITNESS'S-PLEADINGS</u> **IS** WITH THE <u>SANCTION-DAMAGE-CLAIM</u> OF THE <u>F.-S.-S.-C.-P.-S.-G.-D.</u> BY THE VASSALEE.

~7 FOR THE CAUSE OF THE <u>D.-C.-C.-R.-~9-~B</u>, <u>D.-C.-C.-R.-~12-B</u>, <u>D.-C.-C.-R.-~56-~D</u>, &: <u>D.-C.-C.-R.-~7</u>: <u>CORRECT-DUTIES</u>; &: <u>EQUAL-GUARANTEE</u> OF THE <u>VOID-COURT-COMMUNICATIONS</u>: <u>TITLE-~42</u>: <u>D.-C.-C.-S.-~1985-~2</u>, **ARE** WITH THE DAMAGING &: BLOCKING OF THE <u>CORRECT-FACTS</u> WITH THE <u>CLAIMANTS'-WITNESSING</u> &: <u>FACTUAL-EVIDENCE</u>.

~8 FOR AN AUTOGRAPH OF THE <u>D.-C.-F.-P.-S.-C.-V.</u> WITH THE <u>C.-S.-S.-C.-P.-S.-G.-CORRECTIONS</u> **ARE** WITH THE <u>C.-S.-S.-C.-P.-S.-G.-LAW-DOCUMENT</u> OF THE <u>FIVE-DAY-TIME-LIMIT</u> WITH THE <u>CONFLICTING-SANCTIONS</u> OF THE <u>VASSALEES'-EVIDENCE</u>.

~9 FOR THE <u>SUMMARY-CORRECTIONS</u> OF THE <u>DOCUMENT-CLAIM-LIST</u>: <u>DOCUMENT-CONTRACT-CLAIM~12-~B</u>.

~10 FOR THE <u>D.-C.-C.-R.-~12~-B-~7</u>: JOINING **ARE** WITH THE <u>C.-S.-S.-C.-P.-S.-G.-VENUE</u> BY THE <u>D.-C.-F.-P.-S.-C.-V.-CLAIMANT</u>.

~11 FOR THE <u>D.-C.-C.-R.-~12~-B-~6</u>: <u>CURRENT-TIME-C.-S.-S.-C.-P.-S.-G.-PLEADINGS</u> **ARE** WITH THE <u>C.-S.-S.-C.-P.-S.-G.-FACTUAL-CLAIMS</u> BY THE <u>C.-S.-S.-C.-P.-S.-G.-DOCUMENTS</u>.

~12 FOR THE <u>D.-C.-C.-R.-~12~-B-~5</u>: <u>CORRECT-CLOSURE-DUTY</u> OF THE <u>CASE-DOCUMENTS</u> **ARE** WITHIN THE <u>C.-S.-S.-C.-P.-S.-G.-CERTIFICATION</u> OF THE <u>D.-C.-F.-P.-S.-C.-V.-CLERK</u> WITH THE <u>C.-S.-S.-C.-P.-S.-G.-PAPERWORK-CLAIM</u> BY THE <u>DOCKETING-VESSEL</u>.

~13 FOR THE <u>D.-C.-C.-R.-~12~-B-~4</u>: <u>CORRECT-VESSEL</u> OF THE PAPERWORK **IS** WITH AN <u>AUTOGRAPH-CANCELATION</u> ON THE <u>FEDERAL-POSTAL-VESSEL-STAMP</u> &: [EN]DORSEMENT ON THE TOP OF THE <u>CURRENT-PAGE-BACK</u> & ON THE <u>DOCKETING-PORT-STAMP</u>.

~R THE <u>D.-C.-C.-R.-~12~-B-~3</u>: <u>C.-S.-S.-C.-P.-S.-G.-VENUE-FILINGS</u> **ARE** WITH THE <u>C.-S.-S.-C.-P.-S.-G.</u> BY THE <u>D.-C.-F.-P.-S.-C.-V.</u>.

~14 FOR THE <u>D.-C.-C.-R.-~12~-B-~2</u>: FOR THE <u>F.-S.-S.-C.-P.-S.-G.-D.</u> OF THE <u>C.-C.</u> **ARE** WITH THE CLAIM OF THE <u>C.-S.-S.-C.-P.-S.-G.-PORT-FEDERAL-POSTAL-COURT-VENUE-AUTHORITY</u> BY THE <u>DOCUMENT-TERMS-VENUE</u>.

~15 FOR THE <u>D.-C.-C.-R.-~12~-B-~1</u> FOR THE KNOWLEDGE OF THE <u>C.-S.-S.-C.-P.-S.-G.-FACTS</u> **ARE** WITH THE CLAIMS OF THE FACTS WITH AN <u>AUTHORITY-C.-C.</u> BY THE <u>DOCUMENT-TERMS</u>.

~16 FOR THE [ADJECTIVES, [PRO]NOUNS OR: [AD]VERB-MODIFIERS IN THE <u>F.-S.-S.-C.-P.-S.-G.-D.-FORMAT</u> **ARE** WITH THE PERJURY: <u>TITLE-~18</u>: <u>D.-C.-C.-S.-~1621</u> BY A <u>F.-S.-S.-C.-P.-S.-G.-D.-CONTRACT</u> &: <u>FALSE-SWEARING</u> OF THE <u>FIRST-STATEMENT-CURRENT-TIME</u>.

~17 FOR THE <u>CLAIMANTS'-KNOWLEDGE</u> OF THE <u>F.-S.-S.-C.-P.-S.-G.-D.-COMMUNICATION</u> **IS** WITH THE <u>DAMAGE-CLAIMS</u> OF THE: **David: Funkhouser &: Julia: Koestner &: Brian: Karth &: Steven: Logan &: QUARLES-AND-BRADY-LLP &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURTS &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURT-[JU]DGES &: FLAGSTAR-BANK** WITH THE KNOWLEDGE OF THE <u>C.-S.-S.-C.-P.-S.-G.-SKILLS</u> BY THE <u>F.-S.-S.-C.-P.-S.-G.-D.</u>.

~18 FOR AN [AD]JECTIVE OF THE <u>COLORFUL-[O]PINION</u> **IS** WITH THE MODIFICATION OF THE FACT WITH THE <u>TWO-OR-MORE-FACTS-JOINING</u> WITH THE <u>LAST-FACT</u> OF THE <u>FACT-PHRASE</u> BY THE CHANGING OF THE <u>FIRST-FACT</u> INTO AN [AD]JECTIVE & WITH THE [AD]JECTIVE-CHANGES OF THE <u>SECOND-FACT-WORD</u> WITH THE [PRO]NOUN.

~19 FOR THE <u>D.-S.-C.-C.-~7</u> OF THE <u>DUE-PROCESS-CLAIM</u> & WITH THE <u>TITLE-~42</u>: <u>D.-C.-C.-S.-~1985-~2</u> **IS** WITH AN <u>CORRESPONDING-GUARANTEE</u> OF THE LAW: <u>D.-C.-C.-R.-~12-b-~7</u>, ~1, ~2, BY THE VASSALEES.

~20 FOR THE <u>D.-C.-C.-R.-~41-~A</u>: VOLUNTARY-WITHDRAW OF THE <u>COMPLAINT-FILING</u> **ARE** WITH THE <u>F.-S.-S.-C.-P.-S.-G.-CLAIM</u> OF THE <u>TITLE-~42</u>: <u>D.-C.-C.-S.-1986</u> BY THE CLAIMANTS.

~21 FOR THE <u>TITLE-~18</u>: <u>D.-C.-C.-S.-~242-~1</u> FOR THE <u>2-OR-MORE-PERSONS</u> OF THE <u>COMING-TOGETHER</u> **IS** WITH THE VOIDING OF THE <u>C.-S.-S.-C.-P.-S.-G.-DOCUMENT</u> AS THE FIDUCIARIES OF THE <u>STATE-COURT</u>, <u>U.S.A-DISTRICT-COURT</u>, <u>SUPERIOR-COURT</u>, or: <u>COUNTY-COURT</u> WITH THE STATUTE, [OR]DINANCE, CODES, [RE]GULATION, or: LAW IN THE <u>DOCUMENT-CORPORATION</u> OF THE <u>TWO-DIFFERENT-PUNISHMENTS</u>, PAINS, PENALTIES or: <u>BIAS-TREATMENT</u> OF THE <u>PERSON-BEING-FOREIGN</u> = (NO PUNCTUATION IN THE <u>DEAD-NAME</u>) = FRAUD/FOREIGN, or BY THE CLAIMS OF THE <u>PERSON'S-COLOR</u>, RACE, FAITH, or: SEX **ARE** WITH THE <u>DAMAGE-CLAIMS</u> BY THE <u>AILING-PUNISHMENT</u>.

~22 FOR THE <u>D.-C.-C.-R.-~38-A</u> FOR THE TRIAL BY THE <u>TWELVE-PERSON-JURY</u> **IS** WITH THE <u>SAME-PLANE-CLAIM</u> OF THE CORRECTION WITH THE <u>C.-S.-S.-C.-P.-S.-G.-CURRENT-TIME-D.-C.-F.-P.-S.-C.-V.</u>

~23 FOR THE <u>D.-C.-C.-R.-~54</u>: FOR THE CLAIMS OF THE <u>SUMMARY-DOCUMENT-CONTRACT</u> **IS** WITH THE <u>C.-S.-S.-C.-P.-S.-G.-CORRECTIONS</u> BY THE <u>FEDERAL-POSTAL-COURT-CLERK</u>: **Leighton-Lionell: Ward**.

~24 FOR THE <u>D.-C.-C.-R.-~56</u>: FOR THE <u>SUMMARY-CORRECTIONS</u> IN THE <u>C.-S.-S.-C.-P.-S.-G.</u> **ARE** WITH THE <u>DAMAGES-CLAIMS</u> OF THE <u>C.-S.-S.-C.-P.-S.-G.-PLEADINGS</u>.

~25 FOR THE <u>D.-C.-C.-~57</u> FOR THE <u>CLARATORY-VENUES</u> OF THE <u>PHYSICAL-EVIDENCE-DAMAGES</u> **ARE** WITH THE <u>DAMAGES-CLAIMS</u> BY THE <u>C.-S.-S.-C.-P.-S.-G.-FACTS</u> &: <u>VASSALEES'-BONDED-EVIDENCE</u>.

~26 FOR THE WRIT OF THE <u>FAULT-DOCUMENT-CONTRACT-CLAIM</u> WITH THE <u>FRAUD-PENALTY-FINES</u>: <u>TITLE-~15</u>: <u>D.-C.-C.-S.-~78-~FF[:$25-MILLION-DOLLARS]</u> **IS** WITH THE <u>100-PERCENT-CURRENT-TIME-VASSALEES-VALUABLES-CLAIMS</u> OF THE <u>100-PERCENT-CURRENT-TIME-VASSALEES-CASH-HOLDINGS-CLAIM</u>, <u>100-PERCENT-CURRENT-TIME-VASSALEES-CASH-BALANCES-DUE-CLAIM</u>, <u>100-PERCENT-CURRENT-TIME-VASSALEES-BUILDING-[RE]NT-BALANCES-DUE-CLAIM</u>, <u>100-PERCENT-CURRENT-TIME-[DE]BTORS-BUILDING-HOLDINGS-CLAIM</u>, <u>100-PERCENT-CURRENT-TIME-[DE]BTORS-LAND-HOLDINGS-CLAIM</u>, <u>100-PERCENT-CURRENT-TIME-VASSALEES-EQUIPMENT-HOLDINGS-CLAIM</u>, <u>100-PERCENT-CURRENT-TIME-VASSALEES-STOCKPILE-HOLDINGS-CLAIM</u>, <u>100-PERCENT-CURRENT-TIME-VASSALEES-[IN]TANGIBLE-HOLDINGS-CLAIM</u> AND OF THE <u>100-PERCENT-CURRENT-TIME-VASSALEES-COMPANIES-HOLDINGS-VALUABLES-CLAIM</u> BY THE <u>F.-P.-C.-COMMAND</u> FOR THE CLAIMANTS.

**~27** FOR THE <u>WORD-TERM</u>: BREACH OF THE COMMISSION, [O]MISSION, <u>DOCUMENT-DUTY</u>, AUTHORITY &/or: <u>FIDUCIARY'S-CONTRACT-TERMS</u> **ARE** WITH THE <u>DAMAGE-CLAIM</u> BY THE [NE]GLIGENT-PERSON.
**~28** FOR THE <u>TITLE-~42</u>: <u>**D.-C.-C.-S.-~1986**</u>: KNOWLEDGE OF THE <u>DOCUMENT-DUTIES</u> **IS** WITH THE CLAIM OF THE <u>F.-S.-S.-C.-P.-S.-G.</u> BY THE <u>C.-S.-S.-C.-P.-S.-G.-DOCUMENT</u>.
**~29** FOR THE POSITIONS: FOR, OF, WITH, BY, THROUGH, IN &: ON **ARE** WITH THE <u>CURRENT-TENSE-AUTHORITY-VENUE-POSITIONS</u> OF THE "POSITION-LODIAL-FACT-PHRASE" WITH THE <u>CURRENT-TIME-AUTHORITY</u>.
**~30** FOR THE [<u>PRONOUN]-F.-S.-S.-C.-P.-S.-G.-VOID</u> FOR THE [PRONOUN] OF THE FICTION **IS** WITH THE TERMS AS A TRAP IN THE <u>FICTIONAL-COURTROOM</u> WITH THE <u>FICTION-VOID-COMMUNICATIONS</u>.
**~31** FOR THE LAWYER or: [AT]TORNEY OF THE <u>DOCUMENTING-VESSELS</u> **IS** WITH THE <u>DAMAGE-CLAIM</u> OF THE <u>C.-S.-S.-C.-P.-S.-G.-FAILURE-LOSS</u> or: DAMAGES BY THE DOCUMENTS.
**~32** FOR THE BIAS FOR AN [O]PINION-<u>LEANING-TOWARDS-ONE-SIDE</u> OF THE <u>MATTER/CAUSE/FACT</u> **IS** WITH THE CONVICTION BY A <u>WRONG-[O]PINION</u>.
**~33** FOR THE <u>F.-S.-S.-C.-P.-S.-G.-P.-MODIFICATIONS</u> **ARE** WITH THE <u>DAMAGE-CLAIMS</u> OF THE <u>FRAUDULENT-DOCUMENTS</u> AS THE <u>GERUND-VERBS</u>, [PRONOUNS], [AD]VERBS or: /&: [AD]JECTIVES BY THE <u>FRAUDULENT-FOREIGN-JUDGES'-OATH</u>.
**~34** FOR THE <u>F.-S.-S.-C.-P.-S.-G.-P.-WORD-MODIFICATIONS</u> **ARE** WITH THE <u>DAMAGE-CLAIMS</u> OF THE FACTS AS THE <u>GERUND-VERBS</u>, [PRONOUNS] or: [AD]JECTIVES WITH THE PERJURY OF AN OATH WITH THE <u>SAFE-GUARDING</u> OF THE CLAIMANT.
**~35** FOR THE <u>TITLE-~18</u>: <u>**D.-C.-C.-S.-~1621**</u>: PERJURY OF AN OATH **IS** WITH AN USE OF THE COERCION: <u>TITLE-~28</u>: <u>**D.-C.-C.-S.-~1359**</u> FOR THE 'RAPE'(TAKING) OF THE <u>PERSON'S-FREEDOM</u> WITH THE <u>TITLE-~18</u>: <u>**D.-C.-C.-S.-~4**</u>: <u>PRISON-THREAT</u> BY A <u>FICTION-FELONY-PLEADING</u> WITH THE <u>F.-S.-S.-C.-P.-S.-G.-P.-D.</u> &: <u>TITLE-~18</u>: <u>**D.-C.-C.-S.-~3**</u> WITHIN THE PARTICIPATION BY THE <u>CRIMINAL-F.-S.-S.-C.-P.-S.-G.-P.-D.</u>.


**~1** FOR THE <u>FEDERAL-POSTAL-COURT-JUDGE</u>: David-Wynn: Miller's-KNOWLEDGE OF THIS <u>COMMAND-CORRECTION-AUTHORITY</u> **IS** WITH THE <u>TIPSTAFFING-DUTY-AUTHORITY</u> OF THE <u>MARSHAL-SERVICE</u>, <u>SHERIFF-SERVICE</u>, <u>POSTAL-SPECTOR-SERVICE</u>, <u>FEDERAL-BEURAU-OF-THE-VESTIGATION-SERVICE</u>, <u>NATIONAL-SECURITY-SERVICE</u>, <u>SECURITIES-&-CHANGE-SERVICE</u> &: <u>LOCAL-STATE-POLICE-SERVICE</u> WITH THE <u>CORRECTIONS-FORCEMENT</u> AS THE <u>TIPSTAFF-FIDUCIARY</u> WITH THIS COMMAND BY THIS <u>FEDERAL-POSTAL-JUDGE</u>: David-Wynn: Miller.
**~2** FOR THE <u>POSTAL-SERVICE-GOVERNMENT-PLOYEES</u> OF AN <u>OATH-DUTY</u> **ARE** WITH THE <u>C.-S.-S.-C.-P.-S.-G.-OATH</u> &: <u>PUBLIC-DUTY-SECURITY-DOCUMENT-CONTRACT</u> OR WITH THE <u>VOID-AUTHORITY</u> AS A CRIMINAL-[AC]TOR WITH THE [IL]LEGAL-CARRYING OF A WEAPON &: <u>FRAUDULENT-BADGE-AUTHORITY</u> BY THE <u>FALSE-POLICY</u> &: <u>CUSTOM-F.-S.-S.-C.-P.-S.-G.-GUISE</u>.

/s/:**David-Wynn: Miller**./s/ :DATE-~11-~MARCH-~2017.


:FEDERAL-POSTAL-COURT-CLERK: **Leighton-Lionell: Ward**. :DATE-~11-~MARCH-~2017.





# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

Flagstar Bank, FSB, a Michigan corporation,

)
)
)
)
)

*Plaintiff(s)*

v.

Civil Action No.

Leighton Ward, an Arizona resident;
an Arizona resident; The Federal Postal
Court, a purported federal court operating within
Arizona

)
)
)
)
)
)
)

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Leighton Ward

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David E. Funkhouser, III
Julia J. Koestner
Quarles & Brady, LLP
Two North Central Avenue
Phoenix, AZ 85004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

| KEY | COUNTS | % |
|---|---|---|
| :0 =:CONJUNCTION | 122 | |
| :1 =:[AD]VERB | 575 | 29.56% |
| :2 =:VERB | 346 | 17.79% |
| :3 =:[ADJECTIVE | 408 | 20.98% |
| :4 =:[PRONOUN | 616 | 31.67% |
| :5 =:POSITION | 0 | 0.00% |
| :6 =:LODIAL | 0 | 0.00% |
| :7 =:FACT | 0 | 0.00% |
| :8 =:PAST-TIME | 138 | |
| :9 =:FUTURE-TIME | 48 | |
| :NC =:NO-CONTRACT | 489 | |
| :VC =:VOID-CONTINUANCE | 210 | |
| :DPV =:DAGLING-PARTICIPLE-VERB | 51 | |
| :VOID =:VOID | 101 | |
| :TOTAL-WORDS - CONJUNCTIONS | 1945 | |
| :TOTAL-FRAUDS | 3104 | 159.59% |

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, ~DPV=DANGLING-PARTICIPLE-VERB, ~VC=:VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=:NO-CONTRACT-WORD-MEANING. *VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

~1

Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

David E. Funkhouser III (#022449)
david.funkhouser@quarles.com
Julia J. Koestner (#031707)
Julia.koestner@quarles.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>Plaintiff,<br><br>vs.<br><br>Leighton Ward, an Arizona resident in Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>Defendants. | NO.<br><br>**COMPLAINT** |

Plaintiff Flagstar Bank, FSB, for its Complaint against defendants Leighton Ward, and the "Federal Postal Court" (collectively, "Defendants"), alleges as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Flagstar Bank, FSB ("Flagstar") is a federal savings bank incorporated in the State of Michigan. Flagstar's principal place of business is in Michigan.

2. Upon information and belief, Defendant Leighton Ward ("Ward") is an Arizona resident, and during all relevant times, has resided in Lake Havasu City, Arizona.

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, ~DPV=DANGLING-PARTICIPLE-VERB, ~VC=VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=:NO-CONTRACT-WORD-MEANING. ~VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

3.    Upon information and belief, Defendant                                                    is an Arizona resident, and during all relevant times, has resided in Lake Havasu City, Arizona.

4.    Upon information and belief, Defendant "Federal Postal Court" is a sham judicial operation, purportedly opened by Benjamin Franklin on July 4, 1775, closed in 1776 with the onset of the Revolutionary War and reopened again on December 21, 2012 by, among others, Defendant Ward.  Upon further information and belief, while the "Federal Postal Court" does not have a courthouse or other fixed location, it maintains transitory jurisdiction within Arizona with a presence wherever the federal postal eagle symbol may appear.

5.    This Court has personal jurisdiction over Defendants because they are Arizona residents and/or sham entities operating in Arizona.

6.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, because there is complete diversity of citizenship between Plaintiff and Defendants, and the amount in controversy exceeds the sum or value of $75,000.00.

## ALLEGATIONS

### Defendants Cause Fraudulent Recordings in Mohave County

7.    Holds a fee simple interest in the real property generally known as                         Drive, in Lake Havasu City, Arizona (the "Property").

8.    On or about March 14, 2014,                  applied for and obtained a loan from Horizon Community Bank in the original principal amount of $68,000.00 (the "Loan"), repayment of which was secured by a deed of trust (the "Deed of Trust") recorded March 21, 2014 against the Property at Mohave County Recorder's No.

9.    Defendant Flagstar is listed as Trustee under the Deed of Trust and also services the Loan.

10.   On or about November 1, 2016, Ward, presumably at                  request, recorded a purported "Judgment" at Mohave County Recorder Fee No. 2016049746 (the

---

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, ~DPV=DANGLING-PARTICIPLE-VERB, ~VC=VOID-CONTINUANCE: 2:SPACE-SYNTAX-RULE, ~NC=NO-CONTRACT-WORD-MEANING. ~VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

~3

"Judgment").  A true and authentic copy of the "Judgment" is attached hereto as Exhibit "1".

11.   The "Judgment," signed by Ward, purports to have been issued by the alleged "Federal Postal Court."

12.   The "Federal Postal Court" maintains a website, federalpostalcourt.org, which lists its "cases," and provides other information which is incomprehensible and appears to be nonsense.  The website lists a Lake Havasu City mailing address.

13.   The Judgment "orders and adjudges" that "defendant(s) FLAGSTAR BANK pay to plaintiff(s):                the sum of $10,394,552.00 US Dollar Currency, within 5 days upon notice of this Judgment."

14.   The Judgment further "orders and adjudges" that "defendant(s) FLAGSTAR BANK submit a completed Deed of Conveyance to the County recorders office to show the debt on the Deed of Trust Issued on ~14 ~March ~2014 for the property address

DRIVE, LAKE HAVASU CITY, ARIZONA 86406 has been satisfied and transfers title of the property to plaintiff(s):                "

15.   The "Judgment" recorded by Ward purports to constitute a "Final Default Judgment" in                favor, against Flagstar.

16.   On or about November 15, 2016, Ward, presumably at                request, also recorded a purported "Writ of Execution" at Mohave County Recorder Fee No.                (the "Writ").  A true and authentic copy of the "Writ" is attached hereto as Exhibit "2."

17.   Like the "Judgment," the "Writ" is signed by Ward and purports to have been issued by the "Federal Postal Court."

18.   The "Writ" states, among other things, that:

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, ~DPV=DANGLING-PARTICIPLE-VERB, ~VC=VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=NO-CONTRACT-WORD-MEANING. ~VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

19.     When Flagstar became aware of the "Judgment," it retained counsel undersigned, who investigated the matter and thereafter drafted and served a letter upon Ward and            demanding that the "Judgment" be released, and enclosed a Release to that effect for recording ("First Demand Letter").  A true and authentic copy of the First Demand Letter is attached hereto as Exhibit "3."

20.     Flagstar personally served            with the First Demand Letter on December 16, 2016 but, upon information and belief, Ward avoided personal service of the First Demand Letter.  Nonetheless, Flagstar's counsel received certified mailing return receipts of the First Demand Letter from both Ward and            .  True and accurate copies of the Affidavit of Personal Service upon Defendant            and return receipts signed by Defendants Ward and            are attached hereto as Exhibit "4."

21.     Flagstar thereafter became aware of the "Writ" and, through counsel undersigned, served Ward and            with a second letter, again demanding that the "Judgment" and "Writ" be released, and enclosed Releases to that effect.  A true and authentic copy of the Second Demand Letter is attached hereto as Exhibit "5."

22.     On information and belief, Ward avoided personal service of the Second Demand Letter, but counsel undersigned received certified mailing return receipts of the Second Demand Letter from both Ward and            True and accurate copies of the Affidavit of Personal Service upon Defendant            and return receipts signed by both Defendant Ward and            , are attached hereto as Exhibit "6."

23.     Defendant Ward returned both the First and Second Demand Letters to counsel undersigned by mail, with nonsensical gibberish annotated thereupon, but

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, ~DPV=DANGLING-PARTICIPLE-VERB, ~VC=VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=:NO-CONTRACT-WORD-MEANING. ~VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

nonetheless confirming receipt of both the First and Second Demand Letters.  Copies of Ward's Responsive Correspondence is attached hereto as Exhibit "7."

24.    To date, neither Ward nor               have recorded a release of the "Judgment" or the "Writ," despite formal demand.

25.    On information and believe,               requested that Ward both issue and record the "Judgment" and the "Writ" on his behalf, in an attempt to avoid his obligations under the Loan.

### A Federal Court Has Previously Declared the "Postal Court" to be a "Sham"

26.    Ward has attempted to assert legal authority under the "Federal Postal Court" in other matters, and his scheme has been rejected outright

27.    On February 8, 2016, Ward attempted to register a similar "judgment" in the U.S. District Court for the District of Connecticut.  In a decision dated March 7, 2016, District Judge Jeffrey Alker Meyer explained that "the 'Federal Postal Court' is a sham." Judge Meyer further explained that the "judgment" at issue in that case lacked any legal authority whatsoever.  Judge Meyer's opinion mentions Ward by name as having participated in the case on behalf of the "Federal Postal Court."  A copy of Judge Meyer's opinion is attached hereto as Exhibit "8."

28.    At the time Ward recorded the "Judgment" and "Writ" against Flagstar eight months later, in November 2016, he knew that the documents were illegitimate.  Ward thus intentionally recorded documents that he knew were groundless and contained false claims.

29.    Ward's false recordings wrongly cloud the title to the Property and prejudice Flagstar's entire interest therein.  The false recordings have also caused Flagstar to incur attorneys' fees.

30.    The amount in dispute in this litigation is over $75,000 because Defendants have issued an invalid and unenforceable Judgment against Flagstar, Defendants' actions have put Flagstar's interest in the Property in jeopardy, have caused Flagstar expense in

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, :DPV=DANGLING-PARTICIPLE-VERB,
~VC=:VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=:NO-CONTRACT-WORD-MEANING. ~VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-
BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

~6

investigating and attempting to undo Defendants' fraud, and are grounds for statutory damages under A.R.S. § 33-420.

## CLAIMS FOR RELIEF

### Count One--Recording False Documents (A.R.S. § 33-420)

31.     Flagstar incorporates all of the foregoing allegations of this Complaint by reference as if fully set forth herein.

32.     Taken together, the "Judgment" and the "Writ" purport to divest Flagstar of its interest in the Property, create a new, free-and-clear interest in the Property for and create a $10,394,552.00 debt owed from Flagstar to Buhmiller.

33.     The "Judgment" and "Writ" are groundless, contain false claims, and are invalid.  Neither document is authorized by statute, judgment, or other legal authority.  On the contrary, a federal court has declared that the "Federal Postal Court" lacks any legal authority whatsoever and is a "sham."

34.     Defendants caused the "Judgment" and "Writ" to be recorded in the Office of the Mohave County Recorder, knowing that those documents are groundless, contain false claims, and are invalid.

35.     Defendants are named in the "Judgment" and "Writ" and know that the documents are groundless and constitute false claims.

36.     Pursuant to A.R.S. § 33-420(A), Defendants are liable to Flagstar for statutory damages, or trebled actual damages, whichever is greater, plus its attorneys' fees and costs, in an amount to be determined at trial.

37.     Pursuant to A.R.S. § 33-420(B), Flagstar is entitled to a declaration clearing title to the Property.

38.     To the extent            did not actually *cause* the "Judgment" and "Writ" to be recorded, he is nonetheless liable to Flagstar for damages pursuant to A.R.S. § 33-420(C) because he is named in the documents, knows they are groundless, and has not effectuated the release of the same within twenty days of Flagstar's demand for the same.

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, ~DPV=DANGLING-PARTICIPLE-VERB, ~VC=VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=:NO-CONTRACT-WORD-MEANING. ~VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

## Count Two--Federal Declaratory Judgment (28 U.S.C. § 2201 *et seq.*)

39.     Flagstar incorporates all of the foregoing allegations of this Complaint by reference as if fully set forth herein.

40.     There is a present, justiciable controversy between Plaintiff and the Defendants regarding the validity, or lack thereof, regarding both the Judgment and the Writ issued by the "Federal Postal Court."

41.     Flagstar alleges that the "Federal Postal Court" is a sham and that the purported Judgment and Writ issued by the "Federal Postal Court" do not arise from any valid legal authority whatsoever.

42.     By reason of the foregoing, and pursuant to 28 U.S.C. § 2201, a declaratory judgment is both necessary and proper to confirm that the "Federal Postal Court" is a sham and that the purported Judgment and Writ issued by the "Federal Postal Court" do not arise from any valid legal authority whatsoever.

## PRAYER FOR RELIEF

Flagstar requests the following relief:

A.     Flagstar's statutory damages, or trebled actual damages, whichever is greater, plus its attorneys' fees and costs, as provided by A.R.S. § 33-420(A);

B.     An Order preserving Flagstar's recorded interest in and to the Property, as provided by A.R.S. § 33-420(B);

C.     Flagstar's statutory damages, or trebled actual damages, whichever is greater, plus its attorneys' fees and costs, as provided by A.R.S. § 33-420(C);

D.     A judgment declaring that the "Judgment" and "Writ" are fraudulent, groundless and void, and that title to the Property is cleared as to the same, as provided by 28 U.S.C. § 2201;

E.     An Order requiring Defendants to Show Cause why the "Federal Postal Court" should not be immediately and permanently disbanded as it is not a court authorized by Article III of the United States Constitution, nor has it been granted authority by Congress to adjudicate disputes on behalf on the federal government;

:WORD-SYNTAX-KEY: ^0=CONJUNCTION (AND/OR), ^1=ADVERB, ^2=VERB, ^3=ADJECTIVE, ^4=PRONOUN, ^5=POSITION, ^6=LODIAL, ^7=FACT, ^8=PAST-TIME, ^9=FUTURE-TIME, ^DPV=DANGLING-PARTICIPLE-VERB, ^VC=VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ^NC=NO-CONTRACT-WORD-MEANING. ^VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

F.   Temporary and permanent injunctive relief enjoining Defendants from further violations of A.R.S. § 33-420 and from further unlawful, fraudulent, and/or deceptive acts, including, but not limited to, purporting to act with legal authority by and through the "Federal Postal Court;"

G.   For reasonable costs and expenses, including attorneys' fees incurred in connection with the "Judgment" and "Writ" and in the prosecution of this action to the extent allowed by statutory or common law;

H.   For an award of pre- and post-judgment interest; and

I.   For such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 3rd day of March, 2017.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

By /s/ David E. Funkhouser
David E. Funkhouser
Julia J. Koestner
*Attorneys for Plaintiff*

:WORD-SYNTAX-KEY: ~0=CONJUNCTION (AND/OR), ~1=ADVERB, ~2=VERB, ~3=ADJECTIVE, ~4=PRONOUN, ~5=POSITION, ~6=LODIAL, ~7=FACT, ~8=PAST-TIME, ~9=FUTURE-TIME, ~DPV=DANGLING-PARTICIPLE-VERB, ~VC=:VOID-CONTINUANCE: 2-SPACE-SYNTAX-RULE, ~NC=:NO-CONTRACT-WORD-MEANING. ~VOID=:STYLES-PARENTHESIS-SYNTAX OR :STYLES-ITALICS-SYNTAX OR :STYLES-QUOTATIONS-SYNTAX OR :STYLES-BRACKETS-SYNTAX OR :STYLES-BOXING-SYNTAX.

440        06/12

or 60

12    2 or 3        or            or            or                    or

and                        or                        or

or

~10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19          and

20

21                                        **AND**

22      1

23

24

25      2                        and

26          and

27

28

1       3                    and
2                     and
3
4       4                    and
5
6                                    and
7                                            and
8                                        or
9
10
11      5
12              and/or
13      6                                            28        1332
14                                          and          and
15                                      or        75 000 00
16
17
18      7
19
20      8        or                              and
21                                                  68 000 00
22
23                  21   2014
24   2014012376
25      9                                                  and
26
27      10      or
28                                                  2016049746

1
2
3          11
4
5          12
6                        and                                            an
7
8          13                          and
9                                              0 394 552 00
10
11         14
12
13
14
15   and
16         15
17
18         16        or
19
20   2016051854                    and
21
22         17
23
24         18
25
26
27
28

19        and              and
and                              and
                              and

20

                                                 and
                                            and
          and
21                                    and
          and
and              and                              and

22              and

                    and
                              and
          and
23                              and

1    and

2

3    24

4    or

5    25    and    and

6    and

7

8

9    26

10    and

11    27

12

13

14

15

16

17

18    28    and

19

20    and

21

22    29    and

23

24

25    30    75 000

26    and

27

28

1          and                                    and
2                          33 420
3
4                                                          **33-420**
5          31
6
7          32                          and
8                                      and
9                  0 394 552 00
10         33              and                              and
11                                              or
12
13                  and
14         34                      and
15
16         and
17         35                              and
18                  and
19         36              33 420
20              or
21    and
22         37              33 420
23
24         38                                      and
25                                                      33
26    420                                          and
27
28

1   **28**   **2201**

2   39

3

4   40   and

5   and

6

7   41   and

8   and

9

10   42   and   28   2201

11   and

12   and   and

13

14

15

16   or

17   and   33 420

18   and

19   33 420

20   or

21   33 420

22   and

23   and

24   28   2201

25

26   and

27

28

~17

1                           and
2                           33 420  and                              and or
3                                                                    and
4
5                                   and
6                           and            and
7
8                                                    and
9                                                and
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FROM:**

TAFCR
PO BOX 1001
LHC AZ 86405

**TO:**

US Dist Court AZ
Steven Logan/Brian Karth
401 W Washington St #13
Phoenix AZ 85003

# RECEIVED

MAR **2 0** 2017

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE

