Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

David E. Funkhouser III (#022449)
david.funkhouser@quarles.com
Julia J. Koestner (#031707)
Julia.koestner@quarles.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>    Defendants. | NO. 3:17-cv-08044-PCT-SPL<br><br>**NOTICE OF COMPLIANCE WITH COURT ORDER AND AFFIDAVIT OF SERVICE UPON DEFENDANTS THE FEDERAL POSTAL COURT AND LEIGHTON WARD** |

Flagstar Bank, FSB ("Flagstar") hereby notifies the Court that it has complied with the directives in the Court's March 8, 2017 Order (the "Order," Dkt. 9). Specifically, the Order granted Flagstar leave to utilize an alternative method of service of process upon Defendant "The Federal Postal Court" in the following manner: (1) by mailing the papers via certified mail to the address listed on The Federal Postal Court's website (federalpostalcourt.org): P.O. Box 1001, Lake Havasu City, Arizona 86405; and (2) by personal service upon Leighton Ward, the purported "Clerk of Court" for The Federal Postal Court. [Dkt 9 at 1.]

On March 8, 2017, Flagstar mailed the papers via certified mail to the address listed on The Federal Postal Court's website (federalpostalcourt.org): P.O. Box 1001, Lake Havasu City, Arizona 86405. Although Flagstar has not yet received a certified

QB\44680321.2

1 mailing receipt, the United States Postal Service tracking record for the documents
2 indicate that they were delivered. *See* USPS Tracking Record attached as Exhibit "A."
3 Flagstar also attempted to personally serve Defendant Leighton Ward on three separate
4 occasions, but it appears that Mr. Ward avoided Flagstar's process server. *See* Affidavit of
5 Due Diligence attached as Exhibit "B."

6 The foregoing notwithstanding, on March 20, 2017, counsel for Flagstar received
7 correspondence from The Postal Court. *See* Correspondence attached as Exhibit "C."
8 The correspondence is largely nonsensical, but appears to list the undersigned attorneys
9 and the Court as parties in a Federal Postal Court "case." *See* Exh. C at 2. The
10 correspondence includes a copy of the Summons and Complaint from this lawsuit and is
11 signed by Leighton Ward, evidencing that Mr. Ward is aware of, and in receipt of, the
12 Complaint and Summons in this matter. *Id.* Finally, prior to the filing of this Notice,
13 Defendant Ward filed an Answer further evidencing he is aware of this matter. [Dkt 11.]

14 As a result of the foregoing, Flagstar respectfully requests an Order from this Court
15 deeming both Defendant Leighton Ward and Defendant the Federal Postal Court served in
16 this matter as of March 21, 2017.

17 RESPECTFULLY SUBMITTED this 21th day of March, 2017.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

By */s/ David E. Funkhouser*
David E. Funkhouser
Julia J. Koestner

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2017, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

                                                */s/ Debra L. Hitchens*