1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                      FOR THE DISTRICT OF ARIZONA

9

10   Flagstar Bank, FSB, a Michigan              NO. 3:17-cv-08044-PCT-SPL
     corporation;

11                        Plaintiff,

12          vs.                                  **ORDER CONFIRMING SERVICE
                                                 UPON DEFENDANTS THE FEDERAL
13   Leighton Ward, an Arizona resident; Jeffrey POSTAL COURT AND LEIGHTON
     Buhmiller, an Arizona resident; The Federal WARD**
14   Postal Court, a purported federal court
     operating within Arizona;

15                        Defendants.

16

17        The Court having noted Defendants' responsive pleading filed March 21, 2017

18   [Dkt. 11], and having reviewed Plaintiff Flagstar Bank, FSB's Notice of Compliance with

19   the Court's Order dated March 8, 2017 [Dkt. 9], and good cause appearing therefrom,

20        IT IS HEREBY ORDERED that service has been properly effected upon

21   Defendants The Federal Postal Court and Leighton Ward as of March 21, 2017.

22        DATED this _____ day of March, 2017.

23                                       _____

24                                       Honorable Steven P. Logan
                                         United States District Judge
25

26

27

28