Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

David E. Funkhouser III (#022449)
david.funkhouser@quarles.com
Julia J. Koestner (#031707)
Julia.koestner@quarles.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>　　　　　Defendants. | NO. 3:17-cv-08044-PCT-SPL<br><br>**MOTION FOR ORDER TO SHOW CAUSE AS AGAINST DEFENDANTS THE FEDERAL POSTAL COURT AND LEIGHTON WARD** |

Pursuant to recent events, Flagstar Bank, FSB ("Flagstar"), by and through undersigned counsel, moves the Court for an order compelling Defendants The Federal Postal Court and Leighton Ward (collectively, "Defendants") to appear and show cause as to the jurisdictional basis of (1) their attempt to assert claims against Flagstar, undersigned counsel, and Judge Stephen P. Logan in the alleged "Federal Postal Court," and (2) their demand that Flagstar, undersigned counsel, and Judge Logan participate in an alleged telephonic "court hearing" on Saturday, March 25, 2017 or otherwise participate in an alleged parallel proceedings.

Briefly, and in furtherance of this request, Defendant Flagstar submits that on March 20, 2017, Defendants filed a document which purports to assert claims against Flagstar, undersigned counsel, and Judge Logan (and/or this Court) and in "The Federal

Postal Court." [Dkt. 11 at 2.][1]  The next day, undersigned counsel received email correspondence, attached as "Exhibit A," containing a link to a youtube video (https://youtu.be/ZAvNnEiX3UE).  In the video, and upon information and belief, Defendant Ward discusses the Complaint filed in this matter and claims that this Court lacks jurisdiction because it is "foreign" to the Federal Postal Court.  Ward also refers to a "Conference Call" related to this case, which he apparently has scheduled for Saturday, March 25.  Information related to the alleged "Conference Call" is also set forth in the correspondence attached at Exhibit A as follows:

> FOR THE CONFERENCE-CALL WITH THE David: Funkhouser &: Julia: Koestner &: Brian: Karth &: Steven: Logan &: QUARLES-ANDBRADY-LLP &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURTS &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURT-[JU]DGES &: FLAGSTAR-BANK IS WITH THE ~25-~MARCH-~2017,-~2:00PM-SCHEDULING-TIME. FOR THE CONFERENCE-CALL-NUMBER-~6417150632.
> FOR THE CONFERENCE-CALL-PIN-~495766.

As a result of the foregoing, Flagstar respectfully requests that the Court issue an order compelling Defendants to appear and show cause as to the jurisdictional basis of (1) their attempt to assert claims against Flagstar, undersigned counsel, and Judge Stephen P. Logan in the alleged "Federal Postal Court,", and (2) their demand that Flagstar, undersigned counsel, and Judge Logan participate in an alleged telephonic "court hearing" on Saturday, March 25, 2017 or otherwise participate in an alleged parallel proceedings..

RESPECTFULLY SUBMITTED this 22th day of March, 2017.

>> QUARLES & BRADY LLP
>> Renaissance One
>> Two North Central Avenue
>> Phoenix, AZ  85004-2391
>>
>> By */s/ David E. Funkhouser*
>>     David E. Funkhouser
>>     Julia J. Koestner
>> *Attorneys for Plaintiff*

---

[1] To the extent Defendants' claims have merit (they do not), they must be asserted as counterclaims in this action pursuant to F. R. Civ. P. 13(a).

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2017, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

                                                 */s/ Debra L. Hitchens*