# EXHIBIT A

# EXHIBIT A

| | |
|---|---|
| **From:** | Consumer Rights <leyton@tafcr.org> |
| **Sent:** | Tuesday, March 21, 2017 10:15 AM |
| **To:** | Funkhouser III, David E. (PHX x3242); Koestner, Julia J. (PHX x3485); media@flagstar.com; info@consumerfinance.gov; Roberta.Tepper@staff.azbar.org; Kristin.Moye@staff.azbar.org; Jayde.Ely@staff.azbar.org; legaldiv@azcc.gov; hearingsdiv@azcc.gov; consumerinfo@azag.gov |
| **Subject:** | FOR THE VIEWING &: LISTENING OF THE FRAUD |
| **Attachments:** | Buhmiller, Jeff FlagstarCoverpage03152017.pdf |

The [Ad]vocacy For Consumer Rights

FOR THE LISTENING BY THE David: Funkhouser &: Julia: Koestner &: Brian: Karth &: Steven: Logan &: QUARLES-AND-BRADY-LLP &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURTS &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURT-[JU]DGES &: FLAGSTAR-BANK.
https://youtu.be/ZAvNnEiX3UE

FOR THE CONFERENCE-CALL WITH THE David: Funkhouser &: Julia: Koestner &: Brian: Karth &: Steven: Logan &: QUARLES-AND-BRADY-LLP &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURTS &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURT-[JU]DGES &: FLAGSTAR-BANK IS WITH THE ~**25-~MARCH-~2017,-~2:00PM**-SCHEDULING-TIME.

FOR THE CONFERENCE-CALL-NUMBER-~**6417150632**.

FOR THE CONFERENCE-CALL-PIN-~**495766**.

FOR THE **ONE-HUNDRED-PERCENT-[U]NIT[ED]-STATES-[DI]STRICT-COURTS-[JU]DGES-RECUSAL** BY THE **FEDERAL-RULES OF THE CIVIL-[PRO]CEDURE-TITLE-~28-~SECTION-~455** &: **TITLE-~18-~SECTION-~1001** &: **TITLE-~15-~SECTION-~1692E**.

FOR THE LAWSUIT :Leighton-Lionell: Ward &: David-Wynn: Miller VERSES THE David: Funkhouser &: Julia: Koestner &: Brian: Karth &: Steven: Logan &: QUARLES-AND-BRADY-LLP &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURTS &: ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURT-[JU]DGES &: FLAGSTAR-BANK.
http://federalpostalcourt.org/cases/re075080427us/ FOR THE WHITEOUT-EVIDENCE.

FOR THE COMPETENCE OF THE BASIC-GRAMMAR-RULES.
http://theadvocacyforconsumerrights.org/charity-project/

FOR THE SAMPLE OF THE FRAUDULENT-DUTY-[JU]DGES-OATH-VIDEO.
https://youtu.be/Cv_A-nr7e20

FOR THE LAWSUIT :Jeffrey: Buhmiller VERSES THE FLAGSTAR-BANK.
http://federalpostalcourt.org/cases/re062105195us/

FOR THE LAWSUIT :Jeffrey: Buhmiller VERSES :David: Funkhouser &: QUARLES-AND-BRADY-LLP.
http://federalpostalcourt.org/cases/re963924797us/

FOR THE LAWSUIT :Jeffrey: Buhmiller VERSES :David: Funkhouser &: QUARLES-AND-BRADY-LLP.
http://federalpostalcourt.org/cases/re988609439us/

FOR THE 100-PERCENT OF THE QUO-WARRANTO-COMPLAINTS **ARE** WITH THE CERTIFICATION-MAILING-CLAIM BY THE FEDERAL-POSTAL-COURT FOR THE [DE]PARTMENT OF THE [JU]STICE &: SECURITIES &: [EX]CHANGE-COMMISION.

FOR THE TEACHING.
http://federalpostalcourt.org/videos/
http://theadvocacyforconsumerrights.org/difference-musician-mathematician-attorney/
http://theadvocacyforconsumerrights.org/opinion-vs-fact/
http://theadvocacyforconsumerrights.org/long-version/
http://theadvocacyforconsumerrights.org/leyton-ward/

FOR THE LIST OF THE [IN]VITEES FOR THE ~**25-~MARCH-~2017,-~2:00PM**-CONFERENCE CALL.
david.funkhouser@quarles.com, Julia.koestner@quarles.com, media@flagstar.com, info@consumerfinance.gov, Roberta.Tepper@staff.azbar.org, Kristin.Moye@staff.azbar.org, Jayde.Ely@staff.azbar.org, legaldiv@azcc.gov, hearingsdiv@azcc.gov, consumerinfo@azag.gov, :Brian: Karth, :Steven: Logan, ONE-HUNDRED-PERCENT OF THE [U]NIT[ED]-STATES-[DI]STRICT-COURT-[JU]DGES

FOR 100-PERCENT OF THE FRAUD-CRIMES **ARE** WITH THE COPYING-CLAIM OF THE FRAUDULENT-DOCUMENTS &: FRAUDULENT-EVIDENCE WITH THE MOHAVE-COUNTY-SHERRIF &: ARIZONA-[AT]TORNEY-GENERAL &: ~ARIZONA-STATE-BAR &: LAKE-HAVASU-NEWS-HERALD &: PHOENIX-ABC-15-NEWS-CHANNEL &: PHOENIX-NEWS-3-CHANNEL &: PHOENIX-CBS-5-NEWS-CHANNEL &: PHOENIX-FOX-10-NEWS-CHANNEL &: PHOENIX-12-NEWS-CHANNEL BY THE CLAIMANTS.