IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>               Plaintiff,<br><br>   vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>               Defendants. | NO. 3:17-cv-08044-PCT-SPL<br><br>**ORDER TO SHOW CAUSE AS AGAINST DEFENDANTS THE FEDERAL POSTAL COURT AND LEIGHTON WARD** |

The Court, having reviewed Flagstar Bank, FSB's ("Flagstar") motion for an order compelling Defendants The Federal Postal Court and Leighton Ward to appear and show cause, and good cause appearing therefore, orders as follows:

Defendants The Federal Postal Court and Leighton Ward shall appear in person before the Court, 401 Washington Street, Suite 521, Phoenix, Arizona, 85003 on _____, 2017, at _____.m. to show cause as to the jurisdictional basis of (1) their attempt to assert claims against Flagstar, undersigned counsel, and Judge Stephen P. Logan in the alleged "Federal Postal Court," and (2) their demand that Flagstar, undersigned counsel, and Judge Logan participate in an alleged telephonic "court hearing" on Saturday, March 25, 2017 or otherwise participate in an alleged parallel proceedings.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Honorable Steven P. Logan
United States District Judge