IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Flagstar Bank, FSB,<br><br>        Plaintiff,<br>vs.<br><br>Leighton Ward, et al.,<br><br>        Defendants. | No. CV-17-08044-PCT-SPL<br><br>**ORDER** |

Before the Court is Plaintiff Flagstar Bank, FSB ("Flagstar") request to deem Defendants Leighton Ward and the Federal Postal Court served. (Doc. 12.) Plaintiff also moves the Court to issue an order compelling Defendants The Federal Postal Court and Leighton Ward to show cause regarding an alleged lawsuit against Plaintiff and the courts (Doc. 13.) Having considered the requests,

**IT IS ORDERED** that Plaintiff's motion to deem Defendants Ward and the Federal Postal Court as served (Doc. 12) is **granted** pursuant to Fed. R. Civ. P. 4(e)(1) and Ariz. R. Civ. P. 4(f)(3)(B).

**IT IS FURTHER ORDERED** that Defendants Leighton Ward and the Federal Postal Court are deemed served as of **March 20, 2017**.

**IT IS FURTHER ORDERED** that Plaintiff's request to issue an order to show cause (Doc. 13) is **denied**. No alleged defendant in the alleged lawsuit has been properly served and Defendants Ward and the Federal Postal Court have no authority to demand a

1 | conference call in an answer filed in federal court.

Dated this 24th day of March, 2017.

*[signature]*
Honorable Steven P. Logan
United States District Judge