```
ANS
Jeffrey Buhmiller
(NAME)
2791 Cumberland Dr.
(ADDRESS)
Lake Havasu City, AZ  86406
(CITY, STATE, ZIP)
928.486.0773
(TELEPHONE)
Defendant Pro Se
```

FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐
MAR 3 1 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States
## DISTRICT COURT

MARICOPA COUNTY, ARIZONA

Flagstar Bank, FSB, a Michigan corporation;   )
                                              )   Case No.: 3:17-cv-08044-SPL
              Plaintiff,                      )   Dept. No.:
                                              )
vs.                                           )
Jeffrey Buhmiller                             )   **ANSWER**
                                              )
              Defendant.                      )
_____)

Defendant(s), Jeffrey Buhmiller, *Pro Se*, hereby submits this Answer to the Complaint on file herein, and alleges and avers as follows:

1. Answering paragraph(s) 1,2,3,6,7,8,9,11,12,13,14,15,17,18,19,20,21,22,31,32,36,39,41, of Plaintiff's Complaint, Defendant(s) ADMITS each and every allegation contained therein.

2. Answering paragraph(s) 16,24,25,34,35,38, 10, of Plaintiff's Complaint, Defendant(s) DENIES each and every allegation contained therein.

3. Answering paragraph(s) 4,5,23,26,27,28,29,30,33,37,40,42,A,B,C,D,E,F,G,H,I of Plaintiff's Complaint, Defendant(s) state(s) that Defendant(s) do(es) not have sufficient knowledge or information upon which to base a belief as to the truth of the allegation contained therein and therefore Defendant(s) DENIES each and every allegation contained therein.

4. Answering paragraph(s) 10,16, 24, of the Plaintiff's Complaint, Defendant(s) STATE(S) 10,At no time did I ever request defendant Ward to record a "Judgement" at Mohave County Recorder.  16, At no time did I ever request defendant Ward to record a "Writ of Execution" at Mohave County Recorder. 24, I recorded a release of the "Judgement" and "Writ" on March 22, 2017 at Mohave County Recorder.

## AFFIRMATIVE DEFENSES

1. Defendant(s) hereby incorporate(s) by reference those affirmative defenses _____ as though fully set forth herein, as applicable upon discovery. In the event further investigation or discovery reveals the applicability of any such defenses, Defendant(s) reserve(s) the right to seek leave of court to amend this Answer to more specifically assert any such defense. Such defenses are herein incorporated by reference for the specific purposes of not waiving any such defenses.

\_\_\_\_\_. Accord and satisfaction.

\_\_\_\_\_. Arbitration and award.

\_\_\_\_\_. Assumption of risk.

\_\_\_\_\_. Contributory negligence.

\_\_\_\_\_. Discharge in bankruptcy.

\_\_\_\_\_. Duress.

\_\_\_\_\_. Estoppel.

\_\_\_\_\_. Failure of consideration.

\_\_\_\_\_. Fraud.

\_\_\_\_\_. Illegality.

\_\_\_\_\_. Injury by fellow servant.

\_\_\_\_\_. Laches.

\_\_\_\_\_. License.

__X__. Payment.

__X__. Release.

\_\_\_\_\_. Res judicata.

\_\_\_\_\_. Statute of frauds.

\_\_\_\_\_. Statute of limitations.

\_\_\_\_\_. Waiver.

2. All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon filing of this Answer. Therefore

Defendant(s) reserve(s) the right to amend this Answer to allege additional affirmative defenses and claims, counter-claims, cross-claims or third-party claims, as applicable, upon further investigation and discovery.

✓ . _____

_____ .

**WHEREFORE,** this Answering Defendant prays that this Honorable Court will:

1. Dismiss the Complaint with prejudice or grant Plaintiff a reduced amount based upon the admissions, denials and affirmative defenses, if any, as alleged above herein;

2. Award Defendant(s)'s costs; and

3. Award Defendant(s) such other and further relief as the Court deems just and equitable.

DATED this 27 day of March, 2017.

*Jeffrey Buhmuller*
Defendant *Pro Se*

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on the 27th day of March, 2017, I placed a true and correct copy of the foregoing **ANSWER** in the United States Mail at Lake Havasu City AZ with first-class postage prepaid, addressed to the following:

Quarles + Brady LLP
Renaissance One
two North Central Ave.
Phoenix AZ 85004-2391

*Jeffrey Buhmuller*
Defendant *Pro Se*