IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>　　　　　Defendants. | NO. 3:17-cv-08044-PCT-SPL<br><br>**ORDER GRANTING MOTION TO STRIKE ANSWER OF DEFENDANTS LEIGHTON WARD AND THE FEDERAL POSTAL COURT** |

　　　The Court, having reviewed Flagstar Bank, FSB's motion for an order striking the Answer of Defendants the "Federal Postal Court" and Leighton Ward (the "Answer" (Doc. 11)), and good cause appearing therefore, orders as follows:

　　　The Answer is hereby struck from the record, in its entirety, pursuant to Fed. R. Civ. P. 12(f)(2) and L.R. Civ. 7.1(5).

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　United States District Judge