IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB,<br><br>          Plaintiff,<br>vs.<br><br>Leighton Ward, et al.,<br><br>          Defendants. | No. CV-17-08044-PCT-SPL<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Strike Answer of Defendants Leighton Ward and the Federal Postal Court. (Doc. 16.) Plaintiff brings the motion pursuant to Rule 12(f)(2) of the Federal Rules of Civil Procedure. No response was filed and the time to do so has expired. As Defendants Leighton Ward and The Federal Postal Court's Answer (Doc. 11) fails to comply with Rule 8(b) in all respects, the Court will grant Plaintiff's motion. Fed. R. Civ. P. 8(b). Accordingly,

**IT IS ORDERED** that Plaintiff's motion (Doc. 16) is **granted**.

**IT IS FURTHER ORDERED** that Defendants Leighton Ward and The Federal Postal Court's Answer (Doc. 11) is **stricken** pursuant to Rules 8(b) and 12(f) of the Federal Rules of Civil Procedure.

Dated this 1st day of May, 2017.

Honorable Steven P. Logan
United States District Judge