Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

David E. Funkhouser III (#022449)
david.funkhouser@quarles.com
Julia J. Koestner (#031707)
Julia.koestner@quarles.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>　　　　　　Defendants. | NO. 3:17-cv-08044-PCT-SPL<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS THE FEDERAL POSTAL COURT AND LEIGHTON WARD** |

TO:  CLERK OF THE COURT

　　　Pursuant to Federal Rules of Civil Procedure, Rule 55(a) Plaintiff Flagstar Bank, FSB ("Flagstar") requests that you enter the default of Defendants Leighton Ward and The Federal Postal Court, for failure to appear, answer, plead in or otherwise defend this action, as stated in the Affidavit annexed hereto.

　　　RESPECTFULLY SUBMITTED this 5th day of May, 2017.

　　　　　　　　　　　QUARLES & BRADY LLP
　　　　　　　　　　　Renaissance One
　　　　　　　　　　　Two North Central Avenue
　　　　　　　　　　　Phoenix, AZ  85004-2391


　　　　　　　　　　　By */s/ Julia J. Koestner*
　　　　　　　　　　　　　David E. Funkhouser
　　　　　　　　　　　　　Julia J. Koestner
　　　　　　　　　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2017, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

                                          */s/ Debra L. Hitchens*

QB\156560.00007\45583950.1