Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

David E. Funkhouser III (#022449)
david.funkhouser@quarles.com
Julia J. Koestner (#031707)
Julia.koestner@quarles.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>           Plaintiff,<br>     vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>           Defendants. | NO. 3:17-cv-08044-PCT-SPL<br><br>**AFFIDAVIT OF JULIA J. KOESTNER IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS THE FEDERAL POSTAL COURT AND LEIGHTON WARD** |

STATE OF ARIZONA   )
                                  ) ss.
County of Maricopa      )

I, JULIA J. KOESTNER, being duly sworn, state as follows:

1. I am an attorney at the law firm of Quarles & Brady LLP, attorneys for Plaintiff Flagstar Bank, FSB ("Flagstar");

2. This Affidavit is made in support of Plaintiff Flagstar's Application for Entry of Default Against Defendants Leighton Ward and The Federal Postal Court ("Defendants");

3. Defendants were deemed served as of March 20, 2017 pursuant to this Court's Order dated March 24, 2017 (Doc. 14);

4. Defendants' Answer (Doc. 11) was stricken pursuant to this Court's Order

1 | dated May 1, 2017 (Doc. 17).

2 |   5. The time within which Defendants could plead or otherwise defend this
3 | action has expired;

4 |   6. Pursuant to Federal Rule of Civil Procedure 55(a), Flagstar has filed with
5 | this Affidavit an Application for Entry of Default Against Defendants; and

6 |   7. Defendants are not infants, incompetent persons, or, to Plaintiff's
7 | knowledge, in the military service of the United States.

8 |   DATED this 5th day of May, 2017.

_____
Julia J. Koestner

STATE OF ARIZONA )
        ) ss.
County of Maricopa  )

This Affidavit, dated May 5, 2017, consisting of two (2) page(s), including any attachments, was acknowledged before me this 5th day of May, 2017, by JULIA J. KOESTNER  Additional signers of this document are: None.

_____
Notary Public

OFFICIAL SEAL
GERI CANACAKOS
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 9, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2017, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

                                              */s/ Debra L. Hitchens*

QB\156560.00007\45584066.1