# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank FSB,<br><br>        Plaintiff,<br><br>v.<br><br>Leighton Ward, et al.,<br><br>        Defendants. | **NO. CV-17-08044-PCT-SPL**<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Leighton Ward and The Federal Postal Court.

DEFAULT ENTERED this 9th day of May, 2017.

                                      Brian D. Karth
                                      District Court Executive/Clerk of Court

May 9, 2017

                                      s/ Rebecca Kobza
                              By   Deputy Clerk