1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>            Plaintiff,<br><br>vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>            Defendants. | NO. 3:17-cv-08044-PCT-SPL<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS LEIGHTON WARD AND THE FEDERAL POSTAL COURT** |

On Plaintiff's Motion for Entry of Default Judgment pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, and it appearing to the Court that Defendants Leighton Ward and the Federal Postal Court ("Defendants") have been served with process as required by law; that Defendants failed to appear and plead within the time allowed by law; and that the default of Defendants was entered herein,

**IT IS HEREBY ORDERED** that the clerk shall enter judgment by default against Defendants and in Plaintiff's favor as to Plaintiff's claims against Defendants under A.R.S. § 33-420(C) (Count One) and 28 U.S.C. § 2201 *et seq.* (Count Two) as follows:

For its claim under A.R.S. § 33-420(C), Plaintiff is awarded statutory damages in the amount of $1,000, plus post-judgment interest at the rate of _____% per annum until the judgment is paid in full.

For its claim under 28 U.S.C. § 2201 *et seq.*, the Court declares as follows:  The

documents recorded at Mohave County Recorder Fee No. 2016049746 and 2016051854, styled respectively as a "judgment" and "writ of execution" issued by "The Federal Postal Court" are fraudulent, groundless, and void.  The documents recorded at Mohave County Recorder Fee No. 2016049746 and 2016051854 are of no legal effect and title to the Property generally known as 2791 Cumberland Drive, Lake Havasu City, Arizona is hereby cleared as to those recordings.

Plaintiff will be awarded its reasonable attorneys' fees and costs against Defendants pursuant to A.R.S. § 33-420(C) upon timely submission of an application for the same.

_____
Honorable Steven P. Logan
U.S. District Judge
