IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>　　　　Defendants. | NO. 3:17-cv-08044-PCT-SPL<br><br>**ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS AGAINST DEFENDANT BUHMILLER** |

　　　On Plaintiff's Motion for Judgment on the Pleadings pursuant to Rule 12(c), Federal Rules of Civil Procedure, as to Defendant Jeffrey Buhmiller ("Defendant"), and good cause appearing therefore,

　　　**IT IS HEREBY ORDERED** that the clerk shall enter judgment against Defendant and in Plaintiff's favor as to Plaintiff's claims against Defendant under A.R.S. § 33-420 (Count One) and 28 U.S.C. § 2201 *et seq.* (Count Two) as follows:

　　　For its claim under A.R.S. § 33-420, subsections (A) & (C), Plaintiff is awarded statutory damages in the amount of $6,000, plus post-judgment interest at the rate of _____% per annum until the judgment is paid in full.

　　　For its claim under 28 U.S.C. § 2201 *et seq.*, the Court declares as follows:  The documents recorded at Mohave County Recorder Fee No. 2016049746 and 2016051854, styled respectively as a "judgment" and "writ of execution" issued by "The Federal Postal

1  Court" are fraudulent, groundless, and void.  The documents recorded at Mohave County
2  Recorder Fee No. 2016049746 and 2016051854 are of no legal effect and title to the
3  Property generally known as 2791 Cumberland Drive, Lake Havasu City, Arizona is
4  hereby cleared as to those recordings.

5      Plaintiff will be awarded its reasonable attorneys' fees and costs against Defendant
6  pursuant to A.R.S. § 33-420 upon timely submission of an application for the same.

                                                  Honorable Steven P. Logan
                                                  U.S. District Judge