Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

David E. Funkhouser III (#022449)
david.funkhouser@quarles.com
Julia J. Koestner (#031707)
Julia.koestner@quarles.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>          Plaintiff,<br><br>     vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>          Defendants. | NO. 3:17-cv-08044-PCT-SPL<br><br>**NOTICE OF SERVICE OF FLAGSTAR BANK, FSB'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)(A)** |

NOTICE IS HEREBY GIVEN that Plaintiff Flagstar Bank FSB ("Flagstar"), through counsel, has on this date, served upon Defendants, first class mail and e-mail, its Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(1)(A).

RESPECTFULLY SUBMITTED this 14th day of June, 2017.

          QUARLES & BRADY LLP
          Renaissance One
          Two North Central Avenue
          Phoenix, AZ  85004-2391

          By */s/ Julia J. Koestner*
          David E. Funkhouser
          Julia J. Koestner
          *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2017, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

                                           */s/ Debra L. Hitchens*