Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

David E. Funkhouser III (#022449)
david.funkhouser@quarles.com
Julia J. Koestner (#031707)
Julia.koestner@quarles.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>　　　　　　Defendants. | NO. 3:17-cv-08044-PCT-SPL<br><br>**NOTICE OF SETTLEMENT BETWEEN FLAGSTAR BANK, FSB AND JEFFREY BUHMILLER** |

Notice is given that Plaintiff Flagstar Bank, FSB and Defendant Jeffrey Buhmiller ("Buhmiller") have reached a settlement. The documentation of that settlement is expected to be concluded in 30 days or less, at which time the parties will submit a joint motion for the dismissal of the matter as against Jeffrey Buhmiller, with prejudice.

RESPECTFULLY SUBMITTED this 29th day of June, 2017.

　　　　　　QUARLES & BRADY LLP
　　　　　　Renaissance One
　　　　　　Two North Central Avenue
　　　　　　Phoenix, AZ  85004-2391

　　　　　　By */s/ Julia J. Koestner*
　　　　　　　　David E. Funkhouser
　　　　　　　　Julia J. Koestner
　　　　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2017, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

*/s/ Debra L. Hitchens*