IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB,<br><br>                    Plaintiff,<br><br>vs.<br><br>Leighton Ward, et al.,<br><br>                    Defendants. | No.  CV-17-08044-PCT-SPL<br><br>**ORDER** |

The Court has been advised that Plaintiff and Defendant Jeffrey Buhmiller have reached a settlement in this case. (Doc. 27.) Accordingly,

**IT IS ORDERED** that Defendant Jeffrey Buhmiller will be dismissed *with prejudice* from this case on **July 28, 2017** unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** that the Motion for Judgment on the Pleadings (Doc. 25) is **denied as moot**.

Dated this 30th day of June, 2017.

Honorable Steven P. Logan
United States District Judge