Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

David E. Funkhouser III (#022449)
david.funkhouser@quarles.com
Julia J. Koestner (#031707)
Julia.koestner@quarles.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB, a Michigan corporation;<br><br>            Plaintiff,<br><br>     vs.<br><br>Leighton Ward, an Arizona resident; Jeffrey Buhmiller, an Arizona resident; The Federal Postal Court, a purported federal court operating within Arizona;<br><br>            Defendants. | NO. 3:17-cv-08044-PCT-SPL<br><br>**JOINT MOTION AND STIPULATION FOR DISMISSAL AS TO BUHMILLER WITH PREJUDICE** |

Plaintiff Flagstar Bank, FSB and Defendant Jeffrey Buhmiller ("Buhmiller") have reached a settlement, and in that regard stipulate and jointly move the Court to dismiss this matter as to Buhmiller with prejudice, the parties bearing their own fees and costs.

RESPECTFULLY SUBMITTED this 21st day of July, 2017.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

By */s/ Julia J. Koestner*
    David E. Funkhouser
    Julia J. Koestner
*Attorneys for Plaintiff*

By */s/ Jeffrey Buhmiller (with permission)*
    Jeffrey Buhmiller
*Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2017, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

*/s/ Debra L. Hitchens*

e                                                                                            -2-