1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF ARIZONA

9

10   Flagstar Bank, FSB, a Michigan
     corporation;                              NO. 3:17-cv-08044-PCT-SPL

11                    Plaintiff,               **ORDER OF DISMISSAL WITH**
                                               **PREJUDICE AS TO JEFFERY**
              vs.                              **BUHMILLER**
12

13   Leighton Ward, an Arizona resident; Jeffrey
     Buhmiller, an Arizona resident; The Federal
     Postal Court, a purported federal court
14   operating within Arizona;

15                    Defendants.

16       The Court having reviewed the parties' Joint Motion and Stipulation for Dismissal

17   as to Buhmiller with Prejudice, and good cause appearing therefore,

18       **IT IS HEREBY ORDERED** that Jeffrey Buhmiller is hereby dismissed with

19   prejudiced with respect to the above-captioned action and each party will bear their own

20   attorneys' fees and costs.

21
22
23
24
                                            _____
25                                          Honorable Steven P. Logan
                                            U.S. District Judge
26
27
28