IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank, FSB,<br><br>    Plaintiff,<br><br>vs.<br><br>Leighton Ward, et al.,<br><br>    Defendants. | No. CV-17-08044-PCT-SPL<br><br>**ORDER** |

  Before the Court is the parties' Stipulation for Dismissal as to Defendant Buhmiller (Doc. 30). Pursuant to the parties' stipulation,

  **IT IS ORDERED:**

  1. That the Stipulation for Dismissal (Doc. 30) is **granted**;

  2. That Defendant Jeffrey Buhmiller is **dismissed with prejudice**;

  3. That each party shall bear its own costs and attorneys' fees;

  4. That the Clerk of Court shall enter judgment accordingly as to Leighton Ward and the Federal Postal Court pursuant to the Court's July 12, 2017 Order (Doc. 29); and

  5. That the Clerk of Court shall **terminate** this action.

  Dated this 25th day of July, 2017.

                            Honorable Steven P. Logan
                            United States District Judge