# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flagstar Bank FSB,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Leighton Ward, et al.,<br><br>　　　　Defendants. | **NO. CV-17-08044-PCT-SPL**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff Flagstar Bank FSB and against Defendants Leighton Ward and the Federal Postal Court on Counts I and II of the Complaint. Plaintiff is awarded statutory damages in the amount of $6,000 pursuant to A.R.S. § 33-420(A), (C), plus post-judgment interest as to Count I. Title pertaining to the property commonly known as 2791 Cumberland Drive, Lake Havasu City, Arizona and recorded with the Mohave County Recorder's Officer, identified as Fee# 2016049746 and 2016051854, styled respectively as a "Judgment" and "Writ of Execution" issued by "The Federal Postal Court" is cleared as to Count II.

　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 25, 2017

　　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　　By　　Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28